**Defendant Democratic People's Republic of Korea**

**DHL EXPRESS**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

**863 7937 582**

ORIGIN

DESTINATION

**1 | Payer account number and shipment value protection details**

Charge to ☐ Shipper  ☐ Receiver  ☐ 3rd Party

☐ Cash
☐ Check
☐ Credit Card

Payer Account No.

Shipment Value Protection *(see reverse)*

☐ Yes  Declared Value for Carriage (in US $)

*Not all payment options are available in all countries.*

**2 | From (Shipper)**

Shipper's Account Number | Contact Name
Manuel San Juan

Shipper's Reference (up to 35 characters)

Company Name
Law Offices of Manuel San Juan

Address
Banco Popular Building, 8th Floor
P.O. Box 9023587

Post/ZIP Code (required)
00902-3587

Phone, Fax, or E-mail (required)
787 723-6669

**3 | To (Receiver)**

Company Name
Ministry of Foreign Affairs

Contact Person
Hon. Nam Sun Pack

Delivery Address  DHL Cannot Deliver to a PO Box
Democratic People's Republic of Korea
c/o Foreign Minister,Hon.Nam Sun Pack
Ministry of Foreign Affairs
Jung Song-Dong, Central District
Pyongyang

Country
DRK

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)
850-2-23823152

**4 | Shipment Details**

Total number of packages | Total Weight If DHL Express Document packaging used, enter XD.
1

| | Pieces | Length | Width | Height |
|---|---|---|---|---|
| | @ | x | x | |
| | @ | x | x | |
| lbs. | @ | x | x | |

**5 | Full Description of Contents**
Give Content and Quantity

Documents

**6 | Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)

AES TRANSACTION NUMBER

TYPE OF EXPORT
☐ Permanent   ☐ Repair/Return   ☐ Temporary

Destination Duties/Taxes  If left blank, Receiver pays duties/taxes.
☐ Receiver   ☐ Shipper   ☐ Other:____
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 | Shipper's Authorization (signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required)  *Manuel San Juan*   Date 7/08

**8 | Products & Se**
Not all products or service options are available

☐ International Express Envelope
☐ Non-Durable (International Document Se
☐ Durable (Worldwide Priority Express
☐ Other:____

Service Options (extra charge)
☐ Saturday Delivery   ☐ Speci  ☐ Pickup
☐ Delivery Notification  ☐ S

Other:____

Global Mail
☐ Int. Priority  ☐ Int. Standar
☐ Dom. Priority  ☐ Dom. S

Other:____

DIMENSIONAL/CHARGE

SERVICES          CHARG

Drop Box #        TOTAL

TRANSPORT COLLECT

PAYMENT DETAILS (Ch
No.
Type              Expir
Auth.
PICKED UP BY
Route No.
Time              Date

**Defendant Democratic People's Republic of Korea**

---

**_DHL_ EXPRESS**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

**863 7937 556**

ORIGIN

DESTINATION CODE

8637937556

**1 Payer account number and shipment value protection details**

Charge to ☐ Shipper ☐ Receiver ☐ 3rd Party

☐ Cash
☐ Check
☐ Credit Card

Payer Account No. _____

**Shipment Value Protection (see reverse)**

☐ Yes Declared Value for Carriage (in US $) _____

Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number | Contact Name
Manuel San Juan, Es

Shipper's Reference (up to 35 characters)

Company Name
Law Offices of Manuel San Juan

Address
Banco Popular Building, 8th Floor
P.O. Box 9023587
San Juan, 00902-3587, Puerto Rico

Post/ZIP Code (required)
00902-3587

Phone, Fax, or E-mail (required)
·787 723-6669

**3 To (Receiver)**

Company Name
Supreme People's Assembly

Contact Person
Hon. Kim Yong Nam

Delivery Address *DHL Cannot Deliver to a PO Box*
Demoractic People's Republic of Korea
c/o Hon. Kim Yong Nam
Supreme People's Assembly
Manfoudomg, Central District
Pyongyang

Country
DRK

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)
850-2-23823152

**4 Shipment Details**

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Dimensions *(in inches)* | | |
|---|---|---|---|---|
| | | Pieces | Length | Width | Height |
| 1 | | @ | x | x |
| | | @ | x | x |
| | lbs | @ | x | x |

**5 Full Description of Contents**

Give Content and Quantity

DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**

*Attach the original and four copies of a Proforma or Commercial Invoice.*
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)

AES TRANSACTION NUMBER | TYPE OF EXPORT
☐ Permanent  ☐ Repair/Return  ☐ Temporary

Destination Duties/Taxes *If left blank, Receiver pays duties/taxes.*
☐ Receiver ☐ Shipper ☐ Other _____

*Specify appoved account number*

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required) _Manuel Sanjuan_   Date 7. 7 08

**8 Products & Service**

Not all products or service options are available below.

☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other _____

Service Options (extra charges may apply)
☐ Saturday Delivery  ☐ Special Pickup
☐ Delivery Notification  ☐ Signature
Other _____

Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IPA
☐ Dom. Priority ☐ Dom. Standard
☐ Other _____

**DIMENSIONAL/CHARGEABLE**

SERVICES | CHARGES

Drop Box # | TOTAL

TRANSPORT COLLECT STICK

PAYMENT DETAILS (Check C

Type | Expires

Auth

PICKED UP BY

Route No.

Time | Date

# Defendant Cabinet General Intelligence Bureau

**DHL** EXPRESS

Process and Track your shipment online: http://www.dhl.com

1-800-CALL-DHL *in USA only*

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

863 7937 545

ORIGIN                DESTINATION CO

**1 Payer account number and shipment value protection details**

Charge to ☐ Shipper ☐ Receiver ☐ 3rd Party

Payer Account No. _____

☐ Cash
☐ Check
☐ Credit Card

**Shipment Value Protection** *(see reverse)*

☐ Yes Declared Value for Carriage (in US $) _____

Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number _____   Contact Name

Manuel San Juan

Shipper's Reference (up to 35 characters) _____

Company Name

Law Offices of Manuel San Juan

Address

Banco Popular Building, 8th Floor
P.O. Box 9023587
San Juan 00902-3587, Puerto Rico

Post/ZIP Code (required)          Phone, Fax, or E-mail (required)
00902-3587                        787 723-6669

**3 To (Receiver)**

Company Name

Office of the General Secretary of the
Korean Worker's Party

Contact Person

Hon. Kim Jong II

Delivery Address  DHL Cannot Deliver to a PO Box

Cabinet General Intelligence Bureau,
c/o Hon. Kim Jong II
Office of the General Secretary of the
Party
Jung Song-Dong, Central District
Pyongyang

Country
DRK

Post/ZIP Code (required)          Phone, Fax, or E-mail (required)
                                  850-2-23823154

**4 Shipment Details**

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Pieces | Dimensions *(in inches)* Length | Width | Height |
|---|---|---|---|---|---|
| 1 | | @ | x | x | |
| | | @ | x | x | |
| | lbs | @ | x | x | |

**5 Full Description of Contents**
Give Content and Quantity

DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**

*Attach the original and four copies of a Proforma or Commercial Invoice.*
Export License No./Symbol (if applicable)    Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $)    Schedule B Number / Harmonized Code (if applicable)
(as on commercial/proforma invoice)

AES TRANSACTION NUMBER          TYPE OF EXPORT
                                ☐ Permanent  ☐ Repair/Return  ☐ Temporary

Destination Duties/Taxes  If left blank, Receiver pays duties/taxes.
☐ Korean Worker (S) ☐ Other _____
Specify approved account number.

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required) _____   Date 7 / 7 / 08

**8 Products & Service**

Not all products or services available on this form

☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other _____

Service Options (extra charges may

☐ Saturday Delivery    ☐ Special Pickup
☐ Delivery Notification  ☐ Signature

Other _____
Global Mail
☐ Int. Priority  ☐ Int. Standard  ☐ IPA
☐ Dom. Priority  ☐ Dom. Standard
☐ Other _____

DIMENSIONAL/CHARGEABLE W

| SERVICES | CHARGES |
|---|---|
| | |
| Drop Box # | TOTAL |

TRANSPORT COLLECT STICKER

PAYMENT DETAILS (Check/Card #
No. _____
Type _____  Expires _____
Auth. # _____

PICKED UP BY _____

Route No. _____

Time _____   Date _____

*(left margin, rotated)* Complete sections 1-8. You are making 4 copies, please press hard.

8637937545

## Defendant Cabinet General Intelligence Bureau

**DHL EXPRESS**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

863 7937 534

ORIGIN

DESTINATION COD

**1 | Payer account number and shipment value protection details**

Charge to ☐ Shipper ☐ Receiver ☐ 3rd Party

☐ Cash
☐ Check
☐ Credit Card

Payer Account No.

Shipment Value Protection (see reverse)

☐ Yes Declared Value for Carriage (in US $) _____

Not all payment options are available in all countries.

**2 | From (Shipper)**

Shipper's Account Number          Contact Name
                                  Manuel San Juan

Shipper's Reference (up to 35 characters)

Company Name
Law Offices of Manuel San Juan

Address
Banco Popular Building, 8th Floor
P.O. Box 9023587
San Juan 00902-3587, Puerto Rico

Post/ZIP Code (required)     Phone, Fax, or E-mail (required)
00902-3587                   787 723-6669

**3 | To (Receiver)**

Company Name
Office of the General Secretary of the Korean Worker's Party

Contact Person
Hon. Kim Jong-il

Delivery Address DHL Cannot Deliver to a PO Box
Democratic People's Republic of Korea
c/o Hon. Kim Jong-il
Office of the General Secretary of the
Korean Worker's Party
Jung Song-Dong, Central District
Pyongyang

Country
DRK

Post/ZIP Code (required)     Phone, Fax, or E-mail (required)
                             850-2-23823152

8637937534

**4 | Shipment Details**

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Pieces | Dimensions (in inches) Length | Width | Height |
|---|---|---|---|---|---|
| 1 | | @ | x | x | |
| | | @ | x | x | |
| | lbs | @ | x | x | |

**5 | Full Description of Contents**
Give Content and Quantity

DOCUMENTS

**6 | Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.

Export License No./Symbol (if applicable)     Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $)     Schedule B Number / Harmonized Code (if applicable)
(as on commercial/proforma invoice)

AES TRANSACTION NUMBER                   TYPE OF EXPORT
                                         ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination Duties/Taxes If left blank, Receiver pays duties/taxes.

☐ Receiver ☐ Shipper ☐ Other_____   Specify approved account number

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 | Shipper's Authorization (signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required)                     Date 7 / 7 /08

**8 | Products & Service**

Not all products or service options are available to/fr

☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other_____

Service Options (extra charges may
☐ Saturday Delivery  ☐ Special Pickup
☐ Delivery Notification ☐ Signatur

Other_____

Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IP
☐ Dom. Priority ☐ Dom. Standard

Other_____

DIMENSIONAL/CHARGEABLE

| SERVICES | CHARGES |
|---|---|

Drop Box #          TOTAL

TRANSPORT COLLECT STICKI

PAYMENT DETAILS (Check, Ca
No.

Type          Expires

Auth.

PICKED UP BY

Route No.

Time          Date

_DHL_
_EXPRESS_

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL (in USA only)

**INTERNATIONAL SHIPMENT**
**WAYBILL**

ORIGIN

DESTINATION CODE

863 7937 545

8637937545

**1 Payer account number and shipment value protection details**

Charge to: ☐ Shipper   ☐ Receiver   ☐ 3rd Party

Payer Account No.

Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)

PAYMENT
☐ Cash
☐ Check
☐ Credit Card

Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number
905698/4

Shipper's Reference (up to 35 characters)

Company Name
Law Offices of Manuel San Juan

Contact Name
Manuel San Juan

Address
Banco Popular Building, 8th Floor
P.O. Box 9023587
San Juan 00902-3587, Puerto Rico

Postal/ZIP Code (required)
00902-3587

Phone, Fax, or Email (required)
787 723-6669

**3 To (Receiver)**

Company Name
Office of the General Secretary of the
Korean Worker's Party,

Contact Name
Hon. Kim Jong II

Delivery Address  DHL Cannot Deliver to a PO Box
Cabinet General Intelligence Bureau,
c/o Hon. Kim Jong II
Office of the General Secretary of the
Party
Jung Song-Dong, Central District
Pyongyang

Country
DRK

Postal/ZIP Code (required)

Phone, Fax, or Email (required)
850-2-23823154

**4 Shipment Details**

Total number
of packages
1

Total Weight
If (full Express Document
packaging used, enter XD.)

XD

lbs

**5 Full Description of Contents**
Give Content and Quantity

DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice
Export License No./Symbol (if applicable)   Receiver's VAT/GST or Shipper's EIN/SSN

AES TRANSACTION NUMBER

Declared Value for Customs (in US $)
for non-commercial items invoice

Schedule B Number / Harmonized Code (if applicable)

Destination Duties/Taxes if left blank, Receiver pays duties/taxes:
☐ Permanent   ☐ Repair/Return   ☐ Temporary

TYPE OF EXPORT
☐ Permanent

**7 Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to US $100. The Warsaw Convention may also apply. I/we declare that Shipment Value Protection is available as required, up to an extra charge, for the Shipment value declared for carriage, shown above. If no extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required)

Date

**8 Products & Services**

Service Options (extra charges may apply)
☐ Saturday   ☐ Special
☐ Sunday   ☐ Hold...
☐ Delivery Notification   ☐ Signature Required
☐ Other:

TRANSPORT COLLECT STICKER No.

Drop Box #

PAYMENT DETAILS (Check, Card No.)

No.:

Type          Expires

Auth.

PICKED UP BY   Time

Route No.:    Date

DIMENSIONAL/CHARGEABLE WEIGHT    lbs

SERVICES   CHARGES

TOTAL

Shipper's Copy

DHL Express (USA), Inc. 1200 South Pine Island Road, Plantation, Florida 33324

**DHL**
EXPRESS

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL In USA only

INTERNATIONAL WAYBILL

863 7937 534

ORIGIN

DESTINATION CODE

**1 Payer account number and shipment value protection details**

Change to ☐ Shipper   ☐ Receiver   ☐ 3rd Party

Payer Account No.

☐ Yes  Declared Value for Carriage (in US $)

Shipment Value Protection (see reverse)

Cash ☐
Check ☐
Credit Card ☐

**2 From (Shipper)**

Shipper's Account Number

Shipper's Reference (up to 35 characters)

Company Name

Contact Name   Manuel San Juan

Address
Banco Popular Building, 8th Floor
P.O. Box 9023587
San Juan 00902-3587, Puerto Rico

Post/ZIP Code (required)   Country
00902-3587

Law Offices of Manuel San Juan

Phone, Fax, or E-mail (required)
787 723-6669

**3 To (Receiver)**

Company Name
Office of the General Secretary of the
Korean Worker's Party

Contact Person
Hon. Kim Jong-il

Democratic People's Republic of Korea
c/o Hon. Kim Jong-il
Office of the General Secretary of the
Korean Worker's Party
Jung Song-Dong, Central District
Pyongyang

Post/ZIP Code (required)   Country
DRK

Phone, Fax, or E-mail (required)
850-2-23823152

Delivery Address  DHL Cannot Deliver to a PO Box

**4 Shipment Details**

Total number
of packages

Total Weight
If DHL Express Document
packaging used, enter XD.

lbs

Dimensions (in inches)
Pieces   Length   Width   Height

**5 Full Description of Contents**
Give Content and Quantity

DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable)   Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $)
(as on commercial/proforma invoice)

Schedule B Number / Harmonized Code (if applicable)

**ABS TRANSACTION NUMBER**

Destination Duties/Taxes  If left blank, Receiver pays duties/taxes.
☐ Receiver   ☐ Shipper   ☐ Other:

TYPE OF EXPORT
☐ Permanent   ☐ Repair/Return   ☐ Temporary

The commodities, technology or software to be exported from the U.S. in compliance with the
U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law permitted.

**7 Shipper's Authorization (signature required)**

Signature (required)                              Date

**8 Products & Services**

Service Options (less charges may apply)
☐ Saturday
☐ Delivery Notification   ☐ Signature Required

Other:
☐ Dom. Priority ☐ Int. Standard ☐ IPA
☐ Dom. Priority ☐ Dom. Standard

DIMENSIONAL/CHARGEABLE WEIGHT
lbs

SERVICES        CHARGES

TRANSPORT COLLECT STICKER No.

Drop Box #        TOTAL

PAYMENT DETAILS (Check, Card No.)
No.:
Type            Expires
Auth.

PICKED UP BY
Route No.:        Date
                  Time

DHL Express (USA), Inc. 1200 South Pine Island Road, Plantation, Florida 33324.

**Shipper's Copy**

**DHL** EXPRESS

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**INTERNATIONAL WAYBILL** (Non-Negotiable)

863 7937 582

**1 Payer account number and shipment value protection details**

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party

Payer Account No. _____

Shipment Value Protection (see reverse)
☐ Yes  Declared Value for Carriage (in US $)

Nor all payment options are available in all countries

☐ Cash
☐ Check
☐ Credit Card

**2 From (Shipper)**

Shipper's Account Number: 5WSCWYB233

Shipper's Reference (up to 35 characters)

Contact Name: Manuel San Juan

Company Name: Law Offices of Manuel San Juan

Address: Banco Popular Building, 8th Floor
P.O. Box 9023587

Postal/ZIP Code (required): 00902-3587

Phone, Fax, or E-mail (required): 787 723-6669

**3 To (Receiver)**

Contact Person: Hon. Nam Sun Back

Company Name: Ministry of Foreign Affairs

Address: Democratic People's Republic of Korea
c/o Foreign Minister Hon. Nam Sun Pack
Ministry of Foreign Affairs
Jung Song-Dong, Central District
Pyongyang

Country: DRK

Postal/ZIP Code (required): 850-2-238-3152
Phone, Fax, or E-mail (required)

**4 Shipment Details**

Total number of packages: 1

Total Weight
If DHL Express Document or packaging used, enter X0. _____ lbs

Dimensions (in inches)
Pieces  Length  Width  Height
⊗ _____ × _____ × _____
⊗ _____ × _____ × _____

**5 Full Description of Contents**

Give Content and Quantity

Documents

**6 Dutiable Shipments Only (Customs requirement)**

Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable)  Receiver's VAT/GST or Shipper's EIN/SSN

Schedule B Number / Harmonized Code (if applicable)

Declared Value for Customs (in US $)

TYPE OF EXPORT
☐ Permanent  ☐ Repair/Return  ☐ Temporary

Destination Duties/Taxes  If left blank, Receiver pays duties/taxes.
☐ Receiver  ☐ Shipper  ☐ Other: _____

**7 Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to US $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment (see reverse). I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay an additional charge if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

These commodities, technology or software were exported from the U.S.A. in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

Signature (required): _____

Date 7 / 11 / 3    Time _____

**8 Products & Services**

DESTINATION CODE

ORIGIN _____

Service Options (extra charges may apply)
Delivery Notification  ☐ Signature Required
☐ Saturday  ☐ Other:

Delivery  ☐ Delivery
☐ Pickup

SERVICES      CHARGES

DIMENSIONAL/CHARGEABLE WEIGHT _____ lbs

TRANSPORT COLLECT STICKER No.

Drop Box # _____    TOTAL

PAYMENT DETAILS (Check, Card No.)
No.: _____

Type _____
Auth. _____    Expires _____

PICKED UP BY

Route No. _____    Date _____    Time _____

DHL Express (USA), Inc. 1200 South Pine Island Road, Plantation, Florida 33324

**Shipper's Copy**

_DHL_ EXPRESS

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL (in USA only)

**INTERNATIONAL SHIPMENT**
**WAYBILL** (Non-negotiable)

**863 7937 556**

ORIGIN

DESTINATION CODE

**1 From (Shipper)**

Shipper's Account Number

Shipper's Reference (up to 35 characters)

Company Name
Law Offices of Manuel San Juan

Address
Banco Popular Building, 8th Floor
P.O. Box 9023587
San Juan, 00902-3587, Puerto Rico
Postal/ZIP Code (required) 00902-3587

Contact Name
Manuel San Juan, Esq.

Phone, Fax, or E-mail (required)
787 723-6669

**2 To (Receiver)**

Company Name
Supreme People's Assembly

Contact Person
Hon. Kim Yong Nam

Address
Democratic People's Republic of Korea
c/o Hon. Kim Yong Nam
Supreme People's Assembly
Manfoudong, Central District
Pyongyang

Country
DRK

Postal/ZIP Code (required)

Phone, Fax, or E-mail (required)
850-2-23823152

**2 Payer account number and shipment value protection details**

Charge to ☐ Shipper ☐ Receiver ☐ 3rd Party

Payer Account No.

Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)

☐ Cash
☐ Check
☐ Credit Card

**4 Shipment Details**

Total number of packages
1

**5 Full Description of Contents**
Give Content and Quantity
DOCUMENTS

Total Weight
If DHL Express Document packaging used, enter XD.   XD

Dimensions (in inches)
Length × Width × Height

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable)   Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $)
(as on commercial/proforma invoice)   Schedule B Number / Harmonized Code (if applicable)

**7 Shipper's Authorization (signature required)**

Signature (required)

Date

**8 Products & Services**
☐ International Express
☐ Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other

Service Options (extra charges may apply)
☐ Delivery Notification ☐ Signature Required

PICKED UP BY

Date   Time

Route No.

PAYMENT DETAILS (Check, Card No.)

TRANSPORT COLLECT STICKER No.

**DIMENSIONAL/CHARGEABLE WEIGHT**

SERVICES   CHARGES

TOTAL

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324.

DHL EXPRESS (USA), INC.

Shipper's Copy

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------

RUTH CALDERÓN-CARDONA, individually and as    :
personal representative of the ESTATES OF     :
CARMELO CALDERÓN-MOLINA and ELADIA    :
CARDONA-ROSARIO, et al.,                :
                                  :

        and                       : **Civil Action No.: 08-1367(FAB)**
                                    :

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,    :
a.k.a. NORTH KOREA, et al.,             :
                                  :

        Defendants.               :

----------------------------------------------------------------X

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of records for plaintiffs, hereby request that the Clerk mail a copy of the summons and complaint and Notice of Suit to:

1.    defendant the Democratic People's Republic of Korea, a.k.a. North Korea; and
2.    defendant Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service

by:        ☐    registered mail, return receipt requested

           ☑    DHL

pursuant to the provisions of: (check one)

           ☐    FRCP 4(f)(2)(c)(ii)

           ☑    28 U.S.C. § 1608(a)(3)

           ☐    28 U.S.C. § 1608(b)(3)(B)

Dated: July  7 , 2008
        San Juan, Puerto Rico

                             Attorneys for Plaintiffs

                             LAW OFFICES OF MANUEL SAN JUAN

               By    *Manuel San Juan*

                             Manuel San Juan
                             USDC-PR No.: 204706
                             P.O. Box 9023587
                             San Juan, Puerto Rico 00902-3587
                             Telephone:    (787) 723-6637
                             Facsimile:    (787) 725-2932

OSEN LLC
Gary M. Osen
Naomi B. Weinberg
Aaron Schlanger
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone (201) 265-6400
Facsimile (201) 265-0303

Law Offices
of
# Manuel San Juan

8th Floor, Banco Popular Building
PO Box 9023587
Old San Juan, PR 00902-3587

Phones: (787) 723-6637
723-6669
.Fax: 725-2932

July 7, 2008

Clerk, U.S. District Court
For the District of Puerto Rico
Federico Degetau Federal Building
150 Carlos Chardón Street
San Juan, Puerto Rico
Attn.: Ms Lida Egelé, Deputy Clerk

Re: **Calderón, et al v. Democratic People's Republic of Korea, et al.**
   **Civil Action No.: 06-CV-00744 (RBW)**

Dear Ms. Egelé:

The undersigned represents the plaintiffs in the above-captioned matter. We wish to have service effected upon the two (2) defendants at a total of four (4) different addresses via DHL. Therefore, enclosed please find four (4) copies of each of the following items to effect service via DHL upon the two (2) defendants in this case:

1.  Summons written in English for each of the two defendants.
2.  Summons translated into Korean for defendants, Democratic People's Republic of Korea, a.k.a. North Korea and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service.
3.  Complaint written in English for each of the two defendants.
4.  Complaint translated into Korean for defendants, Democratic People's Republic of Korea, a.k.a. North Korea and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service.
5.  Notice of Suit written in English for each of the two defendants, along with copies of the Foreign Sovereign Immunities Act.
6.  Notice of Suit translated into Korean for defendants, Democratic People's Republic of Korea, a.k.a. North Korea and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service.

Also enclosed, for the Court's records, is a Completed Affidavit Requesting Foreign Mailing. Four (4) DHL international envelopes and invoices, including our DHL billing account number : 805698143 have also been provided.

# 130652

Clerk, U.S. District Court
Page 2
July 7, 2008

If you require anything further, please do not hesitate to contact me.

Respectfully submitted,

Manuel San Juan

MSJ/edc

Enclosures

cc: Naomi Weinberg, Esq.