UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------X
RUTH CALDERÓN-CARDONA, et al.,

                                                                                  **Civil Action No.: 08-1367**

                                        Plaintiffs,

        vs.

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,
a.k.a. NORTH KOREA, et al.,

                                        Defendants.
------------------------------------------------------------------X

## DECLARATION OF ZE'EV SARIG

I, Ze'ev Sarig, declare pursuant to 28 U.S.C. § 1746 as follows:

       1.      I am an Israeli citizen, and was born in 1944. I am married and the father of one son.

      2.      On November 1, 2009, I retired as Managing Director of the Ben Gurion International Airport in Tel Aviv (hereinafter "Ben Gurion") after thirty eight years of service with the Israel Airport Authority.

      3.      I began my work at Ben Gurion, known then as "Lod Airport," in November, 1971 as an assistant to the Deputy Manager of the Airport.

      4.      Prior to working at the Ben Gurion, I had served for nine years in the Israeli Air Force. I completed my service with the rank of Lieutenant Colonel.

      5.      At the time relevant to the airport terrorist attack my position at Ben Gurion was as an Assistant to the Deputy airport Director. My responsibilities included supervision of the

Security Department, supervision of the communications systems in the airport, baggage handling operations, supervision of the fire brigade, rescue operations, supervision of the Operations Center Department and the operations of the airport control tower.

6. On the evening of May 30, 1972, there occurred the most shocking and severe terrorist attack that the airport has ever experienced, before or since.

7. On that night, an Air France flight landed as scheduled at 10:25 pm, arriving from New York with stop-overs in Paris and Rome, with 96 passengers and crew on board.

8. Upon landing, the passengers were transported from the aircraft to the arrivals hall in the terminal building by an airport bus.

9. The passengers descended the aircraft and arrived by bus to the terminal. There they stood in line for passport control, located in the western wing of the terminal.

10. After passing through passport control, the passengers waited for their luggage to arrive at baggage carousel number two in the arrivals hall.

11. After several minutes the baggage arrived. At that moment, according to subsequent investigations, three terrorists of Japanese origin who had been waiting by the western side of the carousel (which was rotating in a counter-clockwise direction) pulled weapons from their suitcases which had been placed there in preparation for the attack, and began firing indiscriminately at everybody standing in the arrivals hall and outside of it. The weapons they used in the attack included Kalashnikovs and hand grenades. The terrorists threw hand grenades and fired in all directions in order to kill as many people as possible.

12. The terrorists began the massacre by firing towards the VIP room on the right side of baggage carousel number two, killing Professor Aharon Katzir who was standing outside the VIP room.

2

13. Afterwards, the terrorists continued shooting in the direction of the glass partition that was located on the eastern side of the arrivals hall and which separated it from the public waiting area. The glass partition, which was not bullet-proof, was shattered by the gunfire, and the terrorists continued firing in all directions inside and outside of the arrivals hall.

14. Twenty-seven people were killed in the attack, and dozens more suffered physical and psychological injuries. The victims included Puerto Rican pilgrims, Israeli travelers, airport personnel, customs inspectors, and those awaiting arriving passengers. In one particularly heart-rending case, a child named Adam Tzamir who stood in the waiting area with his parents was killed after the terrorists opened fire at the partition wall.

15. Two of the three terrorists were killed near the baggage carousel. Subsequent investigations showed that one terrorist was killed by a ricocheting bullet, while the other was killed when a grenade exploded in his hand.

16. The third terrorist, Kozo Okamoto, escaped through the baggage chute out to the air side area where the aircraft were parked in the apron, and there continued the terrorist attack on his own. When he ran out of ammunition, Kozo Okamoto started to run away and was quickly caught by El Al Airline employee, Claude Chanan.

17. I learned of the emergency at the terminal and I arrived at 11:30 PM. What I saw when I entered was a disorderly jumble of suitcases strewn all over the floor, many of them open with their contents spilling out. There was glass spread everywhere throughout the terminal building, blood stains and pools of blood on the floor. The strong smell of the blood is something that stays with me to this day.

18. The arrivals hall was completely destroyed. The walls were stained with blood and scarred by bullets and shrapnel, attesting to the grisly massacre which had recently been carried out there.

19. From the moment I arrived I concentrated on two tasks. The first was to clear away the wreckage, the grenade fragments, the shards of glass, and the suitcases, to clean the blood stains, and, in general, to return the terminal and the airport to a routine condition for subsequent flights. This work was carried out by firemen and by the cleaning crew of the airport.

20. The second task was to ascertain that, apart from the two terrorists who were killed and the one who was captured, that there was not a fourth terrorist who had participated in the attack and escaped and who was perhaps at that moment preparing to continue the attack.

21. This was a concern due to contradictory statements from some of the witnesses to the attack, some of whom claimed to have seen four terrorists while others had seen only three. Because only three terrorists were accounted for – the two who had been killed and Kozo Okamoto who had been captured- it was critical that we find out whether there was a fourth terrorist still at large in the airport or outside who might carry out further attacks.

22. In carrying out this assignment, I teamed up with then army Chief of Staff, David Eleazar, then head of Central Command, General Rechevam Ze'evi, and then head of intelligence, General Aharon Ya'ariv, in an effort to gather information concerning the number of terrorists who had participated in the attack.

23. We ordered the airport security personnel to begin an immediate sweep of the airport and its environs, both in the terminal area and in the open area around the runways, in order to search for evidence ascertaining the exact number of terrorists who had participated in the attack, and to locate a possible fourth terrorist.

24. At the same time we organized patrols along the fence surrounding the airport, as well as in areas outside the airport, in particular in orchards and other agricultural areas nearby.

These patrols were carried out in the dark with the meager technology we possessed for this purpose in the early seventies.

25. We also attempted to question Kozo Okamoto directly concerning the number of terrorists who had taken part in the attack.

26. However, because Kozo Okamoto spoke only Japanese, we were not able to question him ourselves, but did manage to locate a Japanese lecturer at the Hebrew University in Jerusalem who also spoke Hebrew. This lecturer was brought to the airport, where he met with the Head of the Central Command and Kozo Okamoto sometime around 7:00 AM.

27. Kozo Okamoto was brought to a room facing the VIP room in the terminal building to be interrogated. This room was used by the security forces to manage the situation following the attack, and was the room used to interrogate Kozo Okamoto.

28. Kozo Okamoto refused to cooperate with his interrogators and refused to say how many terrorists had participated in the attack. However, the translator did succeed in drawing him out somewhat and getting him to talk. In the course of their conversation, it came out that Okamoto felt a profound sense of failure that he was still alive while his two friends had been killed. He claimed that the ones who had sent him promised that after his suicide mission he would "ascend to the heavens and become a star".

29. Due to the urgency in discovering whether there was a fourth terrorist, then Head of Central Command, General Rechevam Ze'evi, proposed to Kozo Okamoto that if he would reveal the number of terrorists in his group, then Ze'evi would leave him by himself in the room with his personal pistol in order to allow the terrorist to "fulfill his mission" and commit suicide.

30. In response to this offer, Kozo Okamoto confessed that there had only been three terrorists, including himself. With this question now resolved, we were able to conclude the

search and general alert which had taken up enormous manpower both in inside the airport and throughout Israel's central region. Immediately afterwards Kozo Okamoto was taken to prison.

31. The uncertainty concerning the number of terrorists, and the possibility of a fourth terrorist still at large and posing a threat to passengers in the airport, as well as the many hours that the airport had been closed after the attack, meant that all flights coming into and going out of the country during this immediate time period had to be cancelled. To close down the country's only international airport was tantamount to closing down the entire country. Air communication between Israel and the outside world was effectively cut off, with all that that entailed.

32. It is worth noting that during this period the security forces did not take into account the scenario of such a "suicide attack" by terrorists arriving by air. This is because such an attack would have meant certain death for the terrorists. The entrances and exits to the airport were closely guarded, and anyone who perpetrated such an attack would not leave the place alive.

33. Israeli security intelligence during this time was not familiar with organizations, other than Palestinian ones, that would make use of suicide terrorists, and was not prepared for such a scenario. As previously mentioned, this was the first suicide attack that Ben Gurion or any other airport around the globe had ever experienced.

34. Consequently, the Airport Authority did not have at its disposal men armed and trained to deal with such a scenario inside the arrivals hall. Those few employees who did carry weapons, such as airport police or customs officers, were armed only with pistols, adequate for self-defense and keeping public order, but not for responding to the kind of massive terrorist attack described above.

35. The attack at Ben Gurion International Airport was the first suicide attack in Israel to be carried out by foreign mercenaries.

36. Immediately subsequent to the attack, it was decided by the Security and Airport Authorities to change the entire security method that had been in place and I was appointed the Senior Officer in Command of Airport Security, in addition to my previous duties. In my new position I, along with others, initiated a security system that was completely different from anything previously seen in the field of airport security anywhere in the world. The new system would protect Israeli airports by taking into account attacks that earlier would have been considered mere fantasies.

37. Among other things, we began acting in cooperation with the national security authorities and recruited veterans from elite commando units to beef up airport security and to ensure the operation of Israel's main air gate and the safety of those traveling to and from Israel.

38. In the years since the attack, I have held several positions at the airport, first as Assistant to the Manager of the Airport, after which I was promoted to Terminal Manager and from there to Manager of the Passenger Service Division, in addition to other special duties which were assigned to me.

39. In 1998, after filling numerous positions at Ben Gurion International Airport, I was appointed Manager of the International airports of Eilat and Uvda.

40. In 2004, I became the Managing Director of Ben Gurion International Airport in Tel Aviv, which is the main airport in Israel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2009.

_____
Ze'ev Sarig