**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
RUTH CALDERON-CARDONA, et al.,     )
                  Plaintiffs,      )
                                   )
vs.                                ) Case No.:  CV-08-1367 (FAB)
                                   )
DEMOCRATIC PEOPLE'S REPUBLIC       )
OF KOREA, aka NORTH KOREA, et al.,)
                  Defendants.      )
```

_____

TRANSCRIPT OF PROCEEDINGS
DEFAULT TRIAL, DAY TWO
HEARD BEFORE JUDGE FRANCISCO A. BESOSA
ON DECEMBER 3, 2009

_____

**A P P E A R A N C E S**

For the Plaintiffs:
            Manuel San-Juan-DeMartino
            Robert Tolchin
            Naomi Weinberg

For the Defendants:
            Not Present

_____

**ROLAYNE M. VOLPE, CCR, RPR**
**Court Reporter for the U.S. District Court of Puerto Rico**
**Federal Building, Room 150**
**San Juan, Puerto Rico  00918**
**(787) 772-3482**

1                               I N D E X

2

  **DESCRIPTION**                                                    **PAGE**

3

4     INDEX                                                           2

5
      EXHIBIT LIST                                                    3
6

7     PROCEEDINGS                                                     5

8
      EXAMINATION OF RUTH CALDERON-CARDONA:
9         DIRECT EXAMINATION BY MR. SAN-JUAN-DeMARTINO                6

10
      EXAMINATION OF ANA DELIA CALDERON-CARDONA:
11        DIRECT EXAMINATION BY MR. SAN-JUAN-DeMARTINO                32

12
      EXAMINATION OF HILDA ELADIA CALDERON-CARDONA:
13        DIRECT EXAMINATION BY MR. SAN-JUAN-DeMARTINO                43

14
      EXAMINATION OF LUZ FRANCISCA CALDERON-CARDONA:
15        DIRECT EXAMINATION BY MR. SAN-JUAN-DeMARTINO                53

16
      EXAMINATION OF JOSE RAUL CALDERON-CARDONA:
17        DIRECT EXAMINATION BY MR. SAN-JUAN-DeMARTINO                67

18
      EXAMINATION OF ANGEL RAMIREZ-COLON:
19        DIRECT EXAMINATION BY MR. SAN-JUAN-DeMARTINO                81

20
      EXAMINATION OF DR. ALEXANDER RAMOS-DUCHATEAU:
21        DIRECT EXAMINATION BY MR. SAN-JUAN-DeMARTINO                102

22
      PLAINTIFFS REST                                                 128
23

24    REPORTER'S CERTIFICATE                                          131

25

1                          **E X H I B I T S**

2  **DESCRIPTION**                                              **PAGE**

3  Plaintiffs' No. 36
        Birth Certificate of Ruth Calderon-Cardona          7
4
   Plaintiffs' No. 27
5        Sworn Declaration of Ruth Calderon-Cardona          31

6  Plaintiffs' No. 22
        Sworn Declaration of Ana Delia Calderon-Cardona      42
7
   Plaintiffs' No. 30
8        Birth Certificate of Ana Delia Calderon-Cardona      42

9  Plaintiffs' No. 24
        Sworn Declaration of Hilda Calderon-Cardona          52
10
   Plaintiffs' No. 32
11        Birth Certificate of Hilda Calderon-Cardona          52

12  Plaintiffs' No. 37
        Birth Certificate of Luz Francisca Calderon-Cardona  54
13
   Plaintiffs' No. 28
14        Sworn Declaration of Luz Calderon-Cardona           66

15  Plaintiffs' Exhibit No. 33
        Birth Certificate of Jose Raul Calderon-Cardona      68
16
   Plaintiffs' Exhibit No. 25
17        Sworn Declaration of Jose Raul Calderon-Cardona     75

18  Plaintiffs' Exhibit No. 35
        Birth Certificate of Miguel Angel Calderon-Cardona   75
19
   Plaintiffs' Exhibit No. 40
20        Death Certificate of Miguel Angel Calderon-Cardona  76

21  Plaintiffs' Exhibit No. 21
        Death Certificate of Eladia Cardona-Rosario          76
22
   Plaintiffs' Exhibit No. 11
23        Medical Certificate for Pablo Tirado-Ayala          80

24  Plaintiffs' Exhibit No. 12
        Medical Certificate for Antonia Ramirez-Fiero        80
25

1                          **E X H I B I T S**

2       **DESCRIPTION**                                        **PAGE**

3
        Plaintiffs' Exhibit No. 44
4           Marriage Certificate of Pablo Tirado-Ayala and
            Antonia Ramirez-Fiero                                 80
5
        Plaintiffs' Exhibit No. 62
6           Photograph                                           84

7       Plaintiffs' Exhibit No. 61
            Photograph                                           86
8
        Plaintiffs' Exhibit No. 45
9           Photograph                                           86

10      Plaintiffs' Exhibit No. 63, 64, and 65
            Photographs                                          96
11
        Plaintiffs' Exhibit No. 46
12          Sworn Statement of Pablo Tirado-Ayala,
            English/Spanish                                      98
13
        Plaintiffs' Exhibit No. 47
14          Sworn Statement of Antonia Ramirez-Fiero,
            English/Spanish                                      98
15
        Plaintiffs' Exhibit No. 57
16          Photographs of Mr. Tirado's Bible                   100

17      Plaintiffs' Exhibit No. 9
            Curriculum Vitae of Dr. Ramos                       104
18
        Plaintiffs' Exhibit No. 10
19          Dr. Ramos' Psychodiagnostic Assessment Report of
            Pablo Tirado-Ayala and Antonia Ramirez-Fiero        111
20

21

22

23

24

25

1          The above-styled cause came on for hearing on

2     the 3rd day of December, 2009, at 9:49 a.m., before Judge

3     Francisco A. Besosa, Judge in the United States District Court

4     for the District of Puerto Rico, when the following proceedings

5     were had and entered of record, to wit:

6                              **PROCEEDINGS**

7                      **DEFAULT TRIAL, DAY TWO**

8               THE COURT:  Please be seated.

9               Next witness, Mr. San-Juan.

10              MR. SAN-JUAN-DeMARTINO:  Yes, your Honor.  Out

11    next witness will be Ruth Calderon-Cardona, Plaintiff in this

12    case.

13              THE COURTROOM DEPUTY CLERK:  Raise your right hand.

14              (The oath is administered by the Courtroom Deputy

15    Clerk, and the witness answers as follows:)

16              THE WITNESS:  Yes.

17              THE COURTROOM DEPUTY CLERK:  So help you God.  Please

18    be seated.

19              MR. SAN-JUAN-DeMARTINO:  May it please the Court?

20              THE COURT:  Go ahead.

21                      **RUTH CALDERON-CARDONA**,

22    having been first duly sworn by the Courtroom Deputy Clerk

23    of the Court to tell the truth, the whole truth, and nothing

24    but the truth, was examined and testified upon her oath as

25    follows:

ROLAYNE M. VOLPE, CCR, RPR
COURT REPORTER FOR THE U.S. DISTRICT COURT OF PUERTO RICO
787-772-3482

1                    **DIRECT EXAMINATION**

2   BY MR. SAN-JUAN-DeMARTINO:

3   Q    Good morning, ma'am.

4   A    Good morning.

5   Q    I'm going to be asking you a few questions.  Please let me

6   know if you don't understand the question.

7        Okay.  Please state your full name for the record.

8   A    Ruth Calderon-Cardona.

9   Q    And how old are you?

10  A    Seventy-eight.

11  Q    Seventy-eight?

12  A    Uh-huh.

13  Q    When is your birthday?

14  A    May 28.

15  Q    Okay.  May 28, seventy-eight years ago, that would be, what

16  year, 19-.  .  .?

17  A    -29.

18  Q    1929.  Okay.  And where do you live?

19  A    In Rio Piedras.

20  Q    Okay.  And I note that you are able to understand English

21  and speak to me in English somewhat?

22  A    Uh-huh, yes.

23  Q    If you wish to speak in Spanish, feel free to do so.

24  That's why we have the Interpreter.

25  A    I prefer Spanish.

1   Q    So you can -- if you understand my question, there's no

2   need for a translation; if you need a translation, ask the

3   translator.  Okay?

4   A    Okay.

5   Q    So you live in Rio Piedras, and you were born May 28th,

6   1929?

7   A    Yes, correct.

8   Q    And where were you born?

9   A    Canovanas.

10          MR. SAN-JUAN-DeMARTINO:  Your Honor, at this time

11  we offer Exhibit 36; it's the Birth Certificate of Ruth

12  Calderon-Cardona.

13          THE COURT:  Admitted as Exhibit 36.  Did you say 36,

14  Mr. San-Juan?

15          MR. SAN-JUAN-DeMARTINO:  36.

16          (Birth Certificate of Ruth Calderon-Cardona is marked

17  and admitted as Plaintiffs' Exhibit No. 36.)

18  Q    (By Mr. San-Juan-De-Martino)  So according to your birth

19  certificate, you were born May of 1929.  That means that you're

20  80, not 78; correct?

21  A    Uh-huh.

22  Q    Understood?

23  A    Yes.

24  Q    Okay.  All right.  Now, Ruth, are you retired?

25  A    Yes.

```
1    Q    Retired from what?

2    A    I was a school supervisor in New York City.

3    Q    Okay.  For how many years?

4    A    Ten years.  About ten years.

5    Q    And before that, what did you do?

6    A    In Puerto Rico.

7    Q    Where did you work?

8    A    School system.

9    Q    Okay.  Also as a school supervisor?

10   A    Yes, at the school.

11   Q    Were you a schoolteacher?

12   A    When I first started, I was a schoolteacher.

13   Q    Uh-huh.

14   A    And then I was -- I continued studying, and I went from

15   teaching to a supervisor.

16   Q    Okay.  And all-in-all, how many years were you in the -- in

17   this -- as a schoolteacher and as an administrator?

18   A    For 20, 25 years.

19   Q    Twenty, or 25 years?

20   A    Okay.

21   Q    When did you retire?

22   A    I retired, let's see, three years ago.

23   Q    Three years?

24   A    Three or four years ago.

25   Q    And you were here in Puerto Rico at the time or New York
```

1   City?

2   A    New York City.

3   Q    Yesterday we heard testimony from your sister Gloria;

4   correct?

5   A    Yes.

6   Q    And are you older than Gloria?

7   A    Yes, sir.

8   Q    And I understand that your father was Carmelo

9   Calderon-Molina?

10   A    That's correct.

11   Q    And I understand from her testimony that he had some

12   children from his first marriage.

13   A    Three.

14   Q    And can you describe, if you know, what kind of

15   relationship Don Carmelo had with those children from his first

16   marriage.

17   A    Very good relationship.  Because they -- even though they

18   were divorced, they used to come to her house frequently.

19   Q    Okay.  Particularly Don Salvador, what sort of relationship

20   did Carmelo have with his son Salvador?

21   A    Very good relationship.

22   Q    Did he ever live with your family, Salvador?

23   A    Salvador, yes.

24   Q    When you were --

25   A    When they were young.

1   Q    Okay.  Did he live with you when you were around as a

2   child?

3   A    I was a child at the time.

4   Q    Okay.  But Salvador was living with you?

5   A    Yes.

6   Q    Now, yesterday we heard some testimony about your father

7   and the sort of man that he was and the things that he used to

8   do with his family.  And we heard testimony, for example, about

9   how he used to play games, odds and even, with the children

10  when he would come home.  Did he ever play any other games

11  besides odds and evens with you?  You can speak in Spanish if

12  it's easier for you.

13  A    Songs with me.  He also used to teach us poems.

14  Q    Okay.  Poems such as?  Can you remember any of the poems he

15  used to.  .  .  I know it's been a long time.

16  A    It's -- I don't remember the title, but it was about this

17  man who used to get drunk and then going home there was an

18  echo.  And it starts -- (Witness recites the poem in Spanish.)

19  And it goes on and on.

20  Q    That's very lovely.  And how is it that the remember this

21  poem so well?

22  A    We all remember it.

23  Q    Why?  Because your father would make you learn it?

24  A    Well, he would sit with us in the porch and he would recite

25  it and we all learned it.

1  Q    And you mentioned the singing.  Did your father have a good

2  singing voice?

3  A    Yes.  He belonged to the choir, the church choir.  With my

4  mother.  They both belonged to the choir.

5  Q    So they both sang?

6  A    Uh-huh.  Yes.

7  Q    What was the relationship between your mother and your

8  father like?  What did you perceive that to be?

9  A    Very good.  Very good.

10 Q    Okay.  Did you think your father was a good husband?

11 A    And a good father.

12 Q    And a good father?

13 A    Uh-huh.

14 Q    Now, your sister mentioned the game of odds and evens.  Was

15 there some other games that he would play, like board games

16 that he would play with your family at home?  Do you remember?

17 A    I can't remember.  .  .

18 Q    Like checkers or --

19 A    Oh, yes.  Yes.  "Damas."

20 Q    Checkers.

21 A    Used to play checkers.

22 Q    What about dominoes?

23 A    Dominoes, too.

24 Q    Okay.

25 A    Used to sit in the porch and play.

1   Q    Who would he play with?

2   A    With my mother and with "yo" -- then we join them.

3   Q    Now, you were the oldest of his children from the second

4   marriage, no?

5   A    Yes.

6   Q    And what was -- Yesterday there was some testimony about

7   how he built the house that you lived in; correct?

8   A    Yes.  Every house that we lived in, he would build.  He was

9   a contractor.

10   Q    And I believe that your sister said that sometimes he asked

11   you and the children to help him in the building process?

12   A    Oh, yes.

13   Q    How was that?

14   A    When we built our house, during the days that he was not

15   working, to that -- Saturdays.

16   Q    On Saturdays?

17   A    Uh-huh.  And sometimes Sunday afternoon, because in the

18   morning we used to go to church.

19   Q    Uh-huh.

20   A    So we used to help, you know, making the concrete.

21   Q    Mixing the cement?

22   A    Yeah.  The cement.  You know, mixing the cement with the

23   sand and the stones together.

24   Q    Okay.

25   A    And we used to help pour it in the buckets.

1   Q    Okay.  And did you enjoy that sort of thing?

2   A    Oh, yes.

3   Q    It was you and your brothers and sisters, too?

4   A    The oldest ones.  The little ones couldn't do it.

5   Q    Okay.  And so on Saturdays and Sundays you would go to

6   church and spend some time helping your father?

7   A    Sundays.

8   Q    On Sundays?

9   A    Sundays we went to church.

10   Q    And what kind of things did your father like to do for fun?

11   A    We used to go to the country to visit the family.

12   Q    His family?

13   A    And my mother's family.

14   Q    And where was --

15   A    Because they lived in the same area.

16   Q    And what area was that?

17   A    In Luquillo.  It was the -- the name of the country was

18   Juan Martin.

19   Q    Yesterday we saw a photograph of your father standing next

20   to a car.  Let me just find it for you and put it on the Elmo.

21        So you would go to the country in Luquillo.  How often did

22   you go to the country?

23   A    We usually went during holidays.

24   Q    Uh-huh.

25   A    And sometimes on Sundays afternoon.

1   Q    Okay.  And if I'm not mistaken, the car in this photograph,

2   if you look behind you -- or look on the monitor, it looks to

3   me like a 1968 Pontiac, or something around there.  Was that

4   the car that you would drive to the country?

5   A    I think so.

6   Q    And how many people would go to the country?  Would he go

7   with some of the children, or all of the children?

8   A    No, we always travelled together.  The whole family.

9   Q    The whole family?

10  A    Yes.

11  Q    So it was your mother and your father and all these folks

12  that we see here?

13  A    Yes.  My mother and other children.

14  Q    And you say you would go visit your father's family and

15  your mother's family, too, in Luquillo?

16  A    Yes, correct.

17  Q    All right.  What was your father's attitude towards family?

18  What -- what was his belief about family?

19  A    He was always close relationship between his family and my

20  mother's family and us.

21  Q    Okay.  So you had some cousins and --

22  A    Visited our cousin, and nephews, and.  .  .

23  Q    Did they ever visit your house?

24  A    Oh, yes.  Some of them -- when they went to study at the

25  university, they would come to live with us.

1    Q    Okay.  They would come from Luquillo to live with you in
2    the city so they could study --
3    A    During the week.  And then on Saturdays, they would return
4    home.
5    Q    Okay.  And how did your father feel about that?
6    A    Fine.
7    Q    Let me put another picture of your father here up on the
8    screen.  Now, I notice that he's wearing the white hat?
9    A    He always wore at hat.
10   Q    Always wore a hat?
11   A    Oh, yes.
12   Q    Was that something that you remember from when he was
13   -- when you were a little girl, or was it later on in life when
14   he started to wear that?
15   A    No, he wore it all the time.  Since I was a little girl.
16   Q    Now, did there come a time when you made a decision to
17   leave your home and go live somewhere else?
18   A    Okay.  I was studying with New York University, because
19   they came to Puerto Rico to give some courses towards a
20   Master's degree, and -- and I enrolled with them.  And I took,
21   like, ten credits here.
22   Q    Uh-huh.
23   A    Because they used to come only during the summer.
24   Q    Okay.
25   A    And then I had to go and do the internship to New York and

1   finish it.

2   Q    And how old were you then?

3   A    Well, I was already working by that time.

4   Q    Working as what?  As a teacher?

5   A    As a teacher, yes.

6   Q    And when you were working as a teacher, did you continue to

7   live at your mother's and father's home?

8   A    Yes.

9   Q    But then there came a time when you --

10  A    When I decided to go for my Master's degree.

11  Q    Okay.

12  A    I start here in Puerto Rico, during the summertime, that

13  they used to come here.  And then when I finished all the

14  credits that I could take here, then I decided to go and finish

15  over there.

16  Q    In New York?

17  A    In New York.  New York University.

18  Q    And did you go by yourself?

19  A    Yes.

20  Q    Okay.

21  A    Not easy.

22  Q    Tell me about it.

23  A    It was difficult.

24  Q    How did your father feel about that, that you going off by

25  yourself to New York?

1   A   Not too comfortable.

2   Q   No?

3   A   No.  Because we were very close.

4   Q   Okay.

5   A   And he used to call me over there, during, and he would

6   call.

7   Q   So finally you decided to go to New York, and you went over

8   to -- to get your Master's degree?

9   A   Yes.

10   Q   Okay.  And how long were you in New York -- for how many

11   years?

12   A   Well, after I finish, they'd offered me a job, it was a

13   good job.  I couldn't resist taking it, so I stayed.

14   Q   Okay.  And would you --

15   A   But I would come to Puerto Rico frequently.

16   Q   How frequently?

17   A   Every time there was a holiday.  I would come for

18   Christmas, summertime, I would come and stay here.

19   Q   Uh-huh.

20   A   For the whole summer, and then I would go back.

21   Q   And when you would come to Puerto Rico, where would you

22   stay?

23   A   At my mother's.

24   Q   At your mother's house?

25   A   Yes.

1  Q    There was a place for you there?

2  A    Oh, yes.  Always.

3  Q    And how did you feel when you would return to your home

4  from New York?

5  A    Very happy.  I used to call my mother and my father every

6  week.  Sundays I would call.  And sometimes if I felt homesick,

7  I would call -- you know, twice.  My mother would say, You

8  spoke to me yesterday; don't spend so much money calling.  I

9  said, Ma, don't worry about it.  So.  .  .

10  Q    So you would come to Puerto Rico for holidays and every

11  chance you got?

12  A    Yes.

13  Q    Okay.  Now, did there come a time when you learned that

14  your father was contemplating a trip to the Holy Land?

15  A    Say that again.

16  Q    Did you -- did there come a time when you found out that

17  your father wanted to go to the Holy Land, to Israel?

18  A    Yes.

19  Q    When did you learn about that?

20  A    Well, when I came once, he expressed the desire -- My

21  mother was not too happy about it.

22  Q    Why not?

23  A    Because she was very afraid of planes.

24  Q    Uh-huh.

25  A    And every time any member of the family had to take a

1   plane, she would panic.  So she was not too happy about it.  My

2   father wanted her to go, but she was so afraid of planes.

3   Q    And there was testimony yesterday that the doctor said she

4   couldn't go because she had high blood pressure?

5   A    By that time, when he decided to take that trip, she was

6   being treated, and the doctor didn't recommend her to go.

7   Q    Okay.  All right.  So you learned that your father was

8   going to go to Jerusalem and the Holy Land.

9   A    That was his dream of all -- you know.

10  Q    Was this something that he had said before that he wanted

11  to do?

12  A    Yes.  Really, one of his dreams, to go to the Holy Land.

13  Q    All right.  And what did you learn about his preparations

14  before he made the trip?  What did he do to prepare?

15  A    He was very enthusiastic about it because he was -- it was

16  a church group that was going.  My brother went with him to

17  help him, you know, with the preparation.

18  Q    Which brother?

19  A    My youngest brother.

20  Q    The one who passed away?

21  A    The one who -- who was a policeman.  He was killed.

22  Q    Miguel Angel?

23  A    Miguel, yes.

24  Q    So your brother Miguel Angel helped him with the

25  preparation of the trip?

1   A    Yes.  Everywhere my father had to go, he would go with him.

2   Q    Okay.  And you were living in New York at the time?

3   A    Yes.

4   Q    Okay.  Did you learn how your father was going to travel to

5   Israel?  What the route of his flight was going to be?

6   A    I knew that he was going to --  to Israel.

7   Q    And how he was going to get there; do you know?

8   A    They were -- he had to make a stop in New York.

9   Q    Okay.

10  A    And when he got to the airport, he called me -- I guess, in

11  the morning.  I was getting ready to go to work.  He was very

12  happy.  And I was very happy to hear his voice.  That was a

13  surprise.  I didn't expect that call in the morning.

14  Q    What did he tell you?  What did he tell you?

15  A    He just told me -- I asked him about how was the family,

16  and he -- you know, he says everything was okay.  And he was

17  very enthusiastic about going on this trip.

18  Q    Okay.  Was he in New York at the time at the airport?

19  A    He called me from the airport.  He called me from the

20  airport early in the morning.

21  Q    Okay.  But it was the airport in New York?

22  A    In New York.

23  Q    He had already arrived in New York to take his flight to --

24  A    That's correct.

25  Q    Okay.  And that was the last time that you spoke to him?

1  A   It was the last time.

2  Q   Okay.  What happened after that?  After you spoke with

3  him --

4  A   I was getting ready to go to work, so I went to work.

5  Q   Okay.  We know that there was news, then, of the massacre.

6  How did you learn of what had happened in the airport in

7  Tel Aviv?

8  A   I was at work.  And when I went into the office, I noticed

9  that the people in the office were looking at me, you know, in

10 a certain way.  I say.  .  .  I did -- I didn't know why.  And

11 they already knew.  They had heard.  What I heard at home

12 before going to work that Carmen Calderon -- My father's name

13 is Carmelo.  So I said Carmen Calderon.  Well, I have a cousin

14 whose name is Carmen.  And I said maybe -- maybe that was my

15 cousin, or somebody else.

16 Q   Okay.

17 A   So I went to work.

18 Q   And then what happened?

19 A   And then when I was in the office getting ready to go to

20 one -- one of the school's I supervise, in comes a call, and

21 everybody's looking at me weird and said -- I answered the

22 call.  The secretary says -- I was getting ready to go.  -- she

23 says:  Don't go, there's a call for you.  And I said -- It's

24 from Puerto Rico.  And I said, Oh, my God.  I pick up the

25 phone.  And my brother-in-law, who was the one who told me --

1   Q    What did he say?

2   A    -- he told me that I have to go -- come to Puerto Rico

3   right away because something has happened to my father.  So I

4   immediately told my secretary that I was going to leave, and I

5   left.  Right away.

6   Q    Did you imagine what had happened to your father?

7   A    One -- I remember that one of the girls in the office says,

8   Ms. Calderon, I'm going with you.  So she came with me.

9   Q    Did you imagine, then, that your father had been killed?

10  A    No.

11  Q    What did you think?

12  A    When I got home, I called and then everything -- you know,

13  was told -- I was told what has happened.

14  Q    Who did you call?

15  A    I talked to Roberto, uh-huh.

16  Q    So you spoke to your sisters and --

17  A    Uh-huh.

18  Q    They told you what had happened?

19  A    Immediately.  My secretary was the one who made the -- the

20  arrangements to call -- for the tickets and everything.  It was

21  -- When I received the -- the notice, I just.  .  .

22  Q    What happened?

23  A    Fainted.

24  Q    You fainted?

25  A    Uh-huh.

1   Q   Were you by yourself?  Were you alone?

2   A   No.  No.  Because this happened at the office.

3   Q   So the people at the office were with you?

4   A   Oh, yes.

5   Q   And what happened --

6   A   And they didn't let me drive.  Someone from -- from the

7   office came with me.

8   Q   Where did they take you, back to your house?  Back to your

9   home?

10  A   Yes.

11  Q   And they stayed with you?

12  A   They stayed with me until -- They were the ones who made

13  all the arrangements, you know, called for the tickets and

14  everything.

15  Q   Okay.  And you got tickets to come to Puerto Rico?

16  A   I picked it up in the airport.

17  Q   Did you go that same day to Puerto Rico?

18  A   Yes.  Immediately.

19  Q   Immediately.

20  A   Immediately.

21  Q   Okay.  Did anybody come with you to Puerto Rico?

22  A   No.

23  Q   I believe there was --

24  A   Oh, my sister Lucy, who lived in California at the time --

25  Q   Okay.

1   A   -- we met at the airport.

2   Q   So she --

3   A   We flew together.

4   Q   She flew from California to New York and you met at the

5   airport?

6   A   That's right.

7   Q   And then you flew to Puerto Rico?

8   A   That's correct.

9   Q   How was Lucy taking the news?

10  A   She was devastated.

11  Q   When you arrived in Puerto Rico, what did you do?  What did

12  you do when you arrived to Puerto Rico?

13  A   Well, I think that my brother and my brother-in-law, they

14  picked us up.

15  Q   Okay.  And where did you go?

16  A   Well, directly to my mother's house.

17  Q   Okay.  How was your mother when you -- when you saw her?

18  A   She was sedated when I arrived.

19  Q   She was sedated?

20  A   Oh, yes.

21  Q   And were you able to speak to her?  Were you able to talk

22  to her?

23  A   Yes, she was like -- she was not completely awake, she

24  would talk to me, and then went back, you know, to sleep.

25  Because she was -- she was sedated, so she.  .  .

1   Q    Okay.  Who was there at the house with you?

2   A    At the house was Gloria, and the other relatives were

3   there.  My brothers and my sisters were there.

4   Q    Okay.  And what news did you get about what had actually

5   happened to your father?  What news did they give you?  What

6   did they tell you actually happened to your father?

7   A    Well, they were saying that there was a massacre in

8   Tel Aviv at the airport.  That was -- everybody was commenting.

9   Q    Okay.  A massacre?

10  A    Yeah.  That this man in the airport just started, you know,

11  shooting at the -- at the people.  They were passing through

12  the gate.

13  Q    Did you ask yourself why this had happened?

14  A    Correct.

15  Q    What did you -- What were your thoughts?

16  A    I just couldn't, you know, figure out why.

17  Q    Now, I understand from the testimony yesterday that it took

18  about a week for your father's body to be delivered to --

19  A    Long wait.

20  Q    It was a long wait.  How did it feel to be waiting for --

21  A    It was terrible.

22  Q    Why?

23  A    It was -- you know, this -- this feeling of, you know, when

24  we wanted, you know, to have the body and bury it, and it was

25  just terrible, the wait.

1   Q    Okay.  This time that you spent waiting, where did you
2   spend it at, at your mother's house?
3   A    Oh, at my mother's house.  All brothers and sisters, we
4   were there.
5   Q    Okay.  Of the brothers and sisters, were there any that
6   were more affected than others by what had happened?
7   A    At the time we were all very affected by it, so you just
8   can't think clearly.
9   Q    What do you mean by that?  You can't think clearly?
10  A    Because your thoughts are, you know, just waiting when the
11  body will arrive, you know, and it was just devastating.
12  Q    Then finally the body did arrive, no?
13  A    I remember it was at night.  And my brother-in-law -- two
14  brothers-in-law and my brother, they were going to the airport.
15  And I remember I -- I expressed to them that I wanted to go.
16  They said, no, you're not going.  They didn't let me go.
17  Q    How did you feel about that when they said you couldn't go?
18  A    I felt very bad.
19  Q    Why?
20  A    I wanted to go, but they wouldn't let me.
21  Q    Why did you want to go?
22  A    Because I wanted to see my father -- as soon as he
23  arrived, you know, at the airport.  I wanted to see, you
24  know.  .  .  The corpse.
25  Q    Did you eventually see the corpse?

1   A    Oh, yes.  Afterwards.

2   Q    Why?

3   A    Because it was at night that I remember the -- they took it

4   to the -- the next day, because -- went directly to the morgue.

5   Q    And was that where you saw your father?

6   A    Afterwards, yes.  The next day.

7   Q    Was that at the church, or in the morgue?

8   A    Uh-huh.

9   Q    Was it in the church?

10  A    As soon as they -- the next day, we went directly to the

11  -- I don't remember exactly if they brought him -- I think

12  first to the morgue and then to the church.  I believe.

13  Q    Well, let me show you a photograph and help you to refresh

14  your memory.  Ruth, let me show you a photograph that has been

15  marked as -- as an exhibit in this case.  Do you recognize that

16  person in the photo?

17  A    Yes, that's me.

18  Q    That's you, right?

19          THE COURT:  What exhibit is that, please.  The number?

20          MR. SAN-JUAN-DeMARTINO:  This will be part of

21   Exhibit 56, your Honor.

22  Q    (By Mr. San-Juan-De-Martino)  So this is you?

23  A    Yes.

24  Q    And what are you doing in this photograph?

25  A    Excuse me?

1   Q    What are you doing here in this photograph?

2   A    We're standing by the corpse -- took turns.

3   Q    You took turns?

4   A    Yes.  In standing by the corpse.

5   Q    Okay.  And this is what you call -- your sister called an

6   honor guard?

7   A    Yes.

8   Q    How did you feel about standing in the honor guard?

9   A    Very sad.

10  Q    Ruth, the funeral was held in Luquillo, I understand?  The

11  funeral was held in Luquillo?

12  A    In Luquillo.

13  Q    Is what I understand.

14       And I take it that this body was taken from the church in

15  San Juan all the way to --

16  A    -- to Luquillo.

17  Q    Was there some sort of memorial service, any kind of a

18  service for him?

19  A    We had a service at the cemetery.

20  Q    At the cemetery?

21  A    (The witness moves head up and down.)

22  Q    And I understand he's buried in Luquillo and still remains

23  buried there today?

24  A    Yes.

25  Q    Do you or anybody in the family visit his grave?

1  A    Oh, yes.  We go all the time.  We clean, you know, the

2  place.

3  Q    Who goes?

4  A    My sisters and me and brothers, you know.  We take turns.

5  Q    Okay.  And how often do you do it?

6  A    Every two months, you know.  And we pass by -- if we see

7  the area -- plants growing, in other places we will go in and

8  clean it.

9  Q    And you've been doing this since 1972?

10 A    Uh-huh.  Yes.

11 Q    And you still do it?  You still do it?

12 A    Oh, yes.  We go frequently.

13 Q    Now, Ruth, we heard testimony yesterday about the -- the

14 sort of man that your father was and his relationship with his

15 family.  I ask you if you could tell the Court in what way was

16 the loss of your father?  How did it affect the family?

17 A    It did affect us tremendously.  Especially my mother.

18 Q    How did it affect you?

19 A    It affected positively in -- Even though we were very

20 close, it made us closer.

21 Q    Okay.

22 A    And we all cared about our mother.

23 Q    How did she manage after he passed away?

24 A    She was okay.  I guess.  You know.  My brothers and sister,

25 the ones who lived in Puerto Rico, will be with her, you know,

1    all the time.  I used to come even though I was living over

2    there, every holiday.  I would come.  Ever since I have left

3    because we were very close.  So every time there was a holiday,

4    I could just -- I would come for Christmas, I would spend the

5    summer here, and there was like a long weekend, I would also

6    come to visit.

7    Q    Now, Ruth, your relationship with your father, your own

8    personal relationship with your father, how would you describe

9    it to the Court?

10   A    He was a strong disciplinarian.  But he was affectionate.

11   And I remember when we were small, in my house, there was

12   always a rocking chair.

13   Q    Uh-huh.

14   A    And he will take the smaller sibling on his lap and would

15   tell stories, he would sing songs, he would recite poems, that

16   we still remember.

17   Q    What kind of a man would you describe him as?

18   A    He was --

19   Q    Somebody asked you what was your father like, what would

20   you say?

21   A    He was a family man.  And was a good father.

22   Q    Okay.  How do you feel that the loss of your father has

23   affected you?

24   A    Wow.  Tremendously.  It affected all of us tremendously.

25   Q    Yesterday we saw some photographs of the scene at the

1   Lod Airport; do you remember that?  Had you ever seen those

2   photographs before?

3   A    I remember seeing some of them.

4   Q    Do you have any thoughts as you viewed those photographs?

5   A    It just feel very bad every time.  That's one thing that I

6   would like to erase from my mind, you know.  I don't like to

7   look at them.

8          MR. SAN-JUAN-DeMARTINO:  Okay.  Your Honor, at this

9   time we would like to offer the Declaration of Ruth

10  Calderon-Cardona.  It would be Exhibit No. 27.

11         (Document is handed to the Judge.)

12         THE COURT:  All right.  Admitted as Exhibit 27.

13         MR. SAN-JUAN-DeMARTINO:  Thank you, your Honor.

14         (Sworn Declaration of Ruth Calderon-Cardona is marked

15  and admitted as Plaintiffs' Exhibit No. 27.)

16  Q    (By Mr. San-Juan-De-Martino)  Ruth, is there anything else

17  that you would like to tell the Court at this time?

18  A    No.

19         MR. SAN-JUAN-DeMARTINO:  Thank you that's all I have.

20         THE COURT:  Thank you, you are excused.

21         MR. SAN-JUAN-DeMARTINO:  Your Honor, our next witness

22  will be Ana Delia Calderon.

23         THE COURTROOM DEPUTY CLERK:  Raise your right hand.

24         (The oath is administered by the Courtroom Deputy

25  Clerk, and the witness answers as follows:)

1           THE WITNESS:  I do.

2           THE COURTROOM DEPUTY CLERK:  So help you God.  Please

3   be seated.

4           MR. SAN-JUAN-DeMARTINO:  May it please the Court?

5           THE COURT:  Go ahead.

6                    **ANA DELIA CALDERON-CARDONA**,

7   having been first duly sworn by the Courtroom Deputy Clerk of

8   the Court to tell the truth, the whole truth, and nothing but

9   the truth, was examined and testified upon her oath as follows:

10                    **DIRECT EXAMINATION**

11  **BY MR. SAN-JUAN-DeMARTINO:**

12  Q   Good morning, ma'am.  Could you please state your full name

13  for the record.

14  A   My name is Ana Delia Calderon-Cardona.

15  Q   How old are you, ma'am?

16  A   Seventy-four.

17  Q   What is your civil status?

18  A   Married.

19  Q   How many years have you been married?

20  A   Fifty-two.

21  Q   And where do you live?

22  A   I live at -- in country club.

23  Q   Do you have children?

24  A   I have two.

25  Q   How old are they?

1   A   The boy is 50-something, and the girl is 40-something.

2   Q   Okay.  Do they live in Puerto Rico?

3   A   Yes.

4   Q   Okay.  Now, how far did you go in school?

5   A   I graduated from high school and took a secretary course.

6   Q   Did you work as a secretary?

7   A   Yes.

8   Q   For how many years?

9   A   Twenty-something.  Twenty-two.

10  Q   Okay.  And you were also a daughter of Carmelo Calderon-

11  Molina?

12  A   Yes.

13  Q   And where are you in the birth order?

14  A   The fifth child.

15  Q   Okay.  The fifth child from the children of his second

16  marriage; correct?

17  A   Yes.

18  Q   Now, tell the Court, if you would, from you own perspective

19  as one of the younger children, what was it like to grow up in

20  the home of Carmelo Calderon-Molina.

21  A   Very good.

22  Q   Tell us about it.  What was it like?

23  A   Well, we would play -- weren't at school, we were playing,

24  and we would have chores to do at home, we would have to pick

25  up our toys and put them all in place, and when my dad came

1    home from work, we would let him rest, and then he would be

2    with us before having dinner.

3    Q    And when he was with you, what would you do?

4    A    He talked to us.

5    Q    Okay.  You can say it in Spanish better --

6    A    Well, he would talk to us, he would always advise us that

7    we'd have to help our mother because he was also working

8    outside, so he would sit with us at the porch and tell us

9    poems, he would teach us poems, sing us songs, mainly hymns,

10   and also tell us stories.

11   Q    What kind of stories would he tell you?

12   A    Stories when -- of when he was a boy.

13   Q    Okay.  What else?

14   A    He started to work when he was very young.  He was the

15   oldest of all his siblings.  And all the things that happened

16   to him when he was young.

17   Q    And what -- what did you feel for your father when he was

18   telling his stories?  When he would sit with you as a child,

19   what were your feelings for him?

20   A    Very good.

21   Q    And Ana Delia, how -- what kind of a father would you say

22   that your father Carmelo was to you?

23   A    If you ask me, the best in the world.

24   Q    Why do you say that?

25   A    Well, because he was a friend, he was an advisor, he was a

1   good father, a good provider, he would take care of his
2   children.
3   Q    In what way do you feel that he took care of you?
4   A    Well, he would buy us everything -- Well, he would give our
5   mother money for her to buy us things.  If he saw something
6   that he liked, he would bring it to the children, the younger
7   children, and always take us out.
8   Q    Were you ever -- Did you ever feel afraid of your father?
9   A    Never.
10  Q    You said he was strict.  He was a disciplinarian, no?
11  A    Oh, yes.  Yes.
12  Q    But --
13  A    But loving.
14  Q    Now, we heard testimony yesterday about the kind of things
15  that he liked to do.  He would sing songs.  Was he a spiritual
16  man?  Did he have strong spiritual beliefs?
17  A    (The witness moves head up and down.)
18  Q    How do you know?
19  A    Because the father he was.
20  Q    But what would he do and say that suggested to you that --
21  A    Well, it was like, the other neighborhoods, who would fight
22  at home or speak loudly, I mean he did scold us when we needed
23  to be scolded.  We did get the belt when we needed to get the
24  belt.  But he didn't mistreat us.  And he would sing.  He
25  mostly would sing hymns.

```
 1  Q   Was there any other children that would misbehave more than
 2  the others?
 3  A   Don't make me tell you.
 4  Q   You can tell us.  You can tell us.
 5  A   I don't remember.
 6  Q   Remember that you're under oath.  It wasn't you?
 7  A   Maybe.
 8  Q   Okay.  Ana Delia, let me ask you some questions now about
 9  your father and during the time before he went to the trip from
10  which he did not return.  At that time, were you living here in
11  Puerto Rico?
12  A   Yes.
13  Q   Okay.  And what was your relationship like with your father
14  at that time?
15  A   Very good.
16  Q   Okay.  And we heard that he's very enthusiastic about going
17  on the trip.
18  A   Yes.
19  Q   And did you participate in any way of the planning for this
20  trip?
21  A   No.
22  Q   Okay.  What did you learn, if anything, about his interest
23  in this trip?
24  A   Well, he always wanted to take a trip to Jerusalem to the
25  land where Lord Jesus Christ walked.  That was his dream.
```

1  Q   Okay.  And did you have a chance to say good-bye before he
2  left on the trip?
3  A   I didn't want to go and say good-bye to him.
4  Q   Why not?
5  A   I don't know.  But I've never liked good-byes.
6  Q   Okay.
7  A   And I told him days before that -- Dad, I'm not going to
8  say good-bye to you.
9  Q   Now, as you sit here today, how do you feel about that --
10 that you never said bye to your father?
11 A   Very bad.  Very bad.
12 Q   Now, we've heard testimony about the news reports that were
13 given about the massacre at the airport.  Tell the Court how it
14 was that you learned about the massacre at the airport.
15 A   Well, I was on my way to the office and the driver turned
16 on the radio -- and listening to the radio, and I said, Oh,
17 thank God.  That's not dad.  That's Carmen.  Because my dad is
18 Carmelo.  The driver said, Yes, yes, I heard it.  I said, No,
19 that's not my father.  And when I got to the office, there's a
20 lot of people at the office, which was weird.
21 Q   Okay.  So there was a lot of people at the office, and then
22 what happened?
23 A   The driver told me that maybe I should call home.  I asked
24 him, Why?  And he repeated, You should call at home.  I called
25 my mother's home, and Papo answered.

1  Q   Who do you mean?

2  A   My brother.

3  Q   Is your brother here in court?

4  A   Yes.

5  Q   And that's Jose Raul?

6  A   Jose Raul.

7  Q   And Papo answered then, and what did he answer then?

8  A   I asked him, Papo, you listening to the news?  And he said

9  Yes, Ana Delia.  And I told him, Papo, that it's good that it's

10  not dad; right?

11     And he told me told me, Yes, Ana Delia?  I said, Yes what?

12  Yes, it is dad.

13  Q   So he had told you that it had been your father?

14  A   Yes.

15  Q   How did you feel at that moment?

16  A   Very, very bad.

17  Q   What did you do?

18  A   I asked the driver to bring me back -- to take me to my

19  mother's home.

20  Q   Did he do so?

21  A   Yes.

22  Q   So you went to your mother's home?

23  A   Yes.

24  Q   What did you find when you got to your mother's home?

25  A   I immediately went to the room, and I saw my mother that

1  was sleeping, I thought that she was sleeping.  She was lying

2  in bed.

3  Q    What happened then?

4  A    Gloria told me, No, she's not sleeping, she's sedated.  She

5  took me out of the room.

6  Q    Then what happened?

7  A    Well, I was sort of like walking on air.  I didn't even

8  know -- Well, I immediately called my husband, and I told him

9  to take me home so I could tell the children.

10  Q   How old were your children at that time?

11  A   Well, my son, he wanted to go where they were, to pay him

12  back.

13  Q   To pay who back?

14  A   The ones who did that to his grandfather.

15  Q   How old was that boy?

16  A   Fifteen.

17  Q   So you told your children what had happened?

18  A   Yes, sir.

19  Q   Now, we've heard testimony about how there was a long wait

20  for your father's body to come.  How did you feel about that?

21  A   Horrible.  Horrible.

22  Q   Why was it horrible?

23  A   Well, because he wanted -- I mean, he wanted to know about

24  my father.  I mean, I didn't know anything.  About any -- where

25  had he been wounded, if he was complete, or -- I just wanted to

1   see my father.  I asked God to please see my father again, and

2   thank the Lord he granted me that.

3   Q    We've heard testimony that there was many people at your

4   mother's house during the course of that week.  How was your

5   mother holding up during that week that she waited?

6   A    Well, she was almost always under sedation because she had

7   a heart condition and her blood pressure shot up during those

8   days, so the doctor was almost always going to see her, if not

9   every day, I mean, Gloria knows, she was the one that was

10  living with her.

11  Q    All right.  And when your father's body finally arrived,

12  did you go to the airport to pick it up?

13  A    No.

14  Q    When was it that you saw your father?

15  A    At church.

16  Q    At the church.  And were you afraid to see your father?

17  A    No.

18  Q    How did you feel when you saw him?

19  A    Sad.

20  Q    What did you do when you saw him?

21  A    Cried.  Cry, cry, and cry and cry.

22  Q    Did you touch him?

23  A    (The witness moves head from side to side.)

24  Q    Ana Delia?

25  A    No.  No.

1  Q    Did you come close to him?

2  A    Yes.

3  Q    And Ana Delia, after your father was buried, did you visit

4  his grave on occasion?

5  A    (The witness moves head up and down.)

6  Q    You have to answer out loud.

7  A    Yes.  Yes, sir.

8  Q    Did you help to clean his grave as your sister described?

9  A    Sometimes.

10  Q    Okay.  Now, Ana Delia, are there times during the year that

11  you remember your father?  Any particular times?

12  A    May 30th.

13  Q    The anniversary of his death?

14  A    When he died.  Specifically.  But almost every day, I

15  remember him.

16  Q    It has been now 37 years since he died?

17  A    Thirty-seven years.

18  Q    Do you feel like you've been able to overcome his loss?

19  A    Only God will tell, because, no.  It's too strong a pain.

20  Now it's a little bit with time.

21  Q    Okay.

22  A    But strong.  It's always strong.

23  Q    Now, Ana Delia, how do you feel about having to come to

24  court and talk about these things?

25  A    Not very good, because looking at the pictures and

1    remembering, it's painful not to have him here with us.

2    Q    How do you feel about your children not being able to have

3    their grandfather?

4    A    They always go with us to the grave, and I have pictures

5    that they see him.

6    Q    Ana Delia, is there anything more that you would like to

7    tell the Court about your loss?

8    A    May God forgive the ones who did this.  And -- Well, and I

9    wouldn't want anybody, anybody in the world to suffer or to go

10   through what we went -- what his daughters had to go through.

11              MR. SAN-JUAN-DeMARTINO:  Thank you, Ana Delia.

12              At this time, your Honor, we would offer Ana Delia's

13   Declaration as Exhibit 22, as well as her birth certificate as

14   Exhibit No. 30.

15              THE COURT:  Admitted as Exhibits 22, the statement,

16   and 30, the birth certificate.

17              (Sworn Declaration of Ana Delia Calderon-Cardona is

18   marked and admitted as Plaintiffs' Exhibit No. 22.)

19              (Birth Certificate of Ana Delia Calderon-Cardona is

20   marked and admitted as Plaintiffs' Exhibit No. 30.)

21              MR. SAN-JUAN-DeMARTINO:  Thank you, your Honor.  I

22   have no further questions of the witness.

23              THE COURT:  Thank you, Ana Delia.  You're excused.

24              Can we take a ten-minute break?

25              MR. SAN-JUAN-DeMARTINO:  Sure.  Thank you.

```
 1              COURT SECURITY OFFICER:  All rise.
 2              (A break is taken from 10:56 a.m. until 11:17 a.m.; at
 3      which time, the proceedings continue as follows:)
 4              MR. SAN-JUAN-DeMARTINO:  Your Honor, may it please the
 5      Court.  Our next witness will be Hilda Calderon.
 6              THE COURTROOM DEPUTY CLERK:  Raise your right hand,
 7      please.
 8              (The oath is administered by the Courtroom Deputy
 9      Clerk, and the witness answers as follows:)
10              THE WITNESS:  Yes, I do.
11              THE COURTROOM DEPUTY CLERK:  So help you God.  Please
12      be seated.
13              MR. SAN-JUAN-DeMARTINO:  May it please the Court?
14              THE COURT:  Go ahead.
15                      HILDA ELADIA CALDERON-CARDONA,
16      having been first duly sworn by the Courtroom Deputy Clerk of
17      the Court to tell the truth, the whole truth, and nothing but
18      the truth, was examined and testified upon her oath as follows:
19                          DIRECT EXAMINATION
20      BY MR. SAN-JUAN-DeMARTINO:
21      Q    Madam, could you please state your full name for the
22      record.
23      A    My name is Hilda Eladia Calderon-Cardona.
24      Q    How old are you, Hilda?
25      A    I'm 69.
```

1  Q    And are you retired?

2  A    Well, yes, I'm retired, but I almost never worked because

3  my husband didn't let me work.

4  Q    Oh, okay.  And are you still married?

5  A    No.  My husband died.

6  Q    And do you have any children?

7  A    Yes.  I have three daughters.

8  Q    Okay.  And where are you in the birth order in relation to

9  your family?

10  A    I'm the sixth child.

11  Q    Okay.  So you come after Ana Delia?

12  A    Yes, sir.

13  Q    Now, you've heard the testimony during the course of this

14  trial about your family life that your family had back when you

15  were all children.  Is there anything that you would like to

16  add to that?  Anything that you think is missing?

17  A    Well, I remember Saturdays, and I would go weekly to -- to

18  my father's home, and there my -- go there with my daughters,

19  and my father would pick up my youngest daughter, she was a

20  year old -- three years old at that time, and he called her

21  Chispita, and he would raise her up in his arms, and she would

22  be very happy.

23  Q    Your father enjoyed his relationship with his

24  grandchildren?

25  A    Yes, sir.

1   Q    What sort of a grandfather was he?

2   A    He was a loving grandfather.  He loved to play with them.

3   Q    And how would you describe your own relationship with your

4   father?

5   A    Well, he was very affectionate.  He would play with us.

6   And -- and on Saturdays, he would sit on the porch and would

7   talk -- even while -- when we were married, he would sit on the

8   porch on Saturdays and talk and remembering things from our

9   past.  And even married, we'd go out together as a group.  Go

10  to the countryside to visit family.  And it was a very close

11  relationship.

12  Q    Now, we've heard testimony about what it was like at

13  Christmastime at your house when you were a young woman, or a

14  girl.  Tell us about that.  How was it -- Do you have good

15  memories of Christmas when you were a child?

16  A    Well, yes, magnificent memories.  I mean, we received the

17  New Year -- Well, first Christmas.  We had Christmas dinner,

18  all of us together.  We'd also be together receiving the New

19  Year.  Because I was born December 31st, so we celebrated with

20  the neighbors.  That was just a party in general.  And we

21  usually -- during the week, he would go to bed early, but that

22  day, he would be up all night with us celebrating.

23  Q    Hilda, do you remember the last time you saw your father?

24  A    Yes, sir.

25  Q    Can you tell the Court about it.

1  A    Well, it was the week before.  It was a Saturday.  It was

2  the day before.  Said good-bye to him, because my sister was

3  going to take him to the airport, and my two oldest girls were

4  in school, and I had to take them to school.

5  Q    And how was he feeling that day that -- last time that you

6  saw him?

7  A    Happy.  He was happy because he was going to the place that

8  he had always wanted to go to.

9  Q    Okay.  Hilda, how did you learn about what had happened to

10  him?

11  A    My brother-in-law Rafael, Gloria's husband, went to tell

12  me.

13  Q    What did he tell you?

14  A    Well, he told me what had happened.  He mentioned to me

15  what had happened.

16  Q    And what did he tell you; that your father had died?

17  A    Yes, sir.

18  Q    And how did you feel at that time?

19  A    Devastated.  Well, I -- Immediately, I -- that day I think

20  my husband was at home.  I left the children with him, and I

21  -- without even knowing what I was doing, I went to my mother's

22  house.

23  Q    What happened then?

24  A    Well, I arrived, and Gloria was with her in the room, and

25  the first thing that she told me, You can't cry.  You can't

1  cry.  Remember that mom has a heart condition, so you have to

2  calm down.  By that time mom had already been sedated because

3  the doctor had come to the house.

4  Q    And were you able to do that, not cry?

5  A    Impossible.

6  Q    So did you stay there that day?

7  A    Until the afternoon.

8  Q    And you heard testimony here about the -- how friends and

9  family came to the house and the house filled up with the

10 people over the course of that week.  What was it like to wait

11 for your father's body to be delivered during that week?

12 A    Terrible.  Because what comes to mind is that you don't

13 know how that body is going to arrive.  I mean, what happened?

14 You know that -- that he's dead, but you don't know how the

15 cadaver is going to arrive, so it was a wait that was full of

16 anguish.

17 Q    When your father finally arrived in Puerto Rico, the body

18 arrived, did you go to the airport to pick it up?

19 A    No, we didn't go because the men in the family didn't want

20 any of the women in the family to go.

21 Q    And did you eventually see your father's body?

22 A    Of course, I did.

23 Q    And what did you do when you saw your father?

24 A    What am I going to do, but cry?

25 Q    Did you touch him?

1   A    Yes, sir.

2   Q    Hilda, do you remember your father's funeral?

3   A    Yes, sir.

4   Q    Do you remember driving in the car from San Juan to

5   Luquillo?

6   A    No, I didn't drive.  I wouldn't -- I wasn't allowed to

7   drive.

8   Q    Somebody drove you?

9   A    Yes, sir.

10  Q    Tell the Court what was it like.  Were there a lot of

11  people there?  What happened?

12  A    Well, it was something -- when you looked back, because it

13  was in Luquillo, so going towards Luquillo when you look back,

14  you would just see that long line of cars behind us.  So it was

15  something that was very big.  It was something that was very

16  emotional for us.  And when we arrived at the cemetery, there

17  was no parking because it was completely full.

18  Q    What did you do after the funeral?

19  A    Well, after the funeral, I -- since my daughters were

20  young, I went home, because I hadn't slept for several days.

21  So with my daughters.

22  Q    You hadn't slept since your father's body had arrived?

23  A    Well, yes, we slept, but it's not the same.  I mean, it's

24  not the same that you -- you sleep, but you have something in

25  mind that something hasn't arrived.

 1   Q    How was your mother at the funeral?  Was she still under

 2   sedation?

 3   A    Yes, she was still under sedation since she had a heart

 4   condition.  She had to be under sedation because strong

 5   emotions could cause a heart attack.

 6   Q    Okay.  Now, I want you to think back to that year, 1972,

 7   after your father had died.  In comparison to other years

 8   during the Christmas holidays, how was it?

 9   A    Sad.  Very, very sad.  Everybody crying.  Remembering our

10   father who was no longer with us.

11   Q    And in the following Christmases after that, did you always

12   remember your father?

13   A    Of course, we did.  It was impossible -- it is impossible

14   to forget him.

15   Q    Hilda, what about your children; what did you tell your

16   children about their grandfather?

17   A    Well, the eldest ones remember him because they were in

18   first or second grade -- they were in first and second grade;

19   but the younger, I explained how he was with them, the things

20   that he would do with them.

21   Q    You wish that they would have had a chance to know their

22   grandfather a little bit better?

23   A    Well, of course.  Because he was a great example for all of

24   us.

25   Q    Okay.  Now, can you tell us, if you will, how it was that

1    the death of your father changed your life.

2    A    Well, it changed in certain way in -- holidays, the

3    holidays weren't the same.  He wasn't -- Without him, so he

4    wasn't there anymore.  Saturdays -- that I would go every

5    Saturday, I would go to -- Saturday home, it wasn't the same

6    without him.  So it's -- it's a very hard feeling knowing that

7    somebody that's no longer with you.

8    Q    What about your mother?  Was there a difference in the way

9    your mother was before he died and the way she was after he

10   died?

11   A    Well, with us she was the same, but the first year, she was

12   always sad.

13   Q    What do you mean she was always sad?  Why do you say she

14   was always sad?

15   A    Well, because of the loss of our father that she would

16   always remember him in conversations.  There was always

17   something to remind her of him.  There were -- sometimes we

18   wouldn't even speak of him, so she wouldn't get sad.

19   Q    Okay.  It's been 37 years since your father passed away,

20   how do you feel about it now, today?

21   A    Well, the loss of a loved one is something that's very

22   -- something that -- can't be repaired.  Something that you

23   feel, that void there.  It's something -- it -- it -- that you

24   can't fill that void because of the loss of that loved one?

25   Q    You mentioned something about the way that he died.  What

1  was it about the way that he died that makes a difference to

2  you?

3  A   Well, he wasn't sick.  He was healthy.  And he was happy

4  that he was taking that trip, and he died -- he died in a way

5  that nobody would want to die that way.

6  Q   Yesterday we saw some photographs of the scene at

7  Lod Airport after the massacre.  Had you ever seen those

8  photographs before?

9  A   No, sir.

10  Q   What were your thoughts as you viewed those photographs?

11  A   Well, it was as if I was seeing a movie.  It was as if I

12  was seeing a movie, one of these horror films, or action films.

13  Q   But you know that it's not a movie, it's real?

14  A   It's real.  And it's sad.  And that I wouldn't want this

15  for anybody to -- that this would happen to anybody's father

16  that -- for anybody to have to go through this?

17  Q   Hilda, you had a brother Miguel Angel, no?

18  A   Yes, sir.

19  Q   And he died, as well?

20  A   Yes, sir.

21  Q   How was it that he died?

22  A   The same way that our father died.

23  Q   He was a police officer?

24  A   Yes.  Yes, sir.

25  Q   And can you tell the Court how the loss of your father

1  affected Miguel Angel.

2  A    Well, it affected him most because he was the youngest,

3  then, and he was living with my father and mother at the time

4  that he died.

5  Q    When you say affected him the most, how did it change his

6  life?

7  A    Well, he was very happy, and he was the one that -- he

8  would be the one that would bring life to the parties.  And of

9  all the siblings, since he was the youngest, he was the one

10  that sort of would give life to the house.  And after that,

11  well, he wasn't the same.  After it, he wasn't the same.

12  Q    Thank you, Hilda.

13         MR. SAN-JUAN-DeMARTINO:  Your Honor, at this time we

14  would offer as Exhibits, as Exhibit 24, the Declaration of

15  Hilda Calderon-Cardona, and as Exhibit 32, the birth

16  certificate of Hilda Calderon-Cardona.

17         And we have no further questions.

18         THE COURT:  All right.  Ms. Calderon, you're excused.

19  Thank you very much.

20         (Sworn Declaration of Hilda Calderon-Cardona is marked

21  and admitted as Exhibit No. 24.)

22         (Birth Certificate of Hilda Calderon-Cardona is marked

23  and admitted as Exhibit No. 32.)

24         MR. SAN-JUAN-DeMARTINO:  And, your Honor, our next

25  witness will be Lucy Calderon-Cardona.

1          THE COURTROOM DEPUTY CLERK:  Raise your right hand

2          (The oath is administered by the Courtroom Deputy

3   Clerk, and the witness answers as follows:)

4          THE WITNESS:  I swear.

5          THE COURTROOM DEPUTY CLERK:  So help you God.  Please

6   be seated.

7          MR. SAN-JUAN-DeMARTINO:  May it please the Court?

8          THE COURT:  Go ahead.

9                    **LUZ FRANCISCA CALDERON-CARDONA**,

10   having been first duly sworn by the Courtroom Deputy Clerk of

11   the Court to tell the truth, the whole truth, and nothing but

12   the truth, was examined and testified upon her oath as follows:

13                       **DIRECT EXAMINATION**

14   **BY MR. SAN-JUAN-DeMARTINO:**

15   Q    Good morning, Lucy.

16   A    Good morning.

17   Q    Could you please state your full name for the record.

18   A    Luz Francisca Calderon-Cardona.

19   Q    And I understand that your family calls you Lucy?

20   A    Lucy.  And my mother used to call me Lou-la.  And also my

21   father.

22   Q    Okay.  How old are you?

23   A    Seventy-eight.

24   Q    So you are two years younger than Ruth?

25   A    Year and a half.  Year and a half because I was born

1   December the 5th.  I couldn't -- my birth certificate being

2   December, so that was in -- the 30th.

3   Q   So your birthday is the day after tomorrow?

4   A   Yes, that's right.

5   Q   All right.

6            MR. SAN-JUAN-DeMARTINO:  We might as well offer

7   Luz Calderon's birth certificate.  It will be Exhibit 37.

8            (Birth Certificate of Luz Francisca Calderon-Cardona

9   is marked and admitted as Plaintiffs' Exhibit No. 37.)

10  Q   (By Mr. San-Juan-De-Martino)  Now, Lucy, are you retired?

11  A   Retired.

12  Q   And retired from what?

13  A   Well, I was a secretary.  I worked for the Telefonica

14  overseas, and then I worked at home.

15           THE COURT:  That's when she really worked.

16  Q   (By Mr. San-Juan-De-Martino)  Now, Lucy, were you ever

17  married?

18  A   Separated.

19  Q   Okay.

20  A   I'm still married.

21  Q   You're still married.  Separated since when?

22  A   Twenty years ago.  But I haven't divorced.

23  Q   Okay.  And how far did you go in school?

24  A   I graduated from high school, and I took then courses

25  for -- to become a secretary, and then courses for Telefonica.

1   Q    Now, we heard testimony during the course of this trial of

2   what your family life was like when you were a child, from your

3   sisters; is there anything that you would like to add?

4   Anything that you would like to clarify?

5   A    Well, I remember very lovingly how Ruth, Luis, Gloria, and

6   I, who are the oldest, every time there was a baby born at

7   home, because there was always a baby at home, there was such

8   little time between each one of us, that my dad would come out

9   with the baby after it was bathed, he would come out of the

10  room, because my mother never had a baby in a hospital, she

11  always had the eight kids at home with a midwife, and he would

12  take the new baby boy or girl, he would put the baby in our

13  arms, and -- each one of our arms and say, This is your new

14  sister or brother.  You have to love him very much, and you

15  have to take care of him.

16  Q    What else would you like to add, if anything, about your

17  family life and children?

18  A    Well, that he would teach us games.  He would teach us the

19  game of the ball and the hole meaning --

20          THE COURT:  Marbles.

21          THE INTERPRETER:  Interpreter stands corrected.

22  A    Teach us marbles with the small crystal ball.  He would

23  teach us to play those games.  You see, since we daughters are

24  the oldest, Luis was the youngest, he was a boy, he wouldn't

25  allow him to play with dolls, so we couldn't play with dolls

1   with him, so we were taught -- he would teaches all boys'
2   games.  So there is -- there still is an agoya (phonetic) tree
3   which has some seeds which he -- he would drill a hole in the
4   middle and with a string, and the game was to -- well, to kill
5   the other on, to break up the other one.  And he would teach us
6   all the games that boys play, so that we could spend time with
7   him, so we could play with Luis.
8   Q    Did you spend a lot of time playing with your father?
9   A    Well, yes.  He was the one who taught us to play baseball,
10  he would buy us bats and gloves so we could play with them.  So
11  he also taught us those games.
12  Q    And I understand that you also played board games at home?
13  A    Well, yes, we would play board games.  He would teach us
14  board games and almost all of them were of four people.  They
15  were played in couples, like dominos; and he -- of course, he
16  would always win.  He knew how to play dominos very well.  We
17  would play checkers, we would also play nista (phonetic) which
18  are Spanish cards.  You play those between four people.  And
19  there's singles that you gave out if you have the top card,
20  which is the one that's worth ten or three, and if you're
21  playing couples, we almost always played with mom, then he --
22  Hilda would know where the singles were, and say, Hey, dad, why
23  are you winking at mom?
24  Q    Now, we've heard testimony here that your father was a
25  builder and he built the house that you lived in.  That he

1   built houses for other people.  What did he tell you about the

2   things that he built?

3   A   Well, he would tell us stories.  Because he started working

4   when he was very young, and he built roads here, he built

5   bridges here, he built El Yunque -- Well, I mean, El Yunque was

6   already there, but he built the road that goes up to El Yunque.

7   The stone house that's there --

8           I don't know if it still exists there, well, he built

9   it.

10          -- he would tell us how they would take the materials

11  up El Yunque, the cement, the stone, how they would bring the

12  materials up there.  You couldn't do it in a car.  That you had

13  to use a carriage, and the carriage would go up to a certain

14  point, and from that point to the top, then up to where the

15  stone house is, then it had to be on your back.

16  Q   Now, let's see --

17  A   My father was very strong.

18  Q   You've heard testimony that at some point you lived in

19  California?

20  A   I got married in New York, and after some time, I went with

21  my husband's family to California.  His family lived there.

22  And my family in Puerto Rico, my husband he didn't know

23  Spanish, he would visit with me every year in Puerto Rico, the

24  summertime, during Christmastime, he liked Puerto Rico, but not

25  to live in Puerto Rico.  He liked the Christmastime because of

1  the "parandas" (phonetic) and because the house would just fill
2  up with people.  But his family lives in California so -- and
3  his family was small, so I followed him to California.
4  Q   Now, in 1971, you were living in California; correct?
5  A   Yes.
6  Q   And the last time you saw your father was Christmas of
7  1971?
8  A   Yes.  Yes, he died in summertime.  And as of that time, he
9  hadn't come to Puerto Rico.
10  Q   But you came to Puerto Rico for Christmas of 1971?
11  A   Yes.
12  Q   And during that time, did you have a chance to spend time
13  with your father?
14  A   Yes.
15  Q   Okay.  And between Christmas of 1971 and May of 1972, did
16  you have a chance to speak to your father?
17  A   On the phone.  Because I would always call my mother at the
18  house, and he was always with her.  That was in the afternoons.
19  Q   Did you learn that your father had plans to go to the Holy
20  Land.
21  A   Well, that was his life's dream.  He would always tell us
22  that before he died he wanted to see the land that Jesus
23  walked, and that he wanted to do that before he died.  And he
24  never got an opportunity to see it because that happened at the
25  airport.

1  Q   Lucy, tell the Court how it was that you learned about what
2  had happened to your father.  Where were you?
3  A   Well, I got a call from Delia's house -- from Tito -- we
4  were sleeping because there was difference of three to four
5  hours.  Well, because from the summertime to the winter, it
6  changes one hour.  So Tito was the one who told me.  He told me
7  that the -- that this was being transmitted from the news in
8  every part of the world, through the TV, radio, anywhere with
9  communications, and he told me to turn on the TV and that an
10  accident had happened at the airport in Tel Aviv.
11  Q   And what else did he tell you?  Did he tell you that your
12  father had died?
13  A   Well, he -- he didn't tell me like that.  He told me that
14  they were saying that something happened in Don Carmelo.  And
15  when I turned the TV on, they were mentioning Carmen Calderon.
16  And that wasn't my father.  But Tito spoke to my husband and
17  told him and then Bernie told me, but I couldn't believe it.  I
18  mean, that was when my father had been the healthiest.  My
19  mother wouldn't let him -- Well, she told him, you don't have
20  to kill yourself that much -- you don't have to work that much.
21  You're killing yourself.  Since we're all married now, then my
22  father didn't have to work that much -- as much as he had done
23  when he was raising us.
24  Q   So your husband Bernie told you what had happened to your
25  father?

1    A    Yes, he was the one who told me.

2    Q    And you testified that you couldn't believe it?

3    A    Well, I couldn't believe him because it was the healthiest

4    my father had been.  He even gained some weight.  He even

5    looked younger.

6    Q    So what did you do when you learned of this?

7    A    Well, I felt very confused.  I couldn't think.  I couldn't

8    believe what was happening.  And I don't know very well if it

9    was -- if I called Ruth or if it was Bernie, my husband, who

10   called her.  Because I immediately thought, "if that happened

11   to dad, then how's mom?"  Because I knew she had a heart

12   condition, and I thought that something might happen to her.

13   So I told my husband that I -- immediately, that I was leaving

14   quickly.  And I took the girl, who was four years old when that

15   happened, and we went to the airport, and Bernie, he -- he

16   spoke to somebody there, and I got a ticket, and I -- and I

17   left.  And Ruth was waiting for me -- she waited for me at the

18   airport in New York.  And then we come back -- the same flight.

19   When we get home, there was a lot of people in the house.  And

20   I want to see momma right away, because -- because my mother

21   was -- Well, my mother was lying down, and she was under

22   sedation.  Her doctor put her under sedation, and he was the

23   one who would be checking on her constantly because her

24   pressure had been -- had -- was raised very much, and she

25   almost couldn't open her eyes.  And she spoke to me and told

1    me, Lucy, he's gone.  He's gone.  And I tried -- I tried to

2    console her, I tried to be strong and to tell her, Mom, you're

3    all that we have left.  You can't fail us.  You have to be

4    strong.

5    Q    Now, we've heard testimony here about how you waited for a

6    week for your father's body to arrive in Puerto Rico.  And how

7    there was a wake and a funeral.  Is there anything that you

8    would like to add to the testimony that we've already heard?

9    A    Well, just that there were so many people that they almost

10   wouldn't let us rest.  I mean, there would be always somebody

11   there who would come and stay almost to the next day.  My dad

12   was known by so many people.  He would visit so many different

13   churches, and all the churches would be sending people to give

14   service to us.  And many would stay until the next day.  It's

15   just the house was always so full of people.  My dad and my mom

16   lived in upstairs and Gloria and the girls lived downstairs.

17   And the stairs were full of people; the sidewalk was full of

18   people.  It was just that there were so many people there.  The

19   church -- the church that -- that he used to go to, from in

20   Villa Prades, well, my father built that church, he built that

21   house, and my mother told me that in the basement of that

22   church, there was a metal box right in the middle that had his

23   name and the name of the pastor who brought ministry in that

24   church at that time, who now is also deceased.

25   Q    Now, Lucy, your brother Salvador and Luis are not here with

1   us today.  Can you tell the Court a little bit about how they

2   suffered the death of your father.

3   A    How did they find out Salvador lived in Puerto Rico.  How

4   did they find out?

5   Q    Let's talk about Salvador first.  Salvador, how did he

6   suffer the lost of his father?

7   A    Well, Salvador -- Well, my father had three children from

8   his first marriage.  And Salvador was more of the family man.

9   The rest were -- and Salvador was very close to dad.  He would

10  always visit him at home, and we had a lot of love for

11  Salvador.  We have a lot of love for Salvador.  And Salvador

12  lived in New York with his family, but he moved to Puerto Rico

13  with his family.  When he moved to Puerto Rico, he would always

14  visit my dad at home.  He would visit us at home.

15  Q    And was Salvador affected by the death of your father?

16  A    Well, he's now 95, and he's bedridden, and at that time he

17  would always ask for my father.

18  Q    Well, let me ask you about Luis.  When we heard testimony

19  that Luis had an automobile accident.  How was Luis affected by

20  the death of your father?

21  A    Well, at that time Luis was okay.  I mean, the accident

22  occurred years afterwards.  And when the accident occurred, he

23  was in the hospital for a long time.  And after the accident

24  when he recovered his mind, he asked -- he started asking for

25  my dad, but he started asking why hadn't my dad gone to see

1   him.  And my mother would tell us not to tell him anything.

2   She would do signs to us not to tell him anything.  Because we

3   would go see him at the hospital every day.  And she would tell

4   us not to say anything.  But when he came out of the hospital,

5   he started asking for "Papino" -- well, my brother had died

6   -- my brother had been killed, and he started asking for

7   Miguel, and he started asking for my dad and after we consulted

8   with a doctor, because we had been sort of ignoring answering

9   to him, and after consulting with the doctor, the doctor told

10   us it's better if we told him the truth.

11   Q   And did you tell him the truth?

12   A   We told him the truth at home where we were all together in

13   the porch, and we told him the truth, and he got all -- and I

14   told my mom, you see, that's why I didn't want to tell him.

15   But we had to tell him.  And he just went back, and we went

16   after him because we didn't know what he could do.

17   Q   You say he got all what?  What do you mean?  He was upset?

18   A   Well, he became just uncontrollable.  He became

19   uncontrolled and -- well, because we were telling him that

20   -- that my father had been travelling, that just wasn't there,

21   that he was travelling, and that was the same thing that I was

22   telling my girl, because I didn't want her to know.  Because I

23   didn't want her to know anything.  And well -- but the doctor

24   told us that we had to tell him, so we did.

25   Q   So your brother Luis had to suffer the death of your father

 1   another time?

 2   A    Yes.  And we all had to suffer it again, because we -- just

 3   came back to us, the replay.

 4   Q    And this was in what year?

 5   A    Oh, the year, I don't remember.

 6   Q    Okay.  It's okay.

 7        Now, Lucy, have there been any proceedings in court that

 8   you know of to declare the heirs of your father?

 9   A    That there was what?

10   Q    A legal proceeding to declare the heirs of your father?

11   A    Oh, yes.

12   Q    And has that process been completed?

13   A    Yes, the one for Josue and Salvador, yes.

14   Q    But Salvador is not dead; right?

15   A    No.

16   Q    You mean Josue who was the brother who passed away?

17   A    I didn't understand.

18   Q    Listen carefully.  Listen carefully.  I'm talking about the

19   heirs of your father.  Has there been a proceeding to declare

20   the heirs of your father?

21   A    Of everyone?

22   Q    Yes.

23   A    Well, my mother did a Declaration of Heirs when my father

24   died.

25   Q    And what about for your brother Miguel?

1  A    Well, my dad -- Well, he was the youngest at home, and he

2  was just the soul of the house.  He was always happy.  Whenever

3  he was around, there was nobody -- there was -- nobody else

4  could be serious.  There was -- he just -- he would come up

5  with anything.  And that just wouldn't be at home, it was also

6  with his friends.  His friends loved him a lot.  And though he

7  was the youngest, that's how he was; and, well, Miguel's death,

8  he was killed and it's just that we used to call him "Papino,"

9  and his death was eight years after my father's death, and it's

10 just that he went to arrest -- Well, he was coming back from

11 work and he was in the car that he used for work and he

12 received a radio call that they were two people that were

13 robbing the post office, and that -- the one that's in the

14 Meso Canales (phonetic), and told his partner, Well, let's go

15 there, and they turned around.

16 Q    And that's where he was killed, on duty?

17 A    In line of duty, yes.

18 Q    Lucy, I just have one more question for you.  We're going

19 to break for lunch, so I want to make this my last question.

20     Yesterday when we were showing some of the photographs of

21 the massacre it affected you deeply, did it not?

22 A    Well, it affected me because I didn't want to see those

23 scenes again.  I -- just that I always wanted to remember him

24 like he was when he was with us.

25 Q    Thank you, Lucy.  I have no further questions, and I

1    apologize for those photographs.

2            MR. SAN-JUAN-DeMARTINO:  And, your Honor, at this

3    point we would submit as exhibits the Declaration of Luz

4    Calderon-Cardona.

5            THE COURT:  Ms. Calderon, you're excused.  Thank you

6    very much.

7            THE WITNESS:  Okay.

8            MR. SAN-JUAN-DeMARTINO:  Would be Exhibit 28.

9            (Document is handed to the Judge.)

10           THE COURT:  Ms. Luz Calderon's Declaration is admitted

11   as Exhibit 28.

12           (Sworn Declaration of Luz Calderon-Cardona is marked

13   and admitted as Plaintiffs' Exhibit No. 28.)

14           MR. SAN-JUAN-DeMARTINO:  And, your Honor, we're close

15   to the end.  We have one more witness from the Calderon family,

16   and then we have two more witnesses from Pablo Tirado's family,

17   and then we'll be done.

18           THE COURT:  Let's take our lunch break now.  Please be

19   back at two o'clock.

20           COURT SECURITY OFFICER:  All rise.

21           (The Judge is off the bench at 12:27 p.m.)

22           (A lunch break is taken from 12:27 p.m. until

23   2:19 p.m.; at which time, the proceedings continue as follows:)

24           THE COURT:  Go ahead.

25           MR. SAN-JUAN-DeMARTINO:  May it please the Court.

1    Plaintiffs call Jose Raul Calderon.

2            THE COURT:  Mr. Calderon, please.

3            THE COURTROOM DEPUTY CLERK:  Raise your right hand,

4    please.

5            (The oath is administered by the Courtroom Deputy

6    Clerk, and the witness answers as follows:)

7            THE WITNESS:  I do.

8            THE COURTROOM DEPUTY CLERK:  So help you God.  Please

9    be seated.

10                   **JOSE RAUL CALDERON-CARDONA**,

11   having been first duly sworn by the Courtroom Deputy Clerk of

12   the Court to tell the truth, the whole truth, and nothing but

13   the truth, was examined and testified upon his oath as follows:

14                        **DIRECT EXAMINATION**

15   **BY MR. SAN-JUAN-DeMARTINO:**

16   Q    Good afternoon, sir.

17   A    Good afternoon.

18   Q    Would you please state your full name for the record.

19   A    Jose Raul Calderon-Cardona.

20   Q    How old are you, sir?

21   A    Sixty-seven.

22   Q    And when is your birthday?

23   A    October 11.

24   Q    You were born in 1942?

25   A    1942.

```
 1              MR. SAN-JUAN-DeMARTINO:  Your Honor, we offer Jose
 2   Raul Calderon's birth certificate as Exhibit 33.
 3              (Document is handed to the Judge.)
 4              THE COURT:  Admitted as Exhibit 33.
 5              (Birth Certificate of Jose Raul Calderon-Cardona is
 6   marked and admitted as Plaintiffs' Exhibit No. 33.)
 7   Q   (By Mr. San-Juan-De-Martino)  Mr. Calderon, what is your
 8   civil status?
 9   A   Married.
10   Q   And do you have children?
11   A   Three.
12   Q   Okay.  And what do you do for a living?
13   A   I work with International Meat Company.
14              THE COURT:  I'm sorry, "International" what company?
15              THE WITNESS:  Meat Company.
16              THE COURT:  Okay.
17              THE WITNESS:  Food and Beverage Supervisor.
18   Q   (By Mr. San-Juan-De-Martino)  Okay.  And Mr. Calderon,
19   would you tell us what your educational background is.
20   A   I studied at the University of Puerto Rico up to my third
21   year, then I got married, and then I continued studying at the
22   University of Puerto Rico at night.
23   Q   Okay.
24              THE COURT:  Did you complete your Bachelor's degree?
25              THE WITNESS:  No, sir.
```

1  Q    (By Mr. San-Juan-De-Martino)   Now, Mr. Calderon, you are

2  one of the sons of Carmelo Calderon-Molina; is that correct?

3  A    Yes, sir.

4  Q    And you heard testimony here about what it was like from

5  your sisters' perspective to grow up in this family; correct?

6  A    That's right.

7  Q    We've heard testimony about the relationship between a

8  father and his daughters.  But we have heard no testimony about

9  the relationship between the father and his sons.  Could you

10  tell us a little bit about that.

11  A    Well, just like with what my sisters have said, with the

12  boys, at least with me and the youngest one, who are the

13  closest in age, he was a very loving father.  He spent time

14  with us and even tried to teach us about his profession.  He

15  would take us to work.  And in the summertime when we were

16  older, we would go work with him.

17  Q    And did you learn something about construction?

18  A    Of course.

19  Q    How would you describe your own relationship with your

20  father?

21  A    Very good.

22  Q    Now, we heard testimony about how he taught the girls to

23  play the boys games.  Did you play games with your father?

24  A    Yes, definitely.  Well, since we were the youngest, girls

25  were much older, we would play checkers and Chinese checkers as

1   well as the Spanish cards with the rest of the family.

2   Q    Now, when you married, did you still live in San Juan?

3   A    In Trujillo Alto.

4   Q    And after you married, how much did you see your father and

5   your mother?

6   A    Every week.

7   Q    On occasion of what?

8   A    Well, every Saturday we'd go to my mother's house and spend

9   time with my mother and my father, and also holidays that the

10   family would get together.

11   Q    Okay.  Now, you have a nickname, no?

12   A    Yes.

13   Q    What do they call you?

14   A    Papo.

15   Q    We've heard testimony about your brother Miguel Angel.

16   What was the relationship like between Miguel Angel and your

17   father?

18   A    Very good.

19   Q    When your father was killed, how did Miguel Angel react to

20   that?

21   A    How we all reacted, with a lot of pain and sadness.

22   Q    Okay.  When was the last time you saw your father?

23   A    The day before he left, that I went home to say good-bye to

24   him.

25   Q    And what was his attitude that day?

1   A   He was very happy, and he was -- he really wanted to begin

2   his trip.

3   Q   And how did you learn of what had happened to your father?

4   A   Well, I was at home with my baby who was months old, and he

5   was crying because he hadn't been able to sleep and I found out

6   through the radio.

7   Q   Now, we heard testimony about over the radio how they

8   announced one of the victims as Carmen Calderon.  Did you also

9   hear that?

10  A   Yes, that's right.

11  Q   And did you know at that time that it was your father, or

12  did you think it was somebody else?

13  A   Well, just like my sisters, I thought that it could be my

14  cousin and thought, gosh, she's also travelling over there?

15  But then in the radio they were going to read the names

16  directly from the passport, and then they read my father's

17  name.

18  Q   And when they read your father's name, did they say that he

19  had been killed in the attack?

20  A   Yes, that's correct.

21  Q   And how did you feel when you heard that your father had

22  been killed?

23  A   I felt my world ended.  Well, I was with my baby, and I was

24  waiting for my wife to get home with her mother to go to work

25  and excuse myself from work.  I used to work in Caguas, and

1   that's when I heard that.

2   Q    What did you do?

3   A    When my wife arrived and she had found out and she took me

4   directly home.

5   Q    You mean home, the home of your mother and your father?

6   A    Yes, that's right.

7   Q    We've heard testimony here about how it took approximately

8   a week for your father's body to arrive in Puerto Rico.  Would

9   you describe your feelings during the course of that week.

10  A    Well, that was something that was really -- that was

11  gut-wrenching, because the house was just full of people, and

12  everybody was coming in to tell us how sorry they were for our

13  loss, and that was the whole week -- that you'd meet with

14  somebody else, and then somebody else would talk to you.

15  Q    Now, we've heard testimony about when your father's body

16  arrived.  Did you go to the airport to pick up the body?

17  A    No, I stayed home with my mother and my sisters.  It was my

18  brother-in-law with Ruth.  And my younger brother, may he rest

19  in peace.

20  Q    Okay.  And we've heard testimony about the wake, the

21  "laudio," (phonetic) with the honor guard.  I'd like to show

22  you a photograph that had has been admitted into evidence.

23  It's Exhibit 56.  Can you identify the person in that

24  photograph?

25  A    Yes.  That's me.

1  Q   And that's you when you were standing in the honor guard?

2  A   That's right.

3  Q   I notice that you're wearing dark glasses.  Can you tell

4  the Court why you're wearing dark glasses?

5  A   Because I didn't want anybody to see that I was crying.

6  Q   Okay.  Now, we've heard testimony about how your father was

7  buried in Luquillo.  And I want to ask you, did you have any

8  participation in the preparation of the burial site.

9  A   Well, I together with my three brothers-in-law, we prepared

10  the grave over in the cemetery in Luquillo.

11  Q   And would you tell the Court exactly what it was that you

12  did.

13  A   Well, my dad, before he died, had separated a place next to

14  his sister's grave, and we built a pantheon there for the

15  family to go and visit.  And every Saturday we would go and

16  build on it until it was complete.

17  Q   How long did it take you to build it?

18  A   A few months.

19  Q   Okay.  And this is a cement structure?

20  A   That's right.

21  Q   So you were able to use some of the skills that your father

22  taught you?

23  A   That's right.

24  Q   Okay.  Now, your sister described the Christmas after your

25  father died as a very sad occasion.  Do you remember that

1  Christmas?

2  A   That's right.

3  Q   How was your family doing at that time?

4  A   It wasn't the same.  We were missing the cornerstone of the

5  family.

6  Q   You mean you were missing your father?

7  A   Yes, that's right.

8  Q   Why do you call him the cornerstone of your family?

9  A   Because he was our god.  He would advise us; he would guide

10 us.  He was our idol.

11 Q   Senor Raul, over the course of the years, are there times

12 when you think of your father?

13 A   Of course.

14 Q   Are there particular moments when you think of him?

15 A   That's right.

16 Q   When?

17 A   Well, the day he died, that's an unforgettable date;

18 Father's Day, Christmas Eve, Christmas Day, New Year's Eve, New

19 Year's, Three Kings Day, all the days we used to meet at our

20 parents' house.

21 Q   And you say you had a small child when your father was

22 killed.  How do you feel about the fact that that child never

23 had the chance to meet him?

24 A   Well, feel very sorry, because we lost something that he

25 didn't have the benefit of knowing.  At that time he was five

1    or six months old.

2    Q    Now, during the course of this trial you have sat here and

3    you have listened to some of the evidence and have seen

4    photographs of the massacre at Lod Airport.  Can you describe

5    your thoughts when you saw those photographs.

6    A    When I saw the pictures, I felt immense pain within me

7    because I was thinking of what was -- what went through his

8    mind?  What was happening?  If he saw the bullets?  If he died

9    quickly?  If it took him time to die?  You know.

10   Q    Thank you, sir.

11          MR. SAN-JUAN-DeMARTINO:  We have no further questions,

12   your Honor.  At this time, we would submit the Declaration of

13   Jose Raul Calderon as Exhibit 25.

14          THE COURT:  Admitted as Exhibit 25, the Declaration of

15   Mr. Jose Raul Calderon.

16          (Sworn Declaration of Jose Raul Calderon-Cardona is

17   marked and admitted as Plaintiffs' Exhibit No. 25.)

18          MR. SAN-JUAN-DeMARTINO:  Your Honor, as it relates to

19   the cause of action of the children of Carmelo Calderon-Molina,

20   we'd also like to submit the following documents as exhibits.

21          First of all, the birth certificate of Miguel Angel

22   Calderon-Cardona.  That is one of the children who is no longer

23   with us.  If the Court will recall, he's the police officer

24   that was killed in the line of duty; that will be Exhibit 35.

25          (Birth Certificate of Miguel Angel Calderon-Cardona is

1   marked and admitted as Plaintiffs' Exhibit No. 35.)

2          MR. SAN-JUAN-DeMARTINO:  Yes.  And also submit the

3   Death Certificate of Miguel Angel Calderon as Exhibit 40.

4          Also, your Honor, we would submit a copy of the death

5   certificate of Eladia Cardona, Don Carmelo's wife; that would

6   be Exhibit 21.

7          THE COURT:  Well, Miguel Angel Calderon's death

8   certificate is admitted as Exhibit 40, and Eladia Cardona's

9   death certificate is admitted as Exhibit 21.

10         (Death Certificate of Miguel Angel Calderon-Cardona is

11  marked and admitted as Plaintiffs' Exhibit No. 40.)

12         (Death Certificate of Eladia Cardona-Rosario is marked

13  and admitted as Plaintiffs' Exhibit No. 21.)

14         MR. SAN-JUAN-DeMARTINO:  And, finally, Judge, we would

15  advise the Court as to the filing of several petitions -- in

16  Spanish it Declaracion de Herederos, that's Declaration of

17  Heirs, and I will give the Court the numbers of these petitions

18  -- civil numbers of these petitions.  All of these cases remain

19  pending to this day; but once there is some decision in these

20  cases, of course we will advise the Court.  The Petition of

21  Heirs for Carmelo Calderon-Molina is being presented before the

22  Court of First Instance, San Juan Part, under the caption of

23  Civil Number K as in kilo, J as in Juliet, V as in Victor,

24  09-2276; a Petition for the Declaration of Heirs.

25         THE COURT:  Excuse me.  Do you have a court number

1    after that?

2              MR. SAN-JUAN-DeMARTINO:  Well, that's the number that

3    I have, your Honor.  I guess -- You mean the courtroom number?

4              THE COURT:  The parentheses --

5              MR. SAN-JUAN-DeMARTINO:  I don't have it for that

6    particular case.

7              THE COURT:  This is in the San Juan --

8              MR. SAN-JUAN-DeMARTINO:  In the San Juan Superior

9    Court.  That's right, your Honor.

10             THE COURT:  All right.

11             MR. SAN-JUAN-DeMARTINO:  I do have the full number for

12   the cases that were filed in the Petition of Heirs of Miguel

13   Calderon-Cardona, and that would be Civil Number K as in kilo,

14   I as in India, and V as in Victor, 09-2451, parentheses, 506.

15             THE COURT:  Is that also in San Juan?

16             MR. SAN-JUAN-DeMARTINO:  That's also in San Juan.  And

17   the Petition for Heirs as to Josue Calderon-Martinez, if the

18   Court will recall, that is one of the elder siblings who passed

19   away.

20             THE COURT:  Of the first marriage?

21             MR. SAN-JUAN-DeMARTINO:  Of the first marriage.  And

22   that's under Civil Number K as in kilo, I as in India, V as in

23   Victor, 09-2462, parentheses, 803.

24             THE COURT:  All right.  And what you're going to do is

25   let the -- present these once there's a judgment.

1          MR. SAN-JUAN-DeMARTINO:  Right, your Honor.

2          THE COURT:  Okay.  Has there been -- Is there a

3   hearing set in any of these?

4          MR. SAN-JUAN-DeMARTINO:  No hearing has been set in

5   any of these cases.  As soon as that happens, we will advise

6   the Court.

7          For the benefit of the Court, we will now move to the

8   cause of action of Pablo Tirado and Antonia Ramirez, who are

9   also Plaintiffs in case.  Both of these individuals are in a

10  very frail advanced state of health, and they're unable to

11  appear today before the Court.  And we do have medical

12  certificates to that effect.

13         We will submit as Pablo Tirado-Ayala, Exhibit 1 -- I

14  mean, Exhibit 11; and as to Antonia Ramirez, it will be

15  Exhibit 12.  They both describe the frail state of health of

16  both individuals.  However, we do have with us today the son of

17  Pablo Tirado and Antonia Ramirez, Angel Ramirez, who will be

18  our next witness.

19         THE COURT:  Mr. San-Juan, do you have the birth

20  certificates of --

21         MR. SAN-JUAN-DeMARTINO:  We do.

22         THE COURT:  -- of Mr. Tirado-Ayala and Mrs. Antonia

23  Ramirez?

24         MR. SAN-JUAN-DeMARTINO:  What we have, your Honor, is

25  a birth certificate for Pablo Tirado-Ayala, which we will

1    submit as Plaintiffs' Exhibit 43.  And we do have a marriage

2    certificate for Pablo Tirado-Ayala and Antonia Ramirez, wife.

3            THE COURT:  All right.  As far as Exhibit 11 is

4    concerned, we need an English translation.

5            MR. SAN-JUAN-DeMARTINO:  Okay.

6            THE COURT:  It's Dr. Gomez Adrover's certificate.

7            MR. SAN-JUAN-DeMARTINO:  Doesn't that also have the

8    English?

9            THE COURT:  No.

10            MR. SAN-JUAN-DeMARTINO:  No?

11            Okay.  Well -- Well, that's no problem, your Honor.

12    We should be able to prepare that by the end of today, and

13    we'll use Mr. Loa to help us out on that.

14            THE COURT:  Okay.

15            MR. SAN-JUAN-DeMARTINO:  We also submit the --

16            THE COURT:  Do you have a marriage certificate?

17            MR. SAN-JUAN-DeMARTINO:  -- the marriage certificate,

18    which does include a certified translation.

19            THE COURT:  There is for Don Pablo and Dona Antonia?

20            MR. SAN-JUAN-DeMARTINO:  That's right.

21            THE COURT:  And the number of that exhibit?

22            THE COURTROOM DEPUTY CLERK:  44.

23            MR. SAN-JUAN-DeMARTINO:  Judge, I'm told -- and just

24    confirmed -- that if you look at that birth certificate

25    closely, you will see that it, itself, is in both Spanish and

1  English.

2         THE COURT:  Yeah, it's the -- it's the medical

3  certificate, 11.

4         MR. SAN-JUAN-DeMARTINO:  Oh, the medical certificate.

5  Okay, no problem.  We'll get Mr. Loa to do that for us.

6         (Medical Certificate for Pablo Tirado-Ayala is marked

7  and admitted as Plaintiffs' Exhibit No. 11.)

8         (Medical Certificate for Antonia Ramirez-Fiero is

9  marked and admitted as Plaintiffs' Exhibit No. 12.)

10        THE COURT:  The other thing is, in the marriage

11 certificate of Don Pablo and Dona Antonia, it indicates that

12 Dona Antonia is a native of Morovis.  Is that the only evidence

13 you have of her citizenship?

14        MR. SAN-JUAN-DeMARTINO:  I believe so, your Honor.

15        THE COURT:  Okay.

16        MR. SAN-JUAN-DeMARTINO:  Besides the testimony we will

17 present.

18        THE COURT:  All right.

19        (Respite.)

20        THE COURT:  All right.  Marriage certificate admitted

21 as Exhibit 44.

22        (Marriage Certificate of Pablo Tirado-Ayala and

23 Antonia Ramirez-Fiero is marked and admitted as Plaintiffs'

24 Exhibit No. 44.)

25        MR. SAN-JUAN-DeMARTINO:  So Plaintiffs will call Angel

1    Ramirez as our next witness.

2            THE COURT:  Mr. Ramirez.

3            THE COURTROOM DEPUTY CLERK:  Raise your right hand,

4    please.

5            (The oath is administered by the Courtroom Deputy

6    Clerk, and the witness answers as follows:)

7            THE WITNESS:  I swear.

8            THE COURTROOM DEPUTY CLERK:  So help you God.  Please

9    be seated.

10            THE COURT:  You may proceed.

11            MR. SAN-JUAN-DeMARTINO:  Thank you, your Honor.

12                        **ANGEL RAMIREZ-COLON**,

13    having been first duly sworn by the Courtroom Deputy Clerk of

14    the Court to tell the truth, the whole truth, and nothing but

15    the truth, was examined and testified upon his oath as follows:

16                        **DIRECT EXAMINATION**

17    **BY MR. SAN-JUAN-DeMARTINO:**

18    Q    Sir, would you please state your full name for the record.

19    A    Angel Ramirez-Colon.

20    Q    How old are you, sir?

21    A    Fifty-four.

22    Q    What is your address?

23    A    I live in Manati.

24    Q    Okay.  And what do you do for a living?

25    A    Refrigeration technician.

1  Q   Okay.  Are you married?

2  A   That's right.

3  Q   Okay.  Could you please speak up so we can hear you.  Just

4  get closer to the microphone.

5     Don Angel, do you know a person by the name of Pablo

6  Tirado-Ayala?

7  A   Correct.

8  Q   And do you know a person by the name of Antonia Ramirez?

9  A   Correct.

10  Q   Could you please tell the Court who those people are, in

11  relation to yourself?

12  A   Well, yes, she's my aunt on my father's side, and he's my

13  stepfather.  They're my parents.  They're who raised me.

14  Q   You say that they are the people that raised you.  From

15  what age did they raise you?

16  A   That's right.  And with them from the moment that I was six

17  months old.

18  Q   And how was it that you became their stepchild?

19  A   Yes.  Since I couldn't be in the state of Chicago, then

20  I -- my biological mother, she brought me to live with them.

21  Q   And your biological mother was the sister of Antonia

22  Ramirez?

23  A   No.  My father.

24  Q   Your biological father was the brother of Antonia Ramirez?

25  A   Correct.

1  Q    Okay.  I see.  And so you came to live with them at the age
2  of six months?
3  A    Correct.
4  Q    Okay.  And you lived in their home for your entire
5  childhood; correct?
6  A    That's right.
7  Q    Who else lived in that house?
8  A    My brother, their biological son.
9  Q    What was his name?
10  A    Miguel Angel Tirado.
11  Q    And what age was he in relation to you?
12  A    I'm sorry, I don't understand.
13  Q    When you went to live there, you were six months old?
14  A    Correct.
15  Q    And Miguel Angel, how old was he?  Was he older or younger
16  than you?
17  A    He's older than me.
18  Q    How many years older than you?
19  A    Four years.
20  Q    Okay.  So you grew up with Miguel Angel?
21  A    That's right.
22  Q    What happened to Miguel Angel?
23  A    He died when he was 12.
24  Q    How did he die?
25  A    It was an accident at home.  A fire.

1   Q    And he was burned?

2   A    That's right.

3   Q    When Miguel Angel died, how did that impact your mother and

4   your father, meaning Antonia and Pablo?

5   A    That was something that was terrible.  My mother suffered a

6   lot.  She even had to leave the country to get -- to get help,

7   to be tended to emotionally.  And emotionally, it affected her

8   a lot.

9   Q    Now, you were eight years old when this happened; correct?

10  A    Correct.

11  Q    And how did your father Pablo --

12       When I say from now on your father and mother, I'm

13  referring to Pablo and Antonia.

14       How did your father react to the loss of his son?

15  A    Well, it affected him emotionally a lot.  With time, he

16  recovered a little.  But that has always existed among us.

17  When I mean "among us," I mean the family.

18  Q    Okay.

19       MR. SAN-JUAN-DeMARTINO:  Your Honor, if I may approach

20  the Courtroom Deputy.  I have a photograph here I would like to

21  have marked as an exhibit.  It would be Exhibit 62.

22       (Document is handed to the Judge for review.)

23       THE COURT:  Be admitted as Exhibit 62.

24       MR. SAN-JUAN-DeMARTINO:  Thank you.

25       (Photograph is marked and admitted as Plaintiffs'

1   Exhibit No. 62.)

2   Q   (By Mr. San-Juan-De-Martino)  Miguel Angel, I'd like to

3   show you a photograph.  I'm going to put it here on the screen.

4   And do you recognize that photograph?

5   A   That's right.

6   Q   If you turn and you can see it behind you as well.  Can you

7   just tell us in that photograph; point out who is who.

8   A   Antonia, Pablo, neighbor, and me.

9   Q   Okay.  So that's you on the right-hand side in the

10  photograph?

11  A   Correct.

12  Q   And looks to me like you're about -- maybe about 11 years

13  old, something like that?

14  A   Yes, that's right.

15  Q   Okay.  And that was after your brother had died?

16  A   Yes.

17  Q   So tell us a little bit about what it was like to grow up

18  with Don Pablo and Antonia.  Putting aside this tragic event,

19  the loss of Miguel Angel, how were they as parents?

20  A   Well, very good.  Because you have to remember that when

21  they opened their home to me, and all the love they had, they

22  deposited in me.  I was the only one there, and they deposited

23  all their love in me.

24  Q   Did your parents, Antonia and Pablo, did they ever travel?

25  A   Yes.

1   Q    Where did they travel to?

2   A    Mexico, Magic Kingdom, New York, Dominican Republic.  They

3   went to several places.

4   Q    I noticed from this Exhibit 62 on the back it says that

5   this was a trip to Vieques.

6   A    Correct.

7   Q    And they travelled with you to Vieques and a neighbor?

8   A    Yes.

9            MR. SAN-JUAN-DeMARTINO:  Here's another photograph

10  that I would like to have marked.  It will be Exhibit 61.

11           (Document is handed to the Judge for review.)

12           MR. SAN-JUAN-DeMARTINO:  And this one, too.

13           THE COURT:  Admitted as Exhibit 61.

14           (Photograph is marked and admitted as Plaintiffs'

15  Exhibit No. 61.)

16           MR. SAN-JUAN-DeMARTINO:  All right.

17  Q    (By Mr. San-Juan-De-Martino)  I'll show you another

18  photograph here.  Can you identify the people in this

19  photograph?

20  A    Yes.

21  Q    And who are they?

22  A    My dad and my mom.  That was on a trip to Mexico.

23  Q    Okay.  So they enjoyed travelling together?

24  A    Yes.

25  Q    You testified before that they were able to, in some ways,

1   recover from the tragic loss of their son?

2   A   Yes.

3   Q   When you were growing up, what kind of activities did you

4   undertake with your father on a regular basis?

5   A   We would go out to baseball games, would go also to the

6   beach, and we would also do internal tours.

7   Q   What did your father do for a living?

8           THE INTERPRETER:  The Interpreter needs to ask a

9   question.

10          MR. SAN-JUAN-DeMARTINO:  Okay.  Sure.

11          (The Interpreter speaks with the witness and then

12   translates the answer.)

13          THE WITNESS:  He was a driver for public

14   transportation, and he also dealt in -- with -- and he also did

15   business with produce.

16   Q   (By Mr. San-Juan-De-Martino)  Was he one of those people

17   who drove a truck that was filled with fruits and vegetables in

18   which we call here in Puerto Rico "revandon" (phonetic)?

19   A   Correct.

20   Q   And how about your mother; did she work?

21   A   Yes.

22   Q   What kind of work did she do?

23   A   In public school cafeterias.

24   Q   What did she do, she worked in the cafeterias?

25   A   Correct.

1   Q    Okay.  Now, did there come a time when your father spoke

2   about the trip to Jerusalem to the Holy Land?

3   A    Yes.

4   Q    And what did he say about that?

5   A    Well, that finally an opportunity that had come up for him

6   to be able to go to this trip to the Holy Land, that he had

7   been contacted by the pastor from our church that was planning

8   a trip to the Holy Land, and he was going to go with them.

9   Q    Was your father a religious person?

10  A    Yes.

11       MR. SAN-JUAN-DeMARTINO:  And I've submitted to the

12  Court a photograph which I asked to be marked as Exhibit 45.

13       THE COURT:  Admitted as Exhibit 45.

14       (Photograph is marked and admitted as Plaintiffs'

15  Exhibit No. 45.)

16  Q    (By Mr. San-Juan-De-Martino)  And as a result of these

17  conversations, did he, in fact, plan to make a trip to the

18  Holy Land?

19  A    Yes, that's right.

20  Q    And who was it that was organizing this trip?

21  A    Mr. Berganzo.

22  Q    B-e-r-g-a-n-z-o, correct?

23  A    Correct.

24  Q    And who was Mr. Berganzo?

25  A    He was the pastor from a church from the same council that

1   my father attended.

2   Q    What was your father's relationship with Mr. Berganzo?

3   A    Well, since they began -- they belonged to the same council

4   that the churches belonged to, then they knew each other

5   because the churches would visit each other, so they knew each

6   other beforehand.

7   Q    And did your father and Pastor Berganzo develop a

8   friendship?

9   A    I believe so.

10  Q    How do you know that?

11  A    Well, because he would speak a lot of him, and at the time

12  they were planning the trip, which was a month.

13  Q    Okay.  Now, I show you what has been marked as Plaintiffs'

14  Exhibit 45, and I ask you, have you seen this photograph

15  before?

16  A    That's correct.

17  Q    And what is depicted in this photograph?

18  A    My father's there, and I believe that the other people are

19  the ones who accompanied him in the trip.

20  Q    Would you point out your father in the photograph using the

21  pointer, please.

22  A    Of course.  Here.

23  Q    Was it your father's custom to wear a hit?

24  A    Correct, yes.

25  Q    Now, when your father was planning his trip to the Holy

1  Land, what was his attitude?  How did he feel about the trip?
2  A   Very happy.  And the main topic in the house was the trip.
3  Q   Now, was there any discussion of your mother going on the
4  trip as well?
5  A   No, that was impossible.  Because since I was studying, she
6  couldn't leave me alone.
7  Q   How old were you at the time?
8  A   Sixteen.
9  Q   Okay.  And so your father decided that he was going to go
10  on this trip alone?
11  A   Correct.
12  Q   Okay.  And do you remember when he went off on the trip?
13  Remember the day that he left?
14  A   Yes.
15  Q   How was he feeling that day?
16  A   Very happy.  The night before he didn't sleep.
17  Q   Okay.  Now, when he went off on the trip, did you learn
18  after that that something had happened, obviously?
19  A   Yes.  A neighbor had told us that they were saying on the
20  radio that something happened on the trip that Pablo was in.
21  Q   And then what did you do?
22  A   Well, I turned the radio on waiting for the news, but
23  nothing was really being said of the survivors or the dead.
24  They were just saying what had happened, and that there had
25  been some dead, but they weren't saying anything else at the

1    time.

2    Q    Now, your mother was listening to the radio with you, no?

3    A    Correct.

4    Q    And how was she with this -- with this news?  How was she

5    reacting to this news?

6    A    Well, very nervous.  Due to the uncertainty.  We really

7    didn't know what had happened, and -- and what had happened to

8    my father.

9    Q    What you knew is that there had been a terrorist attack at

10   the airport and that several people had died?

11   A    Correct.

12   Q    And that several of those people were from Puerto Rico?

13   A    Correct.

14   Q    Did there come a time when you were able to receive news

15   about what had happened to your father?

16   A    Yes, that's right.

17   Q    What was the news?

18   A    Well, the news was that within the list of survivors, my

19   father was within that list.

20   Q    All right.  And did there come a time when you were able to

21   speak to your father?

22   A    Not until he came back.

23   Q    When did he return?

24   A    Weeks later.  Because as I understand it, they continued on

25   with the trip.

1  Q    Okay.  And when he returned from the trip, what was your
2  father like?
3  A    He was somebody different.
4  Q    Why?
5  A    He wouldn't speak, in the house he would almost always be
6  in the room, he would just come out for minutes, and he
7  wouldn't talk, and he would return to his room.
8  Q    Did he talk to you or to your mother about what had
9  happened?
10 A    Very little.  Very little.  Because he avoided the topic.
11 Q    You say he avoided the topic.  The topic was on the
12 television, on the radio, how did he avoid the topic?
13 A    Well, among us, we wouldn't talk about it.  And my mother
14 then decided that the radio and TV shouldn't be turned on
15 anymore, so he wouldn't see it, so that he wouldn't see that,
16 and he -- and that he would become more closed off, because his
17 world had become closed off.
18 Q    Did he do the activities that he used to do such as go to
19 baseball games, drive his truck?
20 A    No, not anymore.
21 Q    Did he receive any medical treatment of any sort?
22 A    Yes.
23 Q    What was it?
24 A    Well, he was hospitalized at a psychiatric hospital for a
25 little bit over a month.

1   Q    Okay.  And when he was at the hospital, did you have a
2   chance to visit him, or no?
3   A    No.
4   Q    When he returned from the hospital, was he better?
5   A    His improvement was very little.  It was very poor.
6   Q    Do you remember your father being able to sleep at night
7   after the attack?
8   A    No.  If he wasn't medicated, he couldn't sleep.  And even
9   when he slept, he would wake up screaming.
10  Q    And how long did this go on?  This state of his -- that you
11  described?
12  A    A lot.  I would say over a year.
13  Q    Was he ever able to work after that again?
14  A    Very little.
15  Q    Okay.  And how did he spend most of his time after that?
16  A    At home.  He wouldn't go out.  If he would go out, it would
17  be practically only to church.  He would speak very little.
18  And he didn't work.  He practically couldn't work.
19  Q    And how did this -- these changes in your father, how did
20  they affect your mother?
21  A    Well, the money that my father would bring home wasn't
22  coming in.  If it came in, it was very little.  So,
23  practically, my mother became head of the household.
24  Q    And was your father -- did he get irritated easily?  Was he
25  the type of person who would react angrily to a situation?

```
 1   A   Well, you could say that he wasn't very approachable, as he
 2   was before.
 3   Q   Okay.  And how did this affect your mother from an
 4   emotional point of view?
 5   A   Well, terribly, because the person to talk to, who would
 6   spend time with us, who would go out with us, that main
 7   provider, he wasn't there anymore.
 8   Q   Did your mother take care of your father during this
 9   period, in the aftermath of the attack?
10   A   Correct.
11   Q   What did she do for him?
12   A   Well, we didn't -- she didn't bring up the topic, because
13   we wanted him to be -- to talk to us about it, and we also
14   -- anybody who would come into the home, we would tell that
15   person not to bring up the topic, because if that happened,
16   then he could go into a crisis or into a depression again.
17   Q   And at this time your mother was the principal provider for
18   the home, no?
19   A   Correct.
20   Q   She continued to work at the school cafeterias?
21   A   Correct.
22   Q   Okay.  Now, did your father ever travel again?  Did he ever
23   leave Puerto Rico again after this?
24   A   Never ever.
25   Q   Why not?
```

1  A   He didn't -- he didn't like -- he wouldn't like to.  He
2  would say no.
3  Q   Did he ever have the opportunity to travel?
4  A   Yes.  He had family abroad, and he would be invited to go,
5  and he would say no.
6  Q   Okay.  Now, over the course of time, is it correct that
7  there were memorial services for the victims of the Lod
8  terrorist attack?
9  A   Correct.
10  Q   Did your father ever attend those memorial services?
11  A   Not that I remember.
12  Q   Did your father go recently to a service or a ceremony that
13  was dedicated to the victims of the Lod massacre?
14  A   Yes.
15  Q   And can you tell the Court what was his reaction upon
16  coming back from that service?
17  A   Well, he came back very sad because he relived everything.
18  There were many people there who each brought to life what they
19  had gone through.  So he fell into a depression.  It was a week
20  that he barely ate.
21  Q   By the way, immediately after the attack, did he lose or
22  gain any amount of weight?
23  A   He lost weight.
24  Q   How much weight did he lose?
25  A   Around 60 to 80 pounds.

1  Q    That's a lot of weight.

2  A    Yes.  Very noticeable.

3  Q    You could see it in him?

4  A    Yes.

5  Q    Okay.  Now, where is your father right now?

6  A    In a home.

7  Q    And how old is he?

8  A    Ninety.

9  Q    Okay.  I want to show you some photographs.  These are to

10 be marked 63, 64, and 65.

11          (Photographs are handed to the Judge for review.)

12 Q    While they're marking those photographs, what is his

13 current state of health?

14 A    Very delicate.

15 Q    Okay.  And what about your mother?  Where is she?

16 A    My mother is also in the home.

17 Q    And what is her state of health?

18 A    Well, they have -- she has symptoms of Alzheimer, and also

19 of dementia, senility.

20          THE COURT:  Senile dementia.

21          THE INTERPRETER:  The Interpreter stands corrected.

22 Q    (By Mr. San-Juan-De-Martino)  I understand that she also

23 gets a little dizzy sometimes?

24 A    Yes.  That's a condition that she has, poor balance.

25 Q    Okay.  Do you recall your father's 90th birthday?

1    A    Yes.

2              (Photographs are marked and admitted as Plaintiffs'

3    Exhibit Nos. 63, 64, and 65.)

4    Q    And I want to show you some photographs here that have been

5    marked.  I show you a photograph that has been marked

6    Exhibit 63.  Tell us what you see in that photograph.

7    A    My father and my mother.

8    Q    And when was this photograph taken?

9    A    On his birthday.

10   Q    Which would be how long ago?

11   A    Some months ago.  His birth date was in September -- No, in

12   August.

13   Q    So August of this year?

14   A    Correct.

15   Q    All right.  I'll show you what has been marked Exhibit 64.

16   That was also taken that day?

17   A    Yes.  That's my mother congratulating him.

18   Q    Okay.  And, finally, I'll show you what has been marked

19   Exhibit 65.  This is a more recent photograph?

20   A    That's right.

21   Q    When was this photograph taken?

22   A    This week.

23   Q    Thank you very much, Angel.  Let me see if I have any

24   further questions.

25              (Respite.)

1   Q    I just want to ask you about your mother.  You've already

2   testified how your father changed and how he became withdrawn

3   and depressed after the attack.  Same question for your mother.

4   How did your mother change, if at all, in the aftermath of the

5   terrorist attack?

6   A    Well, very affected because she would have to dedicate all

7   her time basically with him, making sure that he would eat, he

8   would be medicated -- It wasn't easy.

9            MR. SAN-JUAN-DeMARTINO:  Thank you, Angel.

10           Your Honor, at this time we would like to submit in

11  evidence the Sworn Declarations of Pablo Tirado-Ayala and

12  Antonia Ramirez-Fiero.  The Sworn Declaration of Pablo

13  Tirado-Ayala will be Exhibit 46, and it is in Spanish

14  accompanied by a certified translation.  And the Sworn

15  Declaration of Antonia Ramirez-Fiero will be Exhibit 47.  And

16  just for the benefit of the Court, we were looking for this,

17  and we found it, the birth certificate of -- is attached to her

18  Sworn Declaration.  That will be Exhibit 47.

19           (Sworn Statement of Pablo Tirado-Ayala,

20  English/Spanish is marked and admitted as Plaintiffs' Exhibit

21  No. 46.)

22           (Sworn Statement of Antonia Ramirez-Fiero,

23  English/Spanish is marked and admitted as Plaintiffs' Exhibit

24  No. 47.)

25           THE COURT:  Pablo Tirado's --

1          MR. SAN-JUAN-DeMARTINO:  Your Honor, there's one more

2    thing that I want to ask the Court.  A favor I want to ask the

3    Court.  This that I hold in my hand can be identified by the

4    witness.  And I think it's important for the Court to see it.

5    But it has great sentimental value, so I did not want to submit

6    it in evidence.  But I think it's relevant to the Court.

7          THE COURT:  Can we make a copy, at least, of the -- it

8    looks like a Bible.

9          MR. SAN-JUAN-DeMARTINO:  It is a Bible, your Honor.

10   It's not just a Bible.  It's the Bible that was carried by

11   Pablo Tirado during the terrorist attack and which was damaged

12   by what appears to be shrapnel or a bullet hole.  It's in a

13   delicate state.

14         THE COURT:  Why don't we do this.  Let's make a

15   photocopy of each side where this damage is a -- can be seen,

16   and I'll accept that as an exhibit.

17         MR. SAN-JUAN-DeMARTINO:  Very well, your Honor.

18         THE COURT:  Mr. San-Juan, is there any way to take a

19   photo of it?  That would be better and --

20         MR. SAN-JUAN-DeMARTINO:  That might be better.  With

21   the Court's permission, can I approach the witness?

22         THE COURT:  Why don't we do that.  Take a photo -- we

23   don't have a number for that exhibit.

24         MR. SAN-JUAN-DeMARTINO:  We have a number for the

25   Bible itself, but in lieu of, we will submit the photograph.

1          THE COURT:  We'll do that.

2          MR. SAN-JUAN-DeMARTINO:  With the Court's permission,

3    can I approach the witness?

4          THE COURT:  Yes.  What number is it?

5          MR. SAN-JUAN-DeMARTINO:  It will be 57.

6          (Photographs of Mr. Tirado's Bible will be marked and

7    admitted when they are produced to the Courtroom Deputy Clerk,

8    and will be so admitted as Plaintiffs' Exhibit No. 57.)

9    Q    (By Mr. San-Juan-De-Martino)  Angel, what is it that I've

10   handed you?

11   A    This is my father's Bible.

12   Q    And was this the Bible that he took with him on the trip?

13   A    Correct.  This was in his handbag.

14   Q    Okay.  And it seems to be damaged there.  Can you tell us

15   how it was damaged, if you know.

16   A    Well, according to what he explained to us, it was a bullet

17   that went into his handbag.

18   Q    Okay.  And where was this Bible during the past 37 years?

19   A    Well, it was put away.  My mother had hidden it because it

20   was many years since I had seen it.

21   Q    Why was it hidden?

22   A    To avoid him seeing it and getting depressed.

23   Q    Okay.  Thank you very much, sir.  We're going to take this

24   Bible and take a photograph of it and then submit that as --

25          THE COURT:  May I see it a minute, Mr. San-Juan?

```
 1              MR. SAN-JUAN-DeMARTINO:  Yes, of course, your Honor.
 2              (The Bible is handed to the Judge for review.)
 3              THE COURT:  All right.  See if you can take a picture
 4      of both sides.
 5              MR. SAN-JUAN-DeMARTINO:  Yes, of course.
 6              THE COURT:  And the -- I don't know what this is
 7      called.
 8              MR. SAN-JUAN-DeMARTINO:  The spine.
 9              THE COURT:  The spine.  The spine.
10              MR. SAN-JUAN-DeMARTINO:  Sure.  We'll do so, sir.
11              THE COURT:  All right.  We can have the picture taken
12      here by our systems people.
13              MR. SAN-JUAN-DeMARTINO:  Oh, really?
14              THE COURT:  So during the break we can do that.
15              MR. SAN-JUAN-DeMARTINO:  Okay.  Perfect, your Honor.
16      Perfect.
17              All right.  We have no further questions of the
18      witness, your Honor.
19              THE COURT:  Thank you very much.  Mr. Ramirez, thank
20      you.
21              MR. SAN-JUAN-DeMARTINO:  Your Honor, our final witness
22      is Dr. Alexandra Ramos-Duchateau.
23              THE COURT:  Dr. Ramos.
24              THE COURTROOM DEPUTY CLERK:  Raise your right hand,
25      please.
```

1          (The oath is administered by the Courtroom Deputy

2   Clerk, and the witnesses answers as follows:)

3          THE WITNESS:  I swear.

4          THE COURTROOM DEPUTY CLERK:  So help you God.  Please

5   be seated.

6          MR. SAN-JUAN-DeMARTINO:  May it please the Court?

7          THE COURT:  Go ahead.

8          MR. SAN-JUAN-DeMARTINO:  Thank you, your Honor.

9                **DR. ALEXANDRA M. RAMOS-DUCHATEAU**,

10  having been first duly sworn by the Courtroom Deputy Clerk of

11  the Court to tell the truth, the whole truth, and nothing but

12  the truth, was examined and testified upon her oath as follows:

13                        **DIRECT EXAMINATION**

14  **BY MR. SAN-JUAN-DeMARTINO:**

15  Q    Good afternoon, ma'am.

16  A    Good afternoon.

17  Q    Would you please state your full name for the record.

18  A    My name is Alexandra Ramos-Duchateau.

19  Q    Could you please get a little closer to the microphone so

20  we can hear you better.

21  A    Alexandra Ramos-Duchateau.

22  Q    Okay.  And how old are you, ma'am?

23  A    I'm 36 years old.

24  Q    And how are you employed?  What do you do for a living?

25  A    I'm a clinical psychologist.

1    Q    And what is it that a clinical psychologist does?

2    A    Clinical psychology is a study of abnormal behaviors,

3    disorders, abnormal reactions to experiences, in a nutshell.

4    Q    And how was it that you became a clinical psychologist?

5    What sort of education and training do you have?

6    A    I have a bachelor's degree from Princeton University in

7    Psychology.  I also have a master's and doctoral degree from

8    the University of Illinois Urbana-Champaign.  After a doctoral

9    degree, it's customary to do an Internship, which I did at the

10   University of Illinois-Chicago.  And then I did a postdoctoral

11   study at the University of Texas in Dallas.  And after that, I

12   began a private practice here in Puerto Rico.

13   Q    Okay.

14   A    2003.

15   Q    And what has been the nature of your private practice?

16   A    I have a split practice.  I do traditional psychotherapy,

17   and I also have a forensic practice where I consult and do

18   evaluations in criminal and civil cases.

19   Q    Okay.  And I'm going to hand you a document.  Can you to

20   identify it, if you would, please.

21        (Document is handed to the witness.)

22   A    This is my Curriculum Vitae.

23   Q    Is that Curriculum Vitae up-to-date?

24   A    Yes, it is.

25        MR. SAN-JUAN-DeMARTINO:  Okay.  Your Honor, with the

1   Court's permission, we'd like to submit Dr. Ramos' written

2   Curriculum Vitae as Plaintiffs' Exhibit 9.

3              (Document is handed to the Judge for review.)

4              THE COURT:  Admitted as Exhibit 9.

5              MR. SAN-JUAN-DeMARTINO:  Thank you, Judge.

6              (Curriculum Vitae of Dr. Ramos is marked and admitted

7   as Plaintiffs' Exhibit No. 9.)

8   Q   (By Mr. San-Juan-De-Martino)  Doctor, you've testified in

9   court before?

10  A   Yes, I have.

11  Q   Have you ever been qualified as an expert in court before?

12  A   Yes, I have.

13  Q   In the area of clinical psychology?

14  A   Yes.

15  Q   Okay.  And have you provided testimony in federal court

16  before as an expert?

17  A   Yes, I have.

18  Q   In this particular court?

19  A   Not in this courtroom.

20  Q   Not with this Judge, but with other federal judges?

21  A   Yes.

22  Q   Have you ever been disqualified as an expert in any case?

23  A   No.

24             MR. SAN-JUAN-DeMARTINO:  Your Honor, at this time we

25  would submit Dr. Alexandra Ramos as an expert in clinical

1   psychology to be qualified as such.

2          THE COURT:  Dr. Ramos is qualified as an expert in

3   clinical psychology and also in forensic psychology.

4          MR. SAN-JUAN-DeMARTINO:   In forensic psychology, as

5   well, yes, sir.

6   Q   (By Mr. San-Juan-De-Martino)  Now, Dr. Ramos, you were

7   retained in this case by me to conduct a certain type of work;

8   is that correct?

9   A   Yes.

10  Q   And what was your understanding of the work that I asked

11  you to perform?

12  A   I was asked to evaluate Mr. Tirado and Mrs. Ramirez and

13  render a mutual opinion as to what their mental health needs

14  were at the present time and in the past.

15  Q   Okay.  And what do you do in order to conduct this

16  evaluation?

17  A   In this case, I reviewed the Sworn Statement of Antonia

18  Ramirez-Fiero dated November 16, 2007, and I also reviewed the

19  Sworn Statement of Pablo Tirado-Ayala dated November 16, 2007,

20  I read a newspaper article, titled La Matanza de Tel Aviv, I

21  also read a newspaper article from the New York Times dated

22  June 4th, 1972, I read a patient summary of Mrs. Antonia

23  Ramirez-Fiero by Dr. Efrain Marcantoni dated October 17th,

24  2007; and I also had the chance to interview Mrs. Antonia and

25  her son, Angel Ramirez.  I visited Mr. Tirado at the nursing

1   home, but he was at the time of the evaluation bedridden,

2   unable to speak, blind, and required assistance through a

3   feeding tube, so I was unable to interview him directly.

4   Q   Okay.

5           THE COURT:  Mr. San-Juan, would you please put

6   Exhibit 65 back on the Elmo.

7           MR. SAN-JUAN-DeMARTINO:  Yes, your Honor.

8           Thank you.

9           THE COURT:  Doctor, if you would look at the monitor,

10   is this the way that you found Mr. Tirado?

11           THE WITNESS:  Yes.

12           THE COURT:  Is that the feeding tube that we see on

13   his face?

14           THE WITNESS:  Yes.

15           THE COURT:  Okay.  Thank you.

16   Q   (By Mr. San-Juan-De-Martino)  And, Doctor, can you tell us

17   the date, if you recall, when you visited the nursing home when

18   you saw Mr. Tirado?

19   A   It November 16th, 2009.

20   Q   And at that same nursing home, that's where you interviewed

21   Mrs. Antonia Ramirez?

22   A   Yes.

23   Q   Okay.  Thank you.

24           Now, Doctor, as a result of the documents that you

25   reviewed, the interviews that you conducted, what information

1   were you able to obtain.  What sort of history were you able to

2   obtain of --

3            First, let's talk about Pablo Tirado.

4   A   Pablo Tirado at the time of the evaluation was 90 years

5   old.  He has been married to Mrs. Antonia Ramirez for 58 years.

6   He's currently living in a nursing home.  And from the history

7   that I gathered and from the statements that I read, he was a

8   public transportation driver who also sold produce and

9   vegetables.  He had two sons, one of them who passed away in an

10  accident, a fire at the home, and another son who just

11  testified.  He was a family man.  A church-going man.  He

12  enjoyed baseball games, he sang, he enjoyed trips with his

13  family, and he was a man from humble beginnings.  He only had

14  an elementary-school education.  And his life was simple but

15  full.

16  Q   Okay.  What can you tell us about the accident that was

17  described, where he lost his son.

18  A   My understanding is that it was a traumatic event,

19  devastating.  He was a young boy, and it was an accident that

20  his -- he was burned in a fire.  I understand that his parents

21  were present when the boy was injured.  And definitely defined

22  their family life, but that eventually, the family was able to

23  achieve some sort of normal normalcy, and that it eventually

24  was functioning again.  They were both working.  They were

25  still having a social life.  They were enjoying the time with

1    their family before the incident of the terrorist attack.

2    Q    Okay.  And what information did you gather regarding the

3    nature of the terrorist attack and its affect upon

4    Pablo Tirado?

5    A    From the Sworn Statement, he describes -- I can read

6    directly from the Sworn Statement it's in Spanish, but I will

7    be translating as --

8            THE COURT:  I believe there's an English translation.

9            MR. SAN-JUAN-DeMARTINO:  There is.

10           THE COURT:  Hold on a minute.  Exhibit 46.

11   Q    (By Mr. San-Juan-De-Martino)  You can use this to find the

12   proper English translation.

13   A    Thank you.  So I'll start on Number 6 where it says:  I

14   asked Pastor Berganzo to watch my luggage while I went to the

15   rest room.  As I began to enter the restroom, I heard loud

16   noises that sounded like fireworks.  I thought the sounds were

17   part of a celebration of our group's arrival to Israel, as to

18   welcome us to the Holy Land.  For a moment, it was exciting.

19   Just then, two women came over to me and told me to stay where

20   I was because there were people with guns shooting people in

21   the airport.

22           As the shooting continues, people were yelling and

23   running around.  It was frightening and overwhelming.  I

24   couldn't just stand there so I began to run, frantically

25   looking for an exit, but I couldn't find the door.  I just knew

1    I had to get out of there.  I was very confused and my panic

2    increased every second.  As I ran looking for a place to

3    escape, I saw blood everywhere.  On the floor, I saw dead

4    bodies and injured people.  It was a horrible scene and full of

5    images that I will never forget.  And while I was running in

6    all directions, I think I saw the terrorists themselves.  But I

7    kept running, looking for a way out.  It was too much for me to

8    comprehend at one time.

9    Q    Okay.

10   A    Basically this detailed description that actually occurs

11   35 years after the attack, describes a scene of horror, panic,

12   blood everywhere, and we subsequently find out that at this

13   scene his friend, Pastor Berganzo, who he had grown close to

14   and who he refers to in his Sworn Statement as a special person

15   to him, had died.

16   Q    Okay.  What other information did you gather as to the

17   affect upon Pablo Tirado of these events?

18   A    Well, from the descriptions of his son and his wife and in

19   his Sworn Statement, his life was defined by that day.  It's

20   almost -- it's before the terrorist attack, and after; his life

21   drastically changed in many ways.  He never worked again.  He

22   became socially isolated, he became withdrawn, depressed, he

23   lost a tremendous amount of weight, his functioning in society

24   was severely compromised; and from the date of -- that I

25   gathered, he never returned to his pre-terrorist attack

1    functioning.  So it is my impression that it was devastating in
2    every sense of the word.  Economically, in terms of his family,
3    and in his marriage relationship.
4    Q    Okay.  And how long did this state, this emotional state
5    that you've described, continue into the future after the
6    attack?
7    A    It appears to have been very intense for the first few
8    months after the attack.  He has a psychiatric hospitalization
9    that lasted approximately 38 days following the terrorist
10   attack.  He also mentioned that he received treatment --
11   psychiatric treatment.  We don't know exactly the nature of it,
12   whether it was just medication or therapy, or a combination of
13   both.  But from the data, it appears that his symptoms never
14   went away completely.  So he never fully recovered.  He may
15   have had periods of improvement, but he never achieved the
16   element of functioning that he had before the terrorist attack.
17   Q    Okay.  Now, Doctor, based on all of the information that
18   you gathered about Pablo Tirado, do you have an opinion to a
19   within a reasonable degree of medical certainty as to the
20   psychological diagnosis for Pablo Tirado as a result of his
21   experience in the massacre at Lod Airport?
22   A    Yes.  From the data evaluated, it is my opinion that he had
23   Post-Traumatic Stress Disorder and Major Depressive Disorder.
24   He meets all the symptoms criteria for those two diagnoses,
25   especially right after attack and throughout his life span.

1  Q    Okay.  Explain to the Court what is Post-Traumatic Stress

2  Disorder and why he meets the criteria for Post-Traumatic

3  Stress Disorder.

4          THE COURT:  DSM-IV TR?

5          THE WITNESS:  Yes.

6          I'm going to refer to my report.

7          MR. SAN-JUAN-DeMARTINO:  And since you are going to

8  refer to your report, we would like to move it in evidence,

9  your Honor, Dr. Ramos' report; it will be Plaintiff's' Exhibit

10 No. 10.

11         (Document is handed to the Judge for review.)

12         THE COURT:  Dr. Ramos' Psychodiagnostic Assessment

13 Report of Pablo Tirado-Ayala is admitted -- oh, "and" Antonia

14 Ramirez-Fiero is admitted as Exhibit 10.

15         (Dr. Ramos' Psychodiagnostic Assessment Report of

16 Pablo Tirado-Ayala and Antonia Ramirez-Fiero is marked and

17 admitted as Exhibit No. 10.)

18 Q    (By Mr. San-Juan-De-Martino)  Okay.  So referring to your

19 report, Doctor, Exhibit 10 --

20 A    Yes.  Post-Traumatic Stress Disorder, I'll call it PTSD for

21 short.  It's an interesting disorder in that it's the only

22 disorder of the DSM-IV TR, which is the diagnostic manual for

23 psychiatrists and psychologists, to -- that includes all the

24 criteria for every disorder that's recognized by the

25 profession.  It's the only disorder that actually has the

1    requirement of having a specific event attached to it.  All the

2    other disorders don't have this -- this prerequisite.  The

3    diagnosis is divided into criteria.  They range from Criteria A

4    to F.  And the first criteria is -- and I'm quoting directly

5    from the DSM-IV.  -- the person has to be exposed to a

6    traumatic event in which both of the following are present:

7    The person experienced, witnessed, or was confronted with an

8    event or events that involved actual or threatened death, death

9    or serious injury, or threat to the physical integrity of self

10   or others.  And the second item under Criteria A is the

11   person's response involved intense fear, helplessness, or

12   horror.

13          THE COURT:  Doctor, that doesn't have to be right at

14   that moment; correct?

15          THE WITNESS:  The event has to be of --

16          THE COURT:  No, the response.

17          THE WITNESS:  No, the response can be immediate and it

18   can be delayed.  Some people develop PTSD symptoms three months

19   after the event, a year after the event, especially if it was

20   triggered by a memory or stimuli.

21          THE COURT:  Can we interrupt here a minute.  We have

22   the photographer here for the --

23          MR. SAN-JUAN-DeMARTINO:  Okay.  We can take the --

24          (We are taking a short break so the photographer can

25   take pictures of the Bible, Exhibit No. 47.)

1          THE COURT:  All right.  Sorry for the interruption,

2   Doctor.

3   Q    (By Mr. San-Juan-De-Martino)  So, Doctor, you were talking

4   about the event that causes distress.  Let me ask you, do we

5   have that sort of an event in this particular case?

6   A    Yes, I think this event definitely matches Criteria A.  It

7   was horrific, it was frightening, it was unexpected, and there

8   was certainly fear of being injured, people were assassinated,

9   and he witnessed all of it firsthand.

10  Q    Okay.  What about the other criteria?

11  A    Criteria B, in general, the traumatic event is persistent

12  is re-experienced in one or more of the following ways:

13          Recurrent and intrusive distressing recollections of

14  the event, including images, thoughts, or perceptions;

15          Recurrent distressing dreams of the event;

16          Acting or feeling as if the traumatic event were

17  recurring.

18          These are usually called flashbacks.

19          And intense psychological distress at exposure to

20  internal or external cues that symbolize or resemble an aspect

21  of the traumatic event.  There's a few paragraphs in his sworn

22  statement that illustrate these symptoms.

23  Q    Okay.

24  A    Number 20 on his Sworn Statement says:  For days and days I

25  was unable to sleep.  I had horrible nightmares, and I took

1   medicine prescribed by my doctor to help me sleep.  When I was

2   awake, I was very tired.  Yet, whether at night in my dreams or

3   when I was awake, all I could think about was the terrorist

4   attack.  The images were very real in my mind.  Many people

5   came to visit me at my home and tried to comfort me, but I was

6   not able to talk about what I had been through.  Having

7   everyone around me made me feel worse.  I knew they wanted to

8   help me, but I could not be consoled.

9           He talks about in his Sworn Statement that these

10  images and memories haunted him for the rest of his life.  His

11  son describes his father waking up in the middle of the night

12  screaming, and oftentimes they'd be sitting in the living room,

13  and for no apparent reason, he would start crying.  Oftentimes,

14  he was unresponsive and did not acknowledge when people were

15  speaking to him.  And it's described as being in another world.

16          All these descriptions are consistent with flashbacks,

17  intrusive memories, and re-experiencing that event.  And that

18  the re-experiencing of that event caused a significant amount

19  of distress.

20  Q    Okay.  What about the other criteria?

21  A    Criteria C involves persistent avoidance of stimuli

22  associated with the trauma and numbing of general

23  responsiveness not present before the trauma.

24          In this case, he made efforts to avoid thoughts,

25  feelings, or conversations associated with the trauma, there's

1    also efforts to avoid activities, places, or people that arose

2    recollections of the trauma, and there's also diminished

3    interest or participation in significant activities.

4         THE COURT:  That would include the fact that he didn't

5    want to work anymore?

6         THE WITNESS:  He didn't want to work anymore, he

7    didn't socialize -- The only thing he did was go to church.  He

8    didn't go to baseball games anymore, he didn't sing, and he

9    didn't play with his son.  So those are all indicative that he

10   had lost interest.  He never planned another trip, which is

11   something they enjoyed beforehand.  And his family made a

12   conscious effort of avoiding the radio, the television,

13   speaking about the trauma, in order to prevent him from

14   becoming upset.  But it also sounds like he made some

15   significant efforts of avoiding the topic because he never

16   brought up the subject himself.

17   Q   (By Mr. San-Juan-De-Martino)  Let me ask you, Doctor, his

18   family's efforts to avoid the issue, were they helpful to him?

19   From a psychological point of view?

20   A   According to the literature, what we know about PTSD is

21   that the avoidance of the trauma usually increases your chances

22   of developing PTSD and increases your chances of not making a

23   full recovery.  PTSD treatment usually involves exposure to the

24   trauma.  So, for example, if somebody was sexually assaulted on

25   a university campus, treatment suggested would be to talk about

1   the event, to write about the event, to share it with others,
2   to go back to the scene of the crime, to re-experience the
3   trauma, which is counterintuitive because obviously it would be
4   upsetting, but the idea is to work through the trauma so that
5   it becomes part of your history, but you lose the psychological
6   distress associated with the trauma.

7   Q    And this is something that Pablo Tirado never did?

8   A    To my understanding, no.

9   Q    What about the other criteria?

10  A    Criteria D is persistent symptoms or increased arousal as
11  indicated by difficulty falling asleep, irritability, or
12  outburst of anger, or difficulty concentrating.  These are some
13  of the symptoms that his son observed, that his wife observed.
14  That his personality had changed.  That he become short-fused.
15  And the sleep problems are something he talks about in his
16  Sworn Statement as one of those symptoms that was extremely
17  persistent throughout his lifetime.

18        He states:  Over the past 35 years, I have continued
19  taking medication for sleep and depression.  The sleep issues
20  were never fully resolved, the images never fully went away,
21  and the sadness continues with me today.  I cannot express the
22  sadness I feel.  I think of the attack often, I have a note,
23  save -- Sorry.  I have saved a note written by Pastor Berganzo
24  to help me feel closer to him.  I continue to feel terrible
25  when I think about the fact that Pastor died and yet I

1    lived.

2              This quote also brings up a characteristic of PTSD,

3    which is survivor's guilt.  From his statement and from talking

4    to his wife and son, he never understood why he survived the

5    attack.  He couldn't understand why a pastor, who he considered

6    a very special person, passed away during the attack, and he

7    was allowed to live.  And this is -- this survivor guilt

8    continued to confuse him.  Because he couldn't understand why

9    he was allowed to live.

10   Q    Okay.  Now, Doctor, let me ask you this:  What role, if

11   any, in your opinion, does the fact that Pablo Tirado had

12   suffered a terrible tragedy eight years before the attack, the

13   loss of his son, what role does that play in your analysis of

14   the PTSD?

15   A    Well, the literature suggests if you've had past traumas,

16   you're more susceptible to develop PTSD.  The idealogy is that

17   your psychological resources are compromised.  And the death of

18   a child is a very traumatic event, which most people agree, you

19   never recover from emotionally.  So his emotional resources

20   were probably diminished at the time of the terrorist attack.

21   But he was also functioning relatively well at the time of the

22   terrorist attack.  He was sharing with family.  He was involved

23   in many activities.  He had plans for the future.  He was

24   working.

25              And what's important about a traumatic event, is that

```
 1    it changes your whole perception of how you view the world.  We
 2    are brought up to think that good things happen to good people.
 3    We live under that assumption; we hope for that assumption to
 4    be true.  And a traumatic event of this nature where it's a
 5    group of people who have intentionally harmed another, this is
 6    a little different than natural disaster, where you -- it's
 7    kind of a part of life that's uncontrollable, but there's no
 8    intention in it, changes all of that.  It's the idea that
 9    really horrible things can happen to good people.  And that
10    changes the way we look at the world and how safe we feel in
11    the world.
12              THE COURT:  Doctor, Mr. Ramirez testified that he
13    didn't come home for several weeks because he continued on the
14    trip.  How does that affect your opinion?
15              THE WITNESS:  Well, it's very likely that he felt that
16    he had a religious obligation to continue with the trip.  And
17    he describes that -- that he thought it would make him feel
18    better to -- to visit those holy places and have those places
19    heal him in some way.  But he also talks about going back to
20    the airport.  And going back to the airport was overwhelming
21    for him.  So he may have been able to be distracted.  It's
22    probably he was numb after those few days and somewhat in shock
23    and just kept with the journey.  He did cut it short.  He was
24    supposed to go for 18 days, and he cut it to 12.  And then upon
25    seeing the scene of the crime again, the airport, a lot of
```

1   symptoms came back, and I think that's probably when all this

2   began.

3   Q    (By Mr. San-Juan-De-Martino)   Okay.   So the -- getting back

4   to the occurrence of the tragedy involved with the son, what

5   you're saying is that his emotional resources were diminished

6   as a result of that, and then when he experienced the trauma of

7   the massacre, those emotional resources were --

8   A    Depleted.

9   Q    -- utterly exhausted --

10  A    (The witness moves head up and down.)

11  Q    -- so that it made it more different for him to recover --

12  A    Yes.

13  Q    -- is that correct?

14  A    Yes.

15  Q    Now, is it possible for somebody to continue to have some

16  degree of Post-Traumatic Stress Disorder 35 years after the

17  stressful events?

18  A    Absolutely.

19  Q    And you think that's the case with Pablo Tirado?

20  A    Yes.

21  Q    Okay.   Now, let's move to Antonia Ramirez.

22  A    Uh-huh.

23  Q    What was the history that you gathered from Antonia

24  Ramirez?

25  A    She was --

1          THE COURT:  Well, wait a minute.  Because she

2    indicated, also, that Mr. Tirado suffered from Major Depressive

3    Disorder.

4          MR. SAN-JUAN-DeMARTINO:  We can talk about that too.

5          THE COURT:  Why don't you finish with Mr. Tirado and

6    then we can go into Ms. Ramirez.

7          MR. SAN-JUAN-DeMARTINO:  Sure.

8    Q   (By Mr. San-Juan-De-Martino)  Tell us a little bit about

9    your diagnosis of Major Depression of Pablo Tirado.

10   A   Okay.  Major Depression is the presence of five or more

11   of the following symptoms, and it has to be present for at

12   least over a two-week period.  And one of the hallmark symptoms

13   is depressed mood and loss of interest or pleasure.  In

14   his case he describes depressed mood that was pervasive, he

15   didn't enjoy things anymore, he withdrew from those activities

16   that used to give him pleasure, there's also a significant

17   weight loss that the son reported, and insomnia is another

18   symptom of depression, which is also consistent with his

19   statement, and diminished ability to think or concentrate,

20   described by his unresponsiveness to things that were going on

21   around him.

22          Basically these disorders, both PTSD and Major

23   Depressive Disorder, also require some change in functional

24   impairment -- some changes in function and some impairment, and

25   the well-documented work impairment, social impairment, and

1    impairment in marital relationship.

2            THE COURT:  They usually go together?

3            THE WITNESS:  Yes.  There's a high comorbidity between

4    the two disorders.

5    Q    (By Mr. San-Juan-De-Martino)  It is your opinion that at

6    the time when Mr. Tirado gave that Sworn Statement he continued

7    to suffer from depression?

8    A    Yes.

9    Q    Now, is there anything else that you want to add about

10   Pablo Tirado before we move to Antonia Ramirez?

11   A    Not at this time.

12   Q    I think you've been clear.

13        Tell us about Antonia Ramirez.  What is the history that

14   you gathered for her?

15   A    Antonia, she has a history of some mental health

16   treatment at the time of her son's death.  And she was

17   flown to the United States.  I don't know the details of that

18   treatment, but it appears that she did -- did have a history of

19   one major depressive episode before this event.  She, from her

20   description, was happily married, in love with her husband,

21   enjoying her life.  She talked about him in extremely positive

22   terms.  She talked about him being a strong and healthy man, a

23   good provider.  He was fun.  And she always wanted her marriage

24   to go back to what it used to be.  She talks about praying that

25   they could have the kind of marital life they had had before

1    the attack.

2    Q    Okay.  And what about after the attack?

3    A    She describes a significant change.  Suddenly, she becomes

4    the sole provider of the family.  She describes her role as

5    going from wife to nurse.  She says her life was consumed with

6    medical appointments, for him, for herself, she blames a lot of

7    her physical deterioration on the burden of taking care of her

8    husband, and she struggled with depression and anxiety.  The

9    Doctor's Patient Summary that what was -- which was one of the

10   documents that I examined, gave her diagnosis of a Depressive

11   Anxious Disorder.  I can read from her Sworn Statement, I don't

12   have it in English, to kind of exemplify what her --

13            THE COURT:  Exhibit 47, I believe.  Exhibit 47.

14   Q    (By Mr. San-Juan-De-Martino)  Please do so, Doctor.

15   A    Reading from Number 12:  Like Pablo, I was a strong and

16   healthy person before the terrorist attack.  After his return,

17   I was often very nervous and became upset easily.  I was very

18   sad.  I had health problems that developed because of the

19   stress, strain, and sadness that I felt over my husband's

20   deteriorating condition.

21            Before the attack, I had been a married woman in a

22   stable loving relationship with a fine man.  He was a solid

23   provider, and we had a wonderful life.  He was the one who took

24   care of me.  After the attack, my husband changed, and so did

25   our relationship and my life.  I now have to care for him each

1    and every day, often like I nurse, and I have to be strong
2    around him in my attempts to ease his pain.  Instead of having
3    a relationship that grew and was filled with more and more
4    happy memories like other happily married couples, ours was
5    constantly affected by Pablo's worsening emotional health
6    problems and our attempts to cope.  In many ways, I have to
7    take charge of the household and take on all kinds of
8    responsibilities and tasks that Pablo had carried out before
9    the attack.
10            Before the attack, I would have described us as a
11   couple that was happily looking forward to the years ahead.  In
12   addition to seeing friends, Pablo and I enjoyed travel.  For
13   example, we'd been to Mexico and enjoyed the experience.  After
14   the attack, we never left the Island of Puerto Rico.  Pablo
15   spent most days at home and over time socialized with others
16   less and less.  We were scared to travel and often cried.  Our
17   lives became full of doctors appointments.
18   Q   Okay.  So based on the information that you gathered about
19   Dona Antonia Ramirez-Fiero, do you have an opinion to a
20   reasonable degree of certainty as to a diagnosis for her from a
21   forensic psychological perspective?
22   A   I gave her the Depressive Disorder, Not Otherwise
23   Specified, which is Depressive Disorder, NOS, which basically
24   states that she had depressive symptoms.  I couldn't specify
25   with the data that I had what kind of depressive disorder she

1  had, but definitely there were depressive conditions combined

2  with some sort of impairment in her functioning.

3  Q   Okay.  And do you believe those depressive symptoms are --

4  in your opinion, are they related to the occurrence of the

5  terrorist attack at Lod Airport?

6  A   They began at that time.

7  Q   Okay.

8  A   It's also --

9        THE COURT:  Doctor, you mentioned that she had had a

10  depressive incident before the incident.

11        THE WITNESS:  Related to --

12        THE COURT:  The son.

13        THE WITNESS:  -- the son.

14        THE COURT:  So there's a higher percentage of -- if

15  you had one depressive episode to have a second?

16        THE WITNESS:  The chances are 50 percent, if you have

17  one depressive episode that you will have a second one.

18        THE COURT:  Is there a function of time there, also?

19  Or is it -- you can have one twenty years ago, and you still

20  have a 50 percent chance of having one now?

21        THE WITNESS:  I think it -- it's the closer in time,

22  obviously, also increases the chances that you will have more

23  than one episode, which would be recurrent depression.  But in

24  her case, it's more likely linked to circumstances that she

25  probably wouldn't have had many instances of depression had

1    these incidents not occurred.

2         THE COURT:  Thank you.

3         THE WITNESS:  It's also important to remember that

4    she -- although she wasn't there for the attack, she had 12

5    days of agony where she had no contact with her husband,

6    she couldn't speak to him on the phone, she knew he was alive,

7    she knew he was also injured, she had no idea what state he

8    was in.  Because he had had some minor injuries to his foot

9    that he didn't -- he didn't ask for medical attention.  He

10   thought that there were other people more deserving of it.

11   But he had injuries to his foot, which was the pain he

12   complained about for the rest of his life.  And during that

13   time period, she describes as just an overwhelming anxiety and

14   worry that -- that what shape he was going to come into and

15   she didn't really believe he was okay until she saw him at the

16   airport.

17        When I talked to her I asked, Why don't you think you

18   guys didn't travel again?  And she talked about her fear.  Her

19   fear about going to an airport, and that she was never willing

20   to step on an air- -- an airport again.  So even though she

21   doesn't meet full criteria of PTSD, she does have some symptoms

22   of trauma.

23   Q   (By Mr. San-Juan-De-Martino)  Okay.  And, Doctor, it is

24   your opinion that at the time you spoke to her, recently in

25   November, just before Thanksgiving, that she continued to

1   suffer from Depressive Disorder?

2   A    She cried throughout the whole interview.

3        MR. SAN-JUAN-DeMARTINO:  That's all I have of the

4   Doctor, your Honor.

5        THE COURT:  Doctor, could you explain, both for

6   Mr. Tirado and Mrs. Ramirez, your GAF scale.

7        THE WITNESS:  Yes.

8        THE COURT:  The Global Assessment of Functioning

9   Scale.  For Mr. Tirado, you gave him a GAF of 30.

10       THE WITNESS:  Yes.  That is in present time based on

11  my assessment of seeing him.  The GAF is a scale of functioning

12  that goes from -- looking it up in my book. -- it goes from

13  zero to a hundred.  A hundred being superior functioning in a

14  wide range of activities, life's problems never seem to get out

15  of hand, no symptoms basically.

16       THE COURT:  And is there anybody who reaches a hundred

17  in the world?

18       THE WITNESS:  I've never given a hundred.  I've never

19  met anyone with a hundred.

20       And 30 is behavior that is serious impairment in

21  communication or judgment or inability to function in almost

22  all areas.  He's bed-ridden, he's blind, he can't speak, he's

23  suffering from Alzheimer's, so that's why I gave him a 30.

24       I gave his wife a 50 where it's serious symptoms and

25  some serious impairment because she was not entirely lucid.

1   She had difficulty understanding my questions at times.  She

2   was very fragile, not only physically but emotionally.

3          THE COURT:  But that's your impression of them when

4   you saw them?

5          THE WITNESS:  Yes, two weeks ago.  Three weeks

6   ago.

7          THE COURT:  Okay.  Anything else?

8          MR. SAN-JUAN-DeMARTINO:  I have no further questions,

9   your Honor.

10          Thank you very much, Doctor.

11          THE COURT:  Thank you, Doctor, you're excused.

12          MR. SAN-JUAN-DeMARTINO:  Your Honor, we're just about

13   ready to rest.  If I may have a moment to confer with my

14   co-counsel.

15          THE COURT:  Of course.

16          Do you -- Why don't we take a ten-minute break and you

17   can confer and then we'll come back and --

18          MR. SAN-JUAN-DeMARTINO:  Very well.  Very well.

19          COURT SECURITY OFFICER:  All rise.

20          (A break is taken from 4:13 p.m. until 4:40 p.m.; at

21   which time, the proceedings continue as follows:)

22          THE COURT:  Please be seated.

23          MR. SAN-JUAN-DeMARTINO:  Your Honor, may it please the

24   Court.  Manuel San-Juan-DeMartino on behalf of the Plaintiffs,

25   we have the certified translation of Exhibit 11, so --

1           THE COURT:  Please add it to the exhibit.

2           We have the photos of the Bible.

3           MR. SAN-JUAN-DeMARTINO:  That's correct, your Honor.

4    They turned out really well.

5           THE COURT:  So we'll mark those as exhibit -- what was

6    it?

7           MR. SAN-JUAN-DeMARTINO:  I believe 66.

8           THE COURTROOM DEPUTY CLERK:  No.  57.

9           THE COURT:  57.

10          MR. SAN-JUAN-DeMARTINO:  I'm sorry.

11          THE COURT:  All right.  Anything else, Mr. San-Juan?

12          MR. SAN-JUAN-DeMARTINO:  Your Honor, at this time, the

13   Plaintiffs rest.

14          THE COURT:  All right.  Thank you very much.

15          Any other exhibits that you want to present?

16          MR. SAN-JUAN-DeMARTINO:  Not at this time, your Honor.

17   There is one possible exhibit we are still working on locating,

18   and that is what I called a report of U.S. Citizens Death

19   Aboard for Carmelo Cardona-Molina, not obtained from the State

20   Department.  If we do, we will supplement the report

21   accordingly.

22          THE COURT:  What I need from you, Mr. San-Juan,

23   Mr. Tolchin, is to provide me with Proposed Finding of Facts

24   and Conclusions of Law.

25          MR. SAN-JUAN-DeMARTINO:  We shall, your Honor.

```
 1            THE COURT:  And would you please include in that
 2    the -- everything having to do with jurisdiction and the
 3    statute of limitations.
 4            MR. SAN-JUAN-DeMARTINO:  Absolutely.
 5            THE COURT:  I know that you addressed those issues in
 6    the Pretrial Memorandum, but I would like for you to address
 7    them as part of the Proposed Findings of Facts and Conclusions
 8    of Law.
 9            MR. SAN-JUAN-DeMARTINO:  Absolutely.
10            THE COURT:  How long do you need for this?
11            MR. SAN-JUAN-DeMARTINO:  I've been advised by the
12    court reporter, due to the amount of work that she is currently
13    handing in to the Court, has before it, it will be at least 45
14    days before she's able to provide us with the transcript, so we
15    would request 90 days from today to be able to submit our
16    Proposed Findings of Fact and Conclusions of Law.
17            THE COURT:  All right.  That's fine.  If the 90th day
18    is nearing and you need more time, let me know.
19            MR. SAN-JUAN-DeMARTINO:  We will, your Honor.
20            THE COURT:  Thank you very much.
21            MR. SAN-JUAN-DeMARTINO:  Thank you, your Honor.
22            And on behalf of my clients, on behalf of my
23    co-counsel from Israel, we want to thank the Court for its
24    patience and say that it was indeed a pleasure to appear before
25    you during these proceedings.
```

1            THE COURT:  Thank you very much.

2            COURT SECURITY OFFICER:  All rise.

3

4         WHICH WAS ALL THE EVIDENCE ADDUCED AT THIS CAUSE.

5

6            (The hearing of this cause concluded at 4:42 p.m.,
on December 3, 2009.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        **R E P O R T E R ' S    C E R T I F I C A T E**

2
**UNITED STATES DISTRICT COURT )**
3                                    **) ss.**
**OF PUERTO RICO              )**

4

5        I, **ROLAYNE M. VOLPE,** Certified Court Reporter, CCR, and

6   Registered Professional Reporter, RPR, do hereby certify that

7   the transcript of the foregoing proceedings accurately reflects

8   the events that occurred before me to the best of my ability at

9   the time and place set out on the caption hereto, the witnesses

10  having been duly cautioned and sworn, or affirmed, to tell the

11  truth, the whole truth, and nothing but the truth.

12       I FURTHER CERTIFY that I am neither counsel for, related

13  to, nor employed by any of the parties to the action in which

14  these proceedings were taken or to any attorney or counsel

15  employed by the parties hereto, nor financially interested,

16  directly or indirectly, in the outcome of this action.

17       CERTIFIED AND SIGNED on this 28th day of March, 2010.

18

19
                              S/:  *Rolayne M. Volpe*
20                            ROLAYNE M. VOLPE, CCR, RPR
                              Certified Court Reporter and
21                            Registered Professional Reporter

22

23

24

25


                    ROLAYNE M. VOLPE, CCR, RPR
      COURT REPORTER FOR THE U.S. DISTRICT COURT OF PUERTO RICO
                         787-772-3482