UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| RUTH CALDERÓN-CARDONA for the ESTATES OF CARMELO CALDERÓN-MOLINA AND ELADIA CARDONA-ROSARIO, et al., | : : : : |
| Plaintiffs, | : : |
| vs. | : Civil Action No.: 08cv1367(FAB) : |
| DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, a.k.a. NORTH KOREA, et al. | : : : |
| Defendants | : |

---

## NOTICE OF ABSENCE FROM JURISDICTION

**TO THE HONORABLE COURT:**

NOW APPEARS, the undersigned attorney and very respectfully states and prays as follows:

1. Due to a scheduled vacation, the undersigned will be absent from this jurisdiction between June 27, 2010 up to and including July 17, 2010.

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above, and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

WHEREFORE, it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after July 20, 2010, when the undersigned shall return to his office.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 15th day of June 2010.

S/ Manuel San Juan
_____
USDC-PR 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.: (787) 723-6637; 723-6669
Facsimile: (787) 725-2932

Attorneys for Plaintiffs
Gary M. Osen
Naomi B. Weinberg
Aaron Schlanger
700 Kinderkamack Road
Oradell, New Jersey 07649
Tel.: (201) 265-6400
Facsimile: (201) 265-0303

NITSANA DARSHAN-LEITNER & ASSOCIATES
Nitsana Darshan-Leitner, Esq.
11 Havatikim Street
Petah Tikva, 49389 Israel
Telephone: (972) 03-7361519
Facsimile: (972) 03-7361520