# EXHIBIT A



# CERTIFICATE
## OF ACCURACY

STATE OF NEW YORK )

                SS:

COUNTY OF KINGS )

This is to certify that the attached documents:

**Certificate of Death of Pablo Tirado Ayala, issued by the Department of Health Demographic Registry on December 23, 2009 in Manati, Puerto Rico;**

**Last Will and Testament of Pablo Tirado Ayala, issued and certified by Oscar Sánchez Lamboy, Notary Public and recorded by the Office of the Director of Notarial Inspection on August 11, 1992 in Manati, Puerto Rico;**

**Certification of the Record of the Last Will and Testament Registration of Pablo Tirado Ayala, issued by the Office of the Director of Notarial Inspection on August 11, 1992 in Manati, Puerto Rico**

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Spanish language into the English language.

_____
        Diana Peng

Sworn to and subscribed before me

this 15th day of June 2010

_____
        Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 11

ERIKSEN TRANSLATIONS INC. / 32, COURT STREET, BROOKLYN, NY 11201 / TEL 718-802-9010 / WWW.ERIKSEN.COM

COMMONWEALTH OF PUERTO RICO

NUMBER
01467163

Death Number

DEPARTMENT OF HEALTH
DEMOGRAPHIC REGISTRY
Certification of Death

| AREA NUM-BER | YR | Register NUMBER | CERTI-FICATE NUMBER |
|---|---|---|---|
| 152 | 2009 | 0188 | 1039 |

**1. Place of death**
a. Municipality *Manatí*

b. Neighborhood *Cotto Sur*

1c. Place (Choice only one)
Hospital
☐ DOA
☐ Outpatient ER
☐ Inpatient
Other
☐ Convalescent home
■ Nursing home
☐ Home  ☐ Other

d. Name of hospital or other institution (If death did not occur in a hospital or institution give the address.) *Virgilio Ramos Home*

e. Village, zone or place

f. [Length of stay in Hospital or Institution] *6 months*

**2. Usual residence of the deceased (Where did he/she live? If an institution: give the residence prior to admission)**
a. Municipality *Manatí*   b. State or Country *PUERTO RICO*

c. Neighborhood *Pugnado*

d. Village, zone or place

e. Urban ☐
Rural ☒

f. Address   (For Urban area- Street and Number) *RR-2 Box 604*

**3.** First and last name of the deceased *Pablo Tirado Ayala*

**4.** Date and Time of Death

Time *11:55 PM*   | Month *12* | Day *21* | Year *2009* |

**5.** Last school year completed.
Education
Intermediate
Secondary (0-13)
[College] University (14 or [more]
*4th grade*

**6. Gender** *Male*

**6 a. Marital Status**
Never married ☐   Married ☒
Divorced…….☐   Widowed ☐

**6 b.** Name of Spouse *Antonia Ramírez Fierro*

**7.** Date of Birth

| Month | Day | Year |
|---|---|---|
| AUG | 21 | 1919 |

**8. Age (in years)** *90*

If less than one year
Mos. | Days

If less than 24 hours
Hours | Min.

**10 a. Usual Occupation** (Type of work performed during the majority of life, even if retired) *Public [chauffer]*

**10b.** Type of business or industry *Own business*

**10 c.** Date on which last worked *1977*

**10 d.** Years worked in this occupation *20 years*

**11.** Born in: Municipality *Manatí*

State or Country *PUERTO RICO*

**12.** Citizenship *U.S.A.*

**13.** Residence in Puerto Rico *70 years*

**14.** Father's name and surname: *Pablo Tirado*

**15.** Mother's name and maiden name: *Rosa Ayala*

**14 a.** Born in: Town, *Manatí*   State or Country *PUERTO RICO*

**15 a.** Born in: Town, *Manatí*   State or Country *PUERTO RICO*

**16.** Was the deceased a member of the United States Armed Forces?
Yes_____ No____x___
Wars/Dates _____ Unknown ☐

**17.** Social Security No. *303322141*
None ☐ Unknown ☐

**18.** Informant:
a. Name: *Ángel Ramírez Colón*
b. Signature [illegible]

**18 c.** Informant's Exact Address *Villa Forestal Calle [illegible] Manatí*

**18 d.** Relationship to the deceased *Foster son*

**19. TO THE PERSON DECLARING THE DEATH**
Complete from 19 a-c only if the certifying physician is not available at the time of death to certify the cause of death.

**20. CAUSE OF DEATH:**
Enter only one cause in each line (a), (b), and (c).
Cause of death does not mean the way the deceased died such as cardiac arrest, [illegible], etc. It means the illness, injury or complication that caused the death.
☐-☐☐☐☐

**MEDICAL CERTIFICATION**

IMMEDIATE CAUSE

(illness or direct condition that lead to the death)

Indicate in order the conditions that lead to the immediate cause.
WRITE THE PRINCIPAL CAUSE LAST. [illegible]
(Illness or injury that caused the events leading to the death.)

**19 a.** To the best of my understanding the death occurred at the time, on the date and in the place indicated above.

Signature _[signature]_____
Title ____[physician]_____
a. *Respiratory arrest*
b. *Aspiration pneumonia*
c. *Alzheimer VII End Stage*
d. _____

Interval between its start and death
_____
_____
_____
_____

**19 b.** License No. *16,600*

**19 c.** Date of Signature

| MO. | DAY | YR. |
|---|---|---|
| 12 | 21 | 2009 |

**21.** Was the deceased pregnant during the last year?
☐ Yes☐ No

**22.** Medical Record No.

Other important conditions that contributed to the death but were not related to the illness that caused the death.

**23.** Was an autopsy performed?
Yes ☐
No ☒

**24.** Institution where autopsy was performed.

**25.** Was the prosecutor notified?
☒ Yes ☐ No

**26 a.** Date of operation (if applicable)

**26 b.** Most significant findings from the operation:

**27 a.** Type of death ☒ natural ☐ accident ☐ suicide ☐ homicide ☐ pending investigation ☐ could not be determined

**27 b.** Place where the injuries occurred? (Home, building, factory, etc.)

**27 c.** Municipality

Place or neighborhood

State or country

**27 d.** Date of Injury
Mo. | Day | Yr. | Hr.

**27 e.** Did the death occur at work?
Yes ☐ No ☒

**27 f.** How did the injuries occur?

**28 a.** I CERTIFY that I attended to the deceased from *May   2009* until *December  21,* 20 *09*, and that I last saw him/her alive on _____19_____, and that the death occurred as a consequence of the causes and on the date and time indicated above.

**28b.** I did not attend to the deceased and this Certification is completed on the basis of information obtained from a _ of the deceased performed by a _

**29 a.** Certifying doctor:
Name *[Osvaldo] Medina Cotto*
2 Signature [signature]

**29b.** License No. of Certifying doctor *16,600*

**29 c.** Exact Address of Certifying doctor *Calle 685 KM 4.0 BO: Tierras Nuevas, Manatí, Puerto Rico*

**29 d.** Date of the signature

| Month | Day | Year |
|---|---|---|
| 12 | | 2009 |

**30 a.** Burial ☒   ☐ Other (specify)
Transfer ☒
Cremation ☐

**30 b.** Date

| Month | Day | Year |
|---|---|---|
| DEC | 23 | 2009 |

**30 c.** Name of Cemetery or Crematorium *Valle de los Sueños*

**30 d.** Address *Manatí, Puerto Rico*

**31.** To be completed by the Undertaker or other individual in charge of burial
a. I certify:
☒ he/she was embalmed ☐ he/she was not embalmed
b. *Edgardo González* Signature [signature]
c. Name/address of funeral parlor *M. González [illegible] Manatí*

**32 a.** Was he/she embalmed? ☒ Yes ☐ No
b. *Cándido González Meléndez*
Name of Embalmer
c. License No. *189*

**33.** Race of deceased
☒ White
☐ Black
☐ Other

**34.** Date of Entry

| Month | Day | Year |
|---|---|---|
| December | 23 | 2009 |

c. Signature [signature]

**35.** Registrar's Signature [signature]

THIS IS AN ABSTRACT OF THE DEATH CERTIFICATE OFFICIALLY RECORDED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO UNDER THE AUTHORITY GRANTED BY LAW 24 OF APRIL 22, 1931.

[signature]
SECRETARY OF HEALTH

[signature]
STATE REGISTRAR

[originally in English]
THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931.

[emblem]
Commonwealth of Puerto Rico
Department of Health

[revenue stamp:]
$5      $5
INTERNAL REVENUE STAMP
TREASURY
COMMONWEALTH
OF PUERTO RICO
D23991162

RR DONNELLEY      **WARNING: Any alteration or erasure voids this certification.**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**(COMMONWEALTH OF PUERTO RICO)**

**DEPARTAMENTO DE SALUD**
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

**CERTIFICACION DE DEFUNCION**
(CERTIFICATION OF DEATH)



NUMERO **A467163**

| NUMERO DE AREA (Area Number) | AÑO (Year) | NUMERO DE REGISTRO (Register Number) | NUMERO DE CERTIFICADO (Certificate Number) |
|---|---|---|---|
| 152 | 2009 | 0188 | 1039 |

NUMERO DE DEFUNCION (DEATH NUMBER)

1. Lugar de Defunción (Place of Death)
- Municipio: **Manati**
- Barrio: **Cotto Sur**

d. Si en Hospital u Otro Sitio (Hospital or Other Institution) Especifique donde (Nombre del Hospital, Institución) Si no fue en Hospital, informe dirección exacta. Indique el lugar en su hogar.
Asilo **Emilio Ramos**

e. Tiempo de Estadía (en ese Municipio)

f. Tiempo de Estadía en Hospital o Institución: **6 meses**

1. Nombre del fallecido (Deceased Name): **Pablo Medina Ayala**

4. Lugar: (Marque uno)
- Hospital
- Muerto al llegar (DOA)
- Ambulatorio (si Emerg.) (Outpatient / ER)
- Hospitalizado (Inpatient)
- Otro
- Casa de Salud ☑ Asilo
- Hogar    Otro

2. Residencia Habitual de Fallecido (Donde vivía? Si en una institución Rep. lugar antes de ingresar a la misma)
a. Municipio: **Manati**    b. Estado o País: **Puerto Rico**
c. Poblado, Zona o Sitio: **Poñado**    Urbana / Rural ☑
d. Dirección (Urbana - Calle y Numero): **RR-2 Box 602**

3. Último grado escolar completado: **4to grado**

| 5. Sexo | 6.a. Estado Civil (Marital Status) | 8. Nombre del Conyugue | | Intermedia Secundaria / Colegio Universidad (14 ó 5) |
|---|---|---|---|---|
| **Male** | Nunca se casó / Casado ☑ / Divorciado / Viudo | **Antonia Ramirez Tiezo** | | |

7. Fecha de Nacimiento: **Agosto 21 1919**

8. Hora y Fecha de la Defunción (Death Time Date): Hora **11:55 PM**  Mes **12**  Día **21**  Año **2009**

8. Edad: **90**  Si Menor de 1 año: Meses / Días  Si Menor de 24 Horas: Horas / Minutos

10.a. Ocupación Habitual (trabajo realizado durante la mayor parte de su vida. No use la palabra "retirado"): **Portero Publico**

10.b. Clase de Industria o Negocio: **Negocio Propio**

10.c. Fecha en que trabajó por última vez (Mes, Día, Año)

10.d. Años que trabajó en esta ocupación: **20 años**

11. Natural de: Municipio: **Manati**    Estado o País: **Puerto Rico**

12. Ciudadano de: **E.U.A.**

13. Tiempo de Residencia en Puerto Rico: **90 años**

14.a. Natural de: Municipio: **Manati**    Estado o País: **Puerto Rico**

14. Nombre y apellidos del Padre (Father's Name): **Pablo Tizedo**

15. Nombre y apellidos de soltera de la Madre (Mother's Maiden Name): **Rosa Ayala**

15.a. Natural de: Municipio: **Manati**    Estado o País: **Puerto Rico**

16. ¿Perteneció el Fallecido alguna vez a las Fuerzas Armadas de Estados Unidos? Sí / No ☑
Guerra/Fechas     No Se ignora

17. Número de Seguro Social: **3 8 3 3 2 2 4 1**   Ninguno / Se ignora

16. Informante: a. Nombre: **Juan Ramirez Colon**  b. Firma

18. Dirección Exacta del Informante: **14 Esk Forest Calle Jupitez c/d Manta Ciraes**

18.a. Relación con el Fallecido: **Hijo**

19. EL QUE DECLARO LA MUERTE
Complete del 19 al 22 únicamente, si el médico que certifica no está disponible al momento de la muerte para certificar la causa.

I. CERTIFICACION MEDICA (MEDICAL CERTIFICATION)
18.a. Manera en que la muerte ocurrió en la hora, dia y lugar arriba indicado
Firma   **Cirujano Medico**   Titulo

19.b. Número de Licencia: **16,600**   19.c. Fecha de la Firma: Mes **12** Día **21** Año **2009**

CAUSA DE MUERTE
Escriba una sola causa en cada línea (a).
20. (I) y (II): Causa de la muerte no significa la forma de morir (como "paro cardíaco", asfixia, etc., significa la enfermedad lesión o complicación que ocasiona la muerte.

CAUSA INMEDIATA (enfermedad o condición final que llevó a la muerte →
ESCRIBA AL FINAL LA CAUSA PRINCIPAL (enfermedad o lesión) que dio vida ó los eventos que llevaron la muerte)

a) **Paro Respiratorio**   Debido o como consecuencia de:
b) **Neumonia por Aspiración**   debido o como consecuencia de:
c) **Alzheimer VII End Stage**   debido o como consecuencia de:

Indique en orden las condiciones que condujeron a la causa inmediata

21. Intervalo entre su comienzo y el fallecimiento

21. ¿Estuvo la fallecida embarazada en el último año?

22. Número del Record Médico

II. Otras condiciones de importancia que contribuyeron a la muerte pero que no estaban relacionadas con la enfermedad que causó la muerte

23. ¿Se practicó Autopsia?  Sí / No

24. Institución donde se hizo la autopsia

25. Se refirió al Fiscal  Sí ☑ No

a. Fecha de la operación: Si la hubo   b. Hallazgos más importantes de la operación

26. a. Tipo de muerte: natural ☑ accidente / suicidio / homicidio / pendiente de investigación / no pudo determinarse

27. Lugar donde ocurrió la lesión (hogar, Oficina, Fábrica, calle) etc

7.c. Municipio   Sitio o Barrio   Estado o país

27.d. Fecha de lesión: Mes / Día / Año

27.e. ¿Cómo ocurrió la lesión?

28.a. CERTIFICO que asistí al fallecido desde **Mayo** 20 **09** hasta **Dic. 21** 20 **09** y en la fecha y hora arriba indicada

28.b. NO asistí al fallecido y ésta Certificación se hace a base de información suministrada por:   su carácter de

29.a. Médico que Certifica la Defunción Nombre: **Pablo Medina Cotto**
Firma   **Cirujano medico**

29.b. Número de Licencia del Médico que Certifica: **16,600**

29.c. Dirección Exacta del Médico que Certifica: **Call. 685 Barrio Tierras Nuevas, Manati**

29.d. Fecha de la Firma: Mes **12** Día **21** Año **2009**

30.a. Fecha: Mes **Dic** Día **23** Año **2009**

30.b. Dirección: **Valle de los Seis**

30.d. Dirección: **Manati, Puerto Rico**

Será completado por AGENTE FUNERARIO O ENCARGADO DEL ENTIERRO
- a. Cadáver: Se Embalsamará / No fue embalsamado
- Enterramiento / Traslado / Cremación
- b. Otros (especifique): DIC.

33. Colpo Reglas del Fallecido
- Blanco ☑
- Negro
- Otro

34. Fecha de Disposición: **Diciembre 23 2009**

35. Firma del Registrador

33. Firma del embalsamador / Nombre del embalsamador
Firma **E. Marquez Ally**   Número de licencia **#189**

b. Nombre de la Agencia funeraria y su dirección:
M. Gonzalez Antuz - Manati

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)
**Wanda del C. Llovet Diaz**

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



Estado Libre Asociado de Puerto Rico
Departamento de Salud



$5  SELLO DE RENTAS INTERNAS  $5
ELA - HACIENDA
Departamento de Salud
Registro Demográfico
D03991162
**MANATI**
0188

**ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.**

RR Donnelley

**WARNING: Any alteration or erasure voids this certification.**