# EXHIBIT B



# CERTIFICATE
## OF ACCURACY

STATE OF NEW YORK )
                                    SS:
COUNTY OF KINGS )

This is to certify that the attached documents:

Certificate of Death of Pablo Tirado Ayala, issued by the Department of Health Demographic Registry on December 23, 2009 in Manati, Puerto Rico;

Last Will and Testament of Pablo Tirado Ayala, issued and certified by Oscar Sánchez Lamboy, Notary Public and recorded by the Office of the Director of Notarial Inspection on August 11, 1992 in Manati, Puerto Rico;

Certification of the Record of the Last Will and Testament Registration of Pablo Tirado Ayala, issued by the Office of the Director of Notarial Inspection on August 11, 1992 in Manati, Puerto Rico

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Spanish language into the English language.

_____
Diana Peng

Sworn to and subscribed before me
this 15th day of June 2010

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 11

ERIKSEN TRANSLATIONS INC. / 32 COURT STREET, BROOKLYN, NY 11201 / TEL 718-802-9010 / WWW.ERIKSEN.COM

|  |  |
|---|---|
|  | [coat of arms]<br>Óscar Sánchez<br>JURIS DOCTOR<br>ATTORNEY-<br>NOTARY<br><br>Calle Betances #5<br>Manatí, P.R. 00674 |

ÓSCAR SÁNCHEZ LAMBOY, Esq.
APARTADO 347
MANATÍ, PUERTO RICO 00674

# ATTORNEY AND NOTARY

NIHIL PRIUS FIDE

Number

<u>44 and 45</u>

# INSTRUMENT

<u>LAST WILL AND TESTAMENT</u>

EXECUTED BY

<u>PABLO TIRADO AYALA (INSTRUMENT 44)</u>

<u>ANTONIA RAMÍREZ FIERRO (INSTRUMENT 45)</u>

IN FAVOR OF

_____

_____

In <u>MANATÍ          </u>, P.R.,

on the <u>11th</u> of <u>August    </u>, 19<u>9</u>2

[illegible revenue stamp]
[Pursuant to] THE PROVISIONS OF ARTICLE 73 OF LAW NUMBER 75 OF THE 2ND OF [truncated text], [19]87 (NOTARY LAW) AND REGULATION 12 (C) OF THE [SUPREME COURT] REGULATIONS.

I, OSCAR SÁNCHEZ LAMBOY, NOTARY PUBLIC, ATTEST, AFFIX MY NOTARIAL SEAL AND CERTIFY THAT BEFORE ME THE FOLLOWING INSTRUMENT WAS EXECUTED:

1 LAST WILL AND TESTAMENT
    ☒ OPEN   ☐ MYSTIC   ☐ HOLOGRAPHIC

4 RECORDING OF LAST WILL AND TESTAMENT
    ☐ OPEN   ☐ HOLOGRAPHIC

2 REVOCATION OF LAST WILL AND TESTAMENT
    ☐ OPEN   ☐ MYSTIC

5 ☐ RECORDING OF LAST WILL AND TESTAMENT FROM ABROAD

3 ☐ REVOCATION AND ESTABLISHMENT OF LAST WILL AND TESTAMENT

6 ☐ AMENDMENT OR MODIFICATION OF LAST WILL AND TESTAMENT

PART I: TESTATOR'S INFORMATION
    PABLO        TIRADO      AYALA
    NAME      SECOND NAME      FIRST SURNAME      SECOND SURNAME
    (IF THERE IS ONLY ONE SURNAME, PLEASE INDICATE SO)
    KNOWN AS (OTHER NAME OR NICKNAME IF APPLICABLE) _____
    MARITAL STATUS: MARRIED      NAME (MOTHER): ROSA AYALA COLÓN
    PROFESSION OR OCCUPATION: RETIRED      NAME (FATHER): PABLO TIRADO HERNÁNDEZ
    CITY: MANATÍ      SPOUSE'S NAME: ANTONIA RAMÍREZ FIERRO
    (SURVIVING OR DECEASED) AKA TOÑITA RAMÍREZ FIERRO

PART II: INSTRUMENT DATA
    PLACE OF EXECUTION: MANATÍ      DATE: August 11, 1992
    INSTRUMENT No.: 44      TIME: 3:45 PM
    (IF APPLICABLE)
    NAME OF THE THREE OR FIVE WITNESSES AS APPLICABLE
    1) CARMEN NEREIDA VILLAFAÑE RODRÍGUEZ      3) JOSÉ ANTONIO CABALLERO [MORALES]
    2) FÉLIX NIEVES VERGARA

PART III: REVOCATIONS, AMENDMENTS OR MODIFICATIONS:
    INSTRUMENT NUMBER BEING REVOKED, AMENDED OR MODIFIED: _____
    DATE: _____      AUTHORIZING NOTARY: _____

PART IV: RECORDINGS
    ☐ MYSTIC      ☐ HOLOGRAPHIC

NAME AND PERSONAL CIRCUMSTANCES
(OF THE PERSON REQUESTING RECORDING) _____

COURT RESOLUTION No. _____      DATE OF RESOLUTION: _____

JUDGE SIGNING THE RESOLUTION: _____      SUPERIOR COURT CHAMBER: _____

LAST WILL AND TESTAMENTS EXECUTED ABROAD:

PLACED EXECUTED: _____      DATE OF LAST WILL AND TESTAMENT: _____
OFFICER AUTHENTICATING THE      FOREIGN
SIGNATURE OF THE NOTARY: _____      NOTARY: _____

Entered into the computer
under the number 198-58
on the ___ day of AUG. 18, 1992,
By: [initials]

[signature]
SIGNATURE OF NOTARY
MAILING ADDRESS
APARTADO 347
MANATÍ, P.R. 00674
TELEPHONE: 884-3698
[illegible seal]

[truncated text]

| | |
|---|---|
| [signature]<br>[emblem:]<br>ÓSCAR SÁNCHEZ<br>LAMBOY<br>ATTORNEY<br>NOTARY<br><br>NIHIL<br>PRIUS<br>FIDE | ----------------------**INSTRUMENT NUMBER FORTY-FOUR**------------------<br>-----------------------------------**JOINT OPEN WILL**------------------------------<br>---------In the city of Manatí, Puerto Rico, on the eleventh (11th) day of the month of August in nineteen hundred ninety-two (1992), at 3:45 in the afternoon on this day-------------------------------------------------------------------------------<br>-----------------------------------**BEFORE ME**----------------------------------------<br>---------------------------------**ÓSCAR SÁNCHEZ LAMBOY**---------------------<br>-------Attorney and Notary Public, a resident, with law offices in the City of Manatí, Puerto Rico. ------------------------------------------------------------------------<br>-----------------------------------**THERE APPEARED**-----------------------------<br>-----**THE PARTY OF THE FIRST PART: PABLO TIRADO AYALA**, of legal age, married to Antonia Ramírez Fierro also known as Toñita Ramírez Fierro, retired, Social Security Number 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 and a resident of Manatí, Puerto Rico. --------------------------------------------------------------------------------<br>-----**ALSO PRESENT WERE THE SUBSCRIBING WITNESSES:** ----------<br>----------**CARMEN NEREIDA VILLAFAÑE RODRÍGUEZ,** of legal age, married to Héctor Manuel Rosario Figueroa, a homemaker, Social Security Number 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 and a resident of Barrio Pugnado, RR-02 Apartado 6090, Manatí, Puerto Rico 00674. ---------------------------------------------------------------<br>------------**FÉLIX NIEVES VERGARA**, of legal age, single, retired, Social Security Number 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 and a resident of Barrio Pugnado, RR-02 Box 6169, Manatí, Puerto Rico 00674.--------------------------------------------------------<br>-------------**JOSÉ ANTONIO CABALLERO MORALES**, of legal age, single, retired, Social Security Number 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 and a resident of Barrio Pugnado, Apartado 1799, Manatí, Puerto Rico 00674. -------------------------------------------<br>-------------I attest that the testator is personally known to me and that the subscribing witnesses have stated their personal information.----------------------- |

| | |
|---|---|
| [signature]<br>[emblem:]<br>ÓSCAR SÁNCHEZ<br>LAMBOY<br>ATTORNEY<br>NOTARY<br><br>NIHIL<br>PRIUS<br>FIDE | -------In my judgment, corroborated by the opinion of the witnesses, the testator has the legal capacity to execute this last will and testament and he verifies this act in full use of his mental faculties, in the absence of violence, malice, fraud or any other circumstance that would render it invalid. --------------------------------<br>--------In witness whereof and in the presence of the witnesses who observe, hear and understand him perfectly, he expresses his last will and declares:-------<br>---------FIRST: That he wishes to execute his last will and testament and he proceeds to do so under the following:-------------------------------------------------<br>----------------------------------**CLAUSES**-------------------------------------------------<br>----------FIRST: That **PABLO TIRADO AYALA**, is a native of Manatí, Puerto Rico, where he was born on the twenty-first (21st) of August in nineteen hundred nineteen (1919), he is the legitimate son of Pablo Tirado Hernández and Rosa Ayala Colón, both deceased. ------------------------------------------------<br>-----------SECOND: The testator states that he married, his first marriage, Antonia Ramírez Fierro, also known as Toñita Ramírez Fierro, on the fourth (4th) day of August in nineteen hundred fifty-one (1951). -------------------------<br>---------THIRD: That the marriage produced one son, whose name is Miguel Ángel Tirado Ramírez, who was born on the tenth (10th) of November in nineteen hundred fifty-two (1952) and who died on the tenth (10th) of August in nineteen hundred sixty-two (1962), at the age of ten (10), therefore there are no descendents or ancestors as his parents are deceased. -------------------------------<br>---------FOURTH: That **PABLO TIRADO AYALA**, as he does not have any descendents or ancestors (forced heirs), wishes to establish and he hereby establishes as sole and universal heir, of all his assets in existence at the time of his death, whether they be |

|  |  |
|---|---|
| [signature]<br>[emblem:]<br>ÓSCAR SÁNCHEZ<br>LAMBOY<br>ATTORNEY<br>NOTARY<br><br>NIHIL<br>PRIUS<br>FIDE | personal or real property, securities, credits, pledges, inheritance rights or any other type of asset, to **ÁNGEL LUIS RAMÍREZ COLÓN**, for whom he has great affection, as he raised him as a son from a very young age.---------------------------FIFTH: That he also establishes as heir, in the event that she survives him, in the surviving spouse's usufructuary portion, his current wife, Antonia Ramírez Fierro. -----------------------------------------------------------------------------------SIXTH: That the testator's estate shall be comprised of all rights and assets in existence at the time of his death, which shall pass------------------------entirely to the heir established herein, **ÁNGEL LUIS RAMÍREZ COLÓN,** after funeral expenses have been deducted. --------------------------------------------------SEVENTH: That lastly, the testator states that this is his first and only will and testament, and that he has not executed another will prior to this date, and that he wishes and consents that this will be kept, considered and honored as his last will and testament legally and solemnly as provided for under the law. -------The testator thus declares and executes before me, together with the aforementioned witnesses present, who hear, know, see and understand him and after I, the Notary, read this last will and testament aloud in its entirety and after the testator in exercise of his rights, of which he was advised by me and in the presence of the witnesses, the testator signs this instrument, and also initials all of the folios that comprise the same, along with the witnesses indicated herein.-------Of all that is recorded in this last will and testament, and also to the fact that I have observed the continuity of the act, that I have read this |

| | |
|---|---|
| [signature]<br>[emblem:]<br>ÓSCAR SÁNCHEZ<br>LAMBOY<br>ATTORNEY<br>NOTARY<br><br>NIHIL<br>PRIUS<br>FIDE | Public Instrument aloud twice, complied with all of the formalities set forth for in the Civil Code in effect, and other applicable laws, that the testator is personally known to me, and the witnesses and that they have declared to me their personal circumstances, as well as the fact that they are of legal age, their marital status, occupations and residence, as well as to the remaining contents of this Public Instrument, I, the Authorizing Notary, SO ATTEST. -------------------<br><br>SIGNED:        PABLO TIRADO AYALA<br>WITNESSES:   CARMEN NEREIDA VILLAFAÑE RODRÍGUEZ<br>                       FÉLIX NIEVES VERGARA<br>                       JOSÉ ANTONIO CABALLERO MORALES<br><br>SIGNED, SEALED AND INITIALED BY: ÓSCAR SÁNCHEZ LAMBOY. The appropriate internal revenue stamps and the Notarial tax seal were affixed to the original. The initials of the executors appear on each and every one of the folios of the original of this Instrument and it is sealed and initialed on every page.-----<br><br>THIS IS A TRUE AND FAITHFUL COPY of its original which is on file in my Records of Public Instruments for the current year, under the number FORTY-FOUR (44), which consists of FOUR (4) folios. -------------------------------------<br><br>In witness whereof and at the request of the Interested Party, I issue this certified copy in Manatí, Puerto Rico, on this day. ----------------------------------<br>                 [emblem:]<br>         ÓSCAR SÁNCHEZ<br>              LAMBOY                              [signature]<br>            ATTORNEY                    ÓSCAR SÁNCHEZ LAMBOY<br>              NOTARY                             NOTARY PUBLIC<br>                NIHIL<br>               PRIUS<br>                FIDE<br><br>           [revenue stamp:]                      [notary stamp:]<br>                    50                              BAR ASSOCIATION<br>                5307742                            OF PUERTO RICO<br>                 PAID                                     NOTARY<br>                5307742                                     TAX<br>                                                      ONE DOLLAR |



LCDO. OSCAR SANCHEZ LAMB[...]
APARTADO 347
MANATI, PUERTO RICO 00674

Calle Betances #5
Manatí, P. R. 00674

**ABOGADO Y NOTARIO**

NIHIL PRIUS FIDE

Número

44 y 45

ESCRITURA DE

TESTAMENTOS

OTORGADA POR

PABLO TIRADO AYALA (ESC. 44)

ANTONIA RAMIREZ FIERRO (ESC. 45)

A FAVOR DE

En MANATI, P. R.,

a 11 de agosto de 19 92

Oscar Sánchez
JURIS DOCTO
ABOGADO - NOT.



...LO DISPUESTO EN EL ARTICULO 73 DE LA LEY NUMERO 75 DEL 2 DE
...87 (LEY NOTARIAL) Y LA REGLA 12(C) DEL REGLAMENTO DEL
...PREMO,

YO, **CAR SANCHEZ LAMBOY**, NOTARIO PUBLICO, BAJO MI FE Y SELLO NOTARIAL CERTIFICO QUE ANTE MI SE OTORGO LA SIGUIENTE ESCRITURA DE :

1 TESTAMENTO :
  [X] ABIERTO  [ ] CERRADO  [ ] OLOGRAFO

4 PROTOCOLIZACION DE TESTAMENTO
  [ ] CERRADO  [ ] OLOGRAFO

2 REVOCACION DE TESTAMENTO
  [ ] ABIERTO  [ ] CERRADO

5 [ ] PROTOCOLIZACION DE TESTAMENTO PROCEDENTE DEL EXTERIOR

3 [ ] REVOCACION Y CONSTITUCION DE TESTAMENTO

6 [ ] AMPLIACION O MODIFICACION DE TESTAMENTO

PARTE I :  DATOS DEL TESTADOR(A)

NOMBRE: PABLO   2NDO NOMBRE: ___   1ER APELLIDO: TIRADO   2NDO APELLIDO: AYALA
(SI SOLO CONSTARE UN APELLIDO FAVOR DE HACERLO SABER)
CONOCIDO POR (OTRO NOMBRE O APODO SI LO TUVIERE) ____

ESTADO CIVIL : CASADO      * NOMBRE (MADRE): ROSA AYALA COLON
PROFESION U OCUPACION : RETIRADO  NOMBRE (PADRE): PABLO TIRADO HERNANDEZ
VECINDAD : MANATI          NOMBRE CONYUGE: ANTONIA RAMIREZ FIERRO
                           (SUPERSTITE O FALLECIDO) T/C POR TOÑITA
                                                    RAMIREZ FIERRO

PARTE II :  DATOS DE ESCRITURA

LUGAR DE OTORGAMIENTO: MANATI          FECHA : 11 de agosto 1992
NUM. DE ESCRITURA : 44                 HORA : 3:45 P.M.
                                              ( SI APLICA )

NOMBRE DE LOS TRES TESTIGOS O CINCO SEGUN EL CASO
1) CARMEN NEREIDA VILLAFAÑE RODRIGUEZ  3) JOSE ANTONIO CABALLERO MORAL
2) FELIX NIEVES VERGARA

PARTE III:  REVOCACIONES, AMPLIACIONES O MODIFICACIONES :

NUMERO DE ESCRITURA QUE SE REVOCA, AMPLIA O MODIFICA : ____
FECHA : ____      NOTARIO QUE LA AUTORIZO: ____

PARTE IV:  PROTOCOLIZACIONES
           [ ] CERRADO      [ ] OLOGRAFO

NOMBRE Y CIRCUNSTANCIAS PERSONALES
(DEL QUE COMPARECE A PROTOCOLIZAR) ____

NUM. DE LA RESOLUCION
DEL TRIBUNAL : ____                FECHA RESOLUCION: ____

JUEZ QUE FIRMA                     TRIBUNAL SUPERIOR
LA RESOLUCION : ____               SALA : ____

TESTAMENTOS OTORGADOS EN EL EXTERIOR:

LUGAR EN QUE SE OTORGO : ____      FECHA TESTAMENTO: ____

Entrado al computador       FUNCIONARIO QUE LEGALIZA LA      NOTARIO DEL
bajo el número 198-58       FIRMA DEL NOTARIO : ____         EXTERIOR : ____
el día ___ de AUG 18 1992 de ___

Por: ____                   FIRMA DEL NOTARIO
                            DIRECCION POSTAL
                            APARTADO 347
* SI CONSTARE                MANATI, P.R. 00674
                            TELEFONO :884-3698

----------ESCRITURA NUMERO CUARENTA Y CUATRO----------
--------------TESTAMENTO COMUN ABIERTO--------------
---En la Ciudad de Manatí, Puerto Rico, a los Once (11) días del mes de agosto de Mil Novecientos Noventa y Dos (1992), siendo las 3:45 de la tarde de éste mismo día.----------------------------------
-----------------------ANTE MI-----------------------
-----------------OSCAR SANCHEZ LAMBOY----------------
---Abogado y Notario Público, con vecindad, residencia y estudio abierto en la Ciudad de Manatí, Puerto Rico. --------------------------------
----------------------COMPARECEN---------------------
---DE UNA SOLA PARTE: DON PABLO TIRADO AYALA, mayor de edad, casado con Antonia Ramírez Fierro también conocida como Toñita Ramírez Fierro, retirado, Seguro Social 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 y vecino de Manatí, Puerto Rico.--------------------------------
---SE HALLAN TAMBIEN PRESENTES LOS TESTIGOS--------
INSTRUMENTALES:--------------------------------------
---DOÑA CARMEN NEREIDA VILLAFAÑE RODRIGUEZ, mayor de edad, casada con Héctor Manuel Rosario Figueroa, ama de casa, Seguro Social 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 y vecina del Barrio Pugnado, RR-02 Buzón 6090, Manatí, Puerto Rico 00674.-----------------------------------
---DON FELIX NIEVES VERGARA, mayor de edad, soltero, retirado, Seguro Social 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 y vecino del Barrio Pugnado, RR-02 Buzón 6169, Manatí, Puerto Rico 00674.-------------------------
---DON JOSE ANTONIO CABALLERO MORALES, mayor de edad, soltero, retirado, Seguro Social 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 y vecino del Barrio Pugnado, Apartado 1799, Manatí, Puerto Rico 00674.-----------------------------------
---Doy Fe del conocimiento personal del testador y de los testigos instrumentales por sus dichos de sus circunstancias personales.----------------------



---A mi juicio, corroborado por él de los testigos, El testador, tiene la capacidad legal para otorgar el presente testamento, y verifica este acto en la integridad de sus facultades mentales, sin que medie violencia, dolo, fraude ni otra causa de nulidad.----------------------------------------
---En tal virtud y en presencia de los testigos que le ven, oyen y entienden perfectamente, manifiesta su última voluntad y expone:------------------------
---PRIMERO: Que deseando formalizar su última voluntad, pasa a hacerlo bajo las siguientes:------
----------------------CLAUSULAS---------------------
---PRIMERA: Que DON PABLO TIRADO AYALA, es natural de Manatí, Puerto Rico, donde nació el día Veintiuno (21) de agosto del Mil Novecientos Diecinueve (1919), siendo hijo legítimo de Don Pablo Tirado Hernández y Doña Rosa Ayala Colon, ambos ya fallecidos.---------------------------------
---SEGUNDA: Manifiesta el testador, que se casó, en primeras nupcias, con Doña Antonia Ramírez Fierro, también conocida por Toñita Ramírez Fierro, el día Cuatro (4) de agosto de Mil Novecientos Cincuenta y Uno (1951).-----------------------------
---TERCERA: Que procrearon un hijo, cuyo nombre es Miguel Angel Tirado Ramírez, quien nació el Diez (10) de noviembre de Mil Novecientos Cincuenta y Dos (1952) y quien falleció el Diez (10) de agosto de Mil Novecientos Sesenta y Dos (1962), a los Diez (10) años de edad, por lo cual no hay descendencia ni ascendencia por haber fallecido sus padres.-----
---CUARTA: Que DON PABLO TIRADO AYALA, por carecer de descendencia y ascendencia (Herederos forzosos), desea instituir y por la presente instituye como único y universal heredero, de todos sus bienes existentes a su fallecimiento, ya sean estos



muebles, inmuebles, valores, créditos, prendas, derecho a heredar o de cualquier otro tipo, a **ANGEL LUIS RAMIREZ COLON**, a quien le prodiga gran afecto y cariño, por ser éste su hijo de criaza, desde muy temprana edad.----------------------------------

---QUINTA: Que así también instituye como heredera, para el caso en que le sobreviva, en la Cuota Viudal Usufructuaria, a su actual esposa, doña Antonia Ramírez Fierro.-----------------------------

---SEXTA: Que el patrimonio del testador estará integrado por todos los derechos y bienes que aparezcan a su muerte, los cuales pasarán---------- integramente a favor del heredero aquí instituído, **ANGEL LUIS RAMIREZ COLON**, luego de descontado los gastos de funeral.----------------------------------

---SEPTIMA: Que finalmente, declara el testador, que éste es su primer y único testamento, sin que haya otorgado otro antes de esta fecha, queriendo y consintiendo que el presente se guarde, tenga y cumpla como su última voluntad en la forma legal y solemne que proceda en derecho.---------------------

---Así lo dice y otorga ante mí, el testador y en unión a los testigos presentes antes mencionados, quienes le oyen, conocen, ven y entienden, y previa lectura íntegra que Yo, el Notario le hice en alta voz, de este testamento y después el testador en el uso de sus derechos, de los cuales fué advertido por mí y en presencia de los testigos, el testador firma la presente escritura, poniendo además sus iniciales en todos los folios que componen la misma, así como los testigos antes nombrados en el presente instrumento público. ---------------------

---De todo cuanto se ha consignado en éste testamento, así como de haberse observado la unidad del acto, de haberse dado lectura dos veces en voz

alta a este Instrumento Público, de haberse cumplido con todas las formalidades previstas en el Código Civil vigente, y las demás leyes correspondientes, de conocer personalmente al testador, a los testigos y por sus dichos de sus circunstancias personales, así como su mayoría de edad, estado civil, ocupación y vecindad, así como de todo lo demás contenido en este Instrumento Público, Yo, el Notario Autorizante, DOY FE.----------------------------------------

FIRMADO: PABLO TIRADO AYALA
TESTIGOS: CARMEN NEREIDA VILLAFAÑE RODRIGUEZ
          FELIX NIEVES VERGARA
          JOSE ANTONIO CABALLERO MORALES



FIRMADO, SIGNADO, SELLADO Y RUBRICADO POR: OSCAR SANCHEZ LAMBOY. Cancelados en el original los correspondientes sellos de Rentas Internas y el sello del Impuesto Notarial. Aparecen las iniciales de los otorgantes en todos y cada uno de los folios del original de ésta Escritura y está sellada y rubricada en todas sus hojas.--------

ES COPIA FIEL Y EXACTA de su original obrante en mi Protocolo de Instrumentos Públicos del año en curso, con el número CUARENTA Y CUATRO (44), la cual consta de CUATRO (4) folios.--------------------

En fe de ello y a petición de la Parte Interesada, expido la presente copia certificada, en Manatí, Puerto Rico, en el mismo día de hoy.----------------



LCDO. OSCAR SANCHEZ LAMBOY
NOTARIO PUBLICO

