# EXHIBIT C



# CERTIFICATE
## OF ACCURACY

STATE OF NEW YORK )

                               SS:

COUNTY OF KINGS )

This is to certify that the attached documents:

**Certificate of Death of Pablo Tirado Ayala, issued by the Department of Health Demographic Registry on December 23, 2009 in Manati, Puerto Rico;**

**Last Will and Testament of Pablo Tirado Ayala, issued and certified by Oscar Sánchez Lamboy, Notary Public and recorded by the Office of the Director of Notarial Inspection on August 11, 1992 in Manati, Puerto Rico;**

**Certification of the Record of the Last Will and Testament Registration of Pablo Tirado Ayala, issued by the Office of the Director of Notarial Inspection on August 11, 1992 in Manati, Puerto Rico**

are, to the best of my knowledge and belief, a true, complete, and accurate translation from the Spanish language into the English language.

_____
Diana Peng

Sworn to and subscribed before me

this 15th day of June 2010

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 11

**Commonwealth of Puerto Rico**
**Supreme Court**
**Office of the Director of Notarial Inspection**
**P.O. Box 190860**
**San Juan, Puerto Rico 00919-0860**

*I, LOURDES I. QUINTANA LLORENS, DIRECTOR OF THE OFFICE OF NOTARIAL INSPECTION OF THE SUPREME COURT OF PUERTO RICO, CERTIFY:*

*THAT IN VOLUME 198 ENTRY 198-058 OF THE LAST WILL AND TESTAMENT REGISTER UNDER MY CHARGE, INSTRUMENT NUMBER 44, AN OPEN LAST WILL AND TESTAMENT EXECUTED ON AUGUST 11, 1992 IN MANATÍ, PUERTO RICO, AT 3:45 IN THE AFTERNOON, BEFORE NOTARY ÓSCAR SÁNCHEZ LAMBOY, BY **PABLO TIRADO AYALA**, MARRIED TO ANTONIA RAMÍREZ FIERRO, RETIRED AND A RESIDENT OF MANATÍ, PUERTO RICO, WAS RECORDED.*

*I FURTHER CERTIFY THAT IN SAID REGISTER NO OTHER LAST WILL AND TESTAMENT RELATED TO THE AFOREMENTIONED TESTATOR HAS BEEN RECORDED.*

*IN WITNESS WHEREOF AND AT THE REQUEST OF ATTORNEY CLAUDIA CARRIZOSA MURCIA, SUBJECT TO THE PAYMENT OF FEES AMOUNTING TO $3.00, WHICH I AFFIX AND CANCEL, I ISSUE THIS DOCUMENT IN SAN JUAN, PUERTO RICO, ON THIS THE 8TH DAY OF JUNE IN 2010.*

PAID
[revenue stamp:]
$1        $1
TREASURY
COMMONWEALTH
OF PUERTO RICO
D06832325

[revenue stamp:]          [revenue stamp:]
$1        $1                $1        $1
TREASURY                  TREASURY
COMMONWEALTH          COMMONWEALTH
OF PUERTO RICO          OF PUERTO RICO
D06832326                 D06832327

[signature]
*LOURDES I. QUINTANA LLORENS*
*DIRECTOR OF NOTARIAL INSPECTION*

*BY:* _____[signature]_____
*AUTHORIZED OFFICER*

Estado Libre Asociado de Puerto Rico
Tribunal Supremo
Oficina de la Directora de Inspección de Notarías
P.O. Box 190860
San Juan, Puerto Rico 00919-0860

YO, LOURDES I. QUINTANA LLORENS, DIRECTORA DE INSPECCION DE NOTARIAS DEL TRIBUNAL SUPREMO DE PUERTO RICO, CERTIFICO:

QUE AL TOMO 198 ASIENTO 198-058 DEL REGISTRO DE TESTAMENTOS A MI CARGO, APARECE ANOTADA LA ESCRITURA NUMERO 44, SOBRE TESTAMENTO ABIERTO, OTORGADA EL DIA 11 DE AGOSTO DE 1992, EN MANATI, PUERTO RICO, A LAS 3:45 DE LA TARDE, ANTE EL NOTARIO OSCAR SANCHEZ LAMBOY, POR **PABLO TIRADO AYALA**, CASADO CON ANTONIA RAMIREZ FIERRO, RETIRADO Y VECINO DE MANATI, PUERTO RICO.

CERTIFICO ADEMAS, QUE DE DICHO REGISTRO NO APARECE NINGUNA OTRA INSCRIPCION DE TESTAMENTO RELACIONADA CON EL TESTADOR ARRIBA INDICADO.

EN TESTIMONIO DE LO CUAL Y A PETICION DE LA LCDA. CLAUDIA CARRIZOSA MURCIA, PREVIO PAGO DE DERECHOS POR VALOR DE $3.00 QUE ADHIERO Y CANCELO, LIBRO LA PRESENTE EN SAN JUAN, PUERTO RICO, HOY DIA 8 DE JUNIO DE 2010.

LCDA. LOURDES I. QUINTANA LLORENS
DIRECTORA DE INSPECCION DE NOTARIAS

POR: _____
OFICIAL AUTORIZADO