IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH CALDERON-CARDONA,<br>LUZ CALDERON-CARDONA,<br>LUIS CALDERON-CARDONA,<br>GLORIA CALDERON-CARDONA,<br>JOSE RAUL CALDERON-CARDONA,<br>ANA DELIA CALDERON-CARDONA,<br>HILDA CALDERON-CARDONA,<br>ANGEL CALDERON-GUZMAN,<br>MIGUEL CALDERON-GUZMAN,<br>SALVADOR CALDERON-MARTINEZ,<br>ANGEL LUIS RAMIREZ-COLON,<br>ANTONIA RAMIREZ-FIERO, *et al.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>DEMOCRATIC PEOPLE'S REPUBLIC<br>OF KOREA, CABINET GENERAL<br>INTELLIGENCE BUREAU, JOHN DOE,<br><br>**Defendants**. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Civil No.** 08-1367 (FAB) |

**JUDGMENT**

In accordance with the order issued today (Docket No. 37), judgment is entered against defendants and in plaintiffs' favor.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, July 16, 2010.

                                          s/ Francisco A. Besosa
                                          FRANCISCO A. BESOSA
                                          UNITED STATES DISTRICT JUDGE