IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RUTH CALDERON-CARDONA,<br>LUZ CALDERON-CARDONA,<br>LUIS CALDERON-CARDONA,<br>GLORIA CALDERON-CARDONA,<br>JOSE RAUL CALDERON-CARDONA,<br>ANA DELIA CALDERON-CARDONA,<br>HILDA CALDERON-CARDONA,<br>ANGEL CALDERON-GUZMAN,<br>MIGUEL CALDERON-GUZMAN,<br>SALVADOR CALDERON-MARTINEZ,<br>PABLO TIRADO-AYALA,<br>ANTONIA RAMIREZ-FIERO,<br>      **Plaintiffs**,<br><br>              v.<br><br>DEMOCRATIC PEOPLE'S REPUBLIC<br>OF KOREA, CABINET GENERAL<br>INTELLIGENCE BUREAU, JOHN DOE,<br>      **Defendants**. | **CIVIL NO.** 08-1367 (FAB) |

**AMENDED JUDGMENT**

In accordance with the order issued on July 16, 2010 (Docket No. 37), it is on August 5, 2010,

**ORDERED** that judgment be and is entered in favor of plaintiff Ruth Calderon-Cardona, in her individual capacity, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Ruth Calderon-Cardona, in her capacity as personal representative of the Estate of Eladia Cardona-Rosario, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $8,000,000.00 (eight million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Luz Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Luis Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Gloria Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Jose Raul Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Ana Delia Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Hilda Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Salvador Calderon-Martinez, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiffs Angel Calderon-Guzman and Miguel Calderon-Guzman, in

Civil No. 08-1367 (FAB)                                                        4

their capacity as personal representatives of the Estate of Miguel Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Angel Luis Ramirez-Colon in his capacity as personal representative of the Estate of Pablo Tirado-Ayala, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $15,000,000.00 (fifteen million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Antonia Ramirez-Fiero, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $10,000,000.00 (ten million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of all plaintiffs collectively against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for punitive damages in the amount of

Civil No. 08-1367 (FAB)                                                 5
---

$300,000,000.00 (three hundred million dollars), to be divided equally by the plaintiffs; and it is

**FURTHER ORDERED** that defendants JOHN DOES 1-10 shall be and hereby are **DISMISSED** from this action **WITH PREJUDICE.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 5, 2010.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        UNITED STATES DISTRICT JUDGE