_DHL_ EXPRESS

Track this shipment: http://www.dhl.com

**Shipment Waybill**

06 2009

ORIGIN  S SJU

DESTINATION CODE

**43 9610 3644**

## 1 Payer account number and Shipment Value Protection details

Charge to: ☑ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Check ☐ Credit Card

Payer Account No. **845891409**

Shipment Value Protection — see reverse

☐ Yes Increased Protection Value _____ (in local currency)

Not all payment options are available in all countries. CC reference code

## 2 From (Shipper)

Shipper's account number: **845891409**

Contact name: **Manuel San Juan**

Shipper's reference (up to 32 characters)

Company name
Law **CLERK'S OFFICE**

Address **205, DISTRICT COURT OF PUERTO RICO**
Band **ROOM 150 a FEDERAL BUILDING**
San **JCARLOS CHARDON AVENUE**
**HATO REY, PUERTO RICO 00918-1767**

Postcode/Zip Code (required): **00901**
Phone, Fax or E-mail (required): **(787) 723-6637**

## 3 To (Receiver)

Company name
**Democratic People's Republic of Korea**

Delivery address (DHL cannot deliver to a PO Box)
**c/o Foreign Minister Hon. Pak Ui-Chun**
**Ministry of Foreign Affairs**
**Jung Song Dong, Central District**
**Pyongyang, DRK**

Postcode/Zip Code (required)
Country **NORTH KOREA**

Contact person
**Hon. Pak Ui-Chun**
Phone, Fax or E-mail (required)

## 4 Shipment details
Billed weight is calculated from total weight and dimensions

Total number of packages: **1**

Total Weight: **X5** lb / oz

Pieces / Dimensions in inches Length Width Height

## 5 Full description of contents
Give content and quantity

**CV 08-1367 (CFAB)**

DOCUMENTS

## 6 Non-Document Shipments Only (Customs Requirement)

Attach the original and two copies of a Proforma or Commercial Invoice

Shipper's VAT/GST number

Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (as on commercial/proforma invoice)

Harmonized Commodity Code if applicable.

AES Transaction Number

TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination duties/taxes if left blank receiver pays duties/taxes
☐ Receiver ☐ Shipper ☐ Other _____ specify approved account number

## 7 Shipper's agreement (Signature required)

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature: _Manuel San Juan_  Date **12, 8, 10**

## 8 Products & Services

☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☐ EXPRESS WORLDWIDE
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER

Optional Services (extra charges may apply)
☐ Saturday Delivery ☐ Non-standard Pickup
☐ Delivery Notification ☐ Payable Packaging
☐ Non-standard Shipment ☐ Other

Globalmail Business
☐ Priority ☐ Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT
lb / oz

CHARGES
Services
Other

Shipment Value Protection

VAT

CURRENCY  TOTAL

PAYMENT DETAILS (Check, Card No.)

No. :

Type       Expires

Picked up by

Route No.

Time **14:15** Date **12-08-**

DHL EXPRESS

Track this shipment: http://www.dhl.com

**Shipment Waybill**

ORIGIN: S JU

**43 9610 3666**

DESTINATION CODE

**1 Payer account number and Shipment Value Protection details**

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party

☐ Cash
☐ Check
☐ Credit Card

Payer Account No. **845891409**

Shipment Value Protection   see reverse

☐ Yes Increased Protection Value
___ in local currency

Not all payment options are available in all countries. ☐ CO reference code

**2 From (Shipper)**

Shipper's account number: **845891409**       Contact name: **Manuel San Juan**

Shipper's reference (up to 32 characters):

Company: **CLERK'S OFFICE**
Law Offices
**U.S. DISTRICT COURT FOR PUERTO RICO**

Address: **206 Tetuan #150 - FEDERAL BUILDING**
**ROOM 150**
**CARLOS CHARDON AVENUE**
Banco Popular
**HATO REY, PUERTO RICO 00918-1767**
San Juan, Puerto Rico

Postcode/Zip Code (required): **00901**    Phone, Fax or E-mail (required): **(787) 723-6637**

**3 To (Receiver)**

Company name: **Cabinet General Intelligence Bureau**

Delivery address (DHL cannot deliver to a PO Box):

**c/o Foreign Minister, Hon. Pak Ui-Chun**
**Ministry of Foreign Affairs**
**Jung-Song Dong, Central District**
**Pyongyang, DRK**

Postcode/Zip Code (required):       Country: **NORTH Korea**

Contact person: **Hon. Pak Ui-Chun**       Phone, Fax or E-mail (required):

**4 Shipment details**   Billed weight is calculated from total weight and dimensions

| Total number of packages | Total Weight | Pieces | Dimensions in inches |
|---|---|---|---|
| 1 | lb | | Length, Width, Height |

XL

Express Envelope

**5 Full description of contents**
Give content and quantity

**CV 08-1367 (FAB)**

DOCUMENTS

**6 Non-Document Shipments Only (Customs Requirement)**

Attach the original and two copies of a Proforma or Commercial Invoice

Shipper's VAT/GST number:        Receiver's VAT/GST or Shipper's EIN/SSN:

Declared Value for Customs (as on commercial/proforma invoice):    Harmonized Commodity Code if applicable:

AES Transaction Number:    TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination duties/taxes if left blank receiver pays duties/taxes
☐ Receiver, ☐ Shipper, ☐ Other: ___ specify approved account number

**7 Shipper's agreement (Signature required)**

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature: _Manuel San Juan_   Date: 12, 8/10

**8 Products & Services**

International Document ☒    International Non-Document ☐

Products (tick list are available to and from all locations)
☐ EXPRESS 9:00 . . .
☐ EXPRESS 10:30
☐ EXPRESS 12:00 . . .
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER

Optional Services (extra charges may apply)
☐ Saturday Delivery    ☐ Non-standard Pickup
☐ Saturday Pickup      ☐ Private Packaging
☐ Non-standard Shipment ☐ Other
Globalmail Business
☐ Priority    ☐ Standard    ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT
lb ___ . ___ oz

CHARGES
Services: Other

Shipment Value Protection:
VAT:
CURRENCY:    TOTAL:

PAYMENT DETAILS (Check, Card No.)
No.:
Type:    Expires:
Picked up by:
Route No.: S JU
Time 11:4   Date 13-08-1