# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

Ruth Calderón-Cardona, et al

V.

Democratic People's Republic of Korea, et al

**EXHIBIT LIST**

Case Number: 08-1367

*RECEIVED & FILED DEC 0 3 2009 CLERK'S OFFICE U.S. DIST. COURT SAN JUAN, PR*

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Francisco A. Besosa | Manuel San Juan | |

| TRIAL DATES: December 2 - 4, 2009 | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | | |

| PLTF or DEF. DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| EXH | 12-2-09 | ID 1 | 12-2-09 | Declaration of Zeev Sarig |
| EXH | 12-2-09 | ID 2 | 12-2-09 | Declaration of Claude Chanan Zeitoun |
| EXH | 12-2-09 | ID 3 | 12-2-09 | Bruce Bechtol - Curriculum Vitae |
| EXH | 12-2-09 | ID 4 | 12-2-09 | Bruce Bechtol - Report |
| EXH | 12-2-09 | ID 5 | 12-2-09 | Barry Rubin - Curriculum Vitae |
| EXH | 12-2-09 | ID 6 | 12-2-09 | Barry Rubin - Report |
| EXH | 12-2-09 | ID 7 | 12-2-09 | Rohan Gunaratna - Curriculum Vitae |
| EXH | 12-2-09 | ID 8 | 12-2-09 | Rohan Gunaratna - Report |
| EXH | 12-3-09 | ID 9 | 12-3-09 | Dr. Alexandra Ramos - Curriculum Vitae |
| EXH | 12-3-09 | ID 10 | 12-3-09 | Dr. Alexandra Ramos - Report |
| EXH | 12-3-09 | ID 11 | 12-3-09 | Letter from Dr. Gómez Adrover concerning medical condition of Pablo Tirado |
| EXH | 12-3-09 | ID 12 | 12-3-09 | Letter from Dr. Efraín A. Marcantoni concerning medical condition of Antonia Ramírez |
| EXH | 12-2-09 | ID 13 | 12-2-09 | Israeli Death Certificate of Carmelo Calderón with certified translation |
| EXH | 12-2-09 | ID 14 | 12-2-09 | Embalming Certificate concerning Carmelo Calderón |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

Ruth Calderón-Cardona, et al

v.

Democratic People's Republic of Korea, et al

**EXHIBIT LIST**

Case Number:   08-1367

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Francisco A. Besosa | Manuel San Juan | |
| **TRIAL DATES:** December 2 - 4, 2009 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLTF or DEF. DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| EXH | 12-2-09 | ID 15 | 12-2-09 | US Embassy pathologist document |
| EXH | 12-2-09 | ID 16 | 12-2-09 | US Embassy Consular Mortuary Certificate |
| EXH | 12-2-09 | ID 17 | 12-2-09 | Israel Ministry of Health document |
| | | ID 18 | | Puerto Rico Department of Health Removal and Burial Document |
| EXH | 12-2-09 | ID 19 | 12-2-09 | Carmelo Calderón baptismal certificate with certified translation |
| | | ID 20 | | Carmelo Calderón and Eladia Cardona Marriage Certificate |
| EXH | 12-2-09 | ID 21 | 12-3-09 | Eladia Rosario Death Certificate |
| EXH | 12-3-09 | ID 22 | 12-3-09 | Declaration of Ana Delia Calderón |
| EXH | 12-2-09 | ID 23 | 12-2-09 | Declaration of Gloria Calderón |
| EXH | 12-3-09 | ID 24 | 12-3-09 | Declaration of Hilda Calderón |
| EXH | 12-3-09 | ID 25 | 12-3-09 | Declaration of José Raúl Calderón |
| EXH | 12-2-09 | ID 26 | 12-2-09 | Declaration of Luis Calderón |
| EXH | 12-2-09 | ID 27 | 12-2-09 | Declaration of Ruth Calderón |
| EXH | 12-3-09 | ID 28 | 12-3-09 | Declaration of Luz Calderón |
| EXH | 12-2-09 | ID 29 | 12-2-09 | Declaration of Salvador Calderón |
| EXH | 12-3-09 | ID 30 | 12-3-09 | Birth Certificate of Ana Delia Calderón |
| EXH | 12-2-09 | ID 31 | 12-2-09 | Birth Certificate of Gloria Calderón |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page   1   of   1   Pages

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

Ruth Calderón-Cardona, et al

v.

Democratic People's Republic of Korea, et al

**EXHIBIT LIST**

Case Number: 08-1367

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Francisco A. Besosa | Manuel San Juan | |
| **TRIAL DATES:** December 2 - 4, 2009 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLTF or DEF. DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| EXH | 12-3-09 | ID 32 | 12-3-09 | Birth Certificate of Hilda Calderón |
| EXH | 12-3-09 | ID 33 | 12-3-09 | Birth Certificate of José Raúl Calderón |
| EXH | 12-3-09 | ID 34 | 12-3-09 | Birth Certificate of Luis Calderón |
| EXH | 12-3-09 | ID 35 | 12-3-09 | Birth Certificate of Miguel Angel Calderón |
| EXH | 12-3-09 | ID 36 | 12-3-09 | Birth Certificate of Ruth Calderón |
| EXH | 12-3-09 | ID 37 | 12-3-09 | Birth Certificate of Luz Calderón |
| EXH | 12-3-09 | ID 38 | 12-3-09 | Baptismal Certificate of Salvador Calderón with certified translation |
| | | ID 39 | | Miguel Angel Calderón Marriage Certificate |
| EXH | 12-3-09 | ID 40 | 12-3-09 | Miguel Angel Calderón Death Certificate |
| | | ID 41 | | Birth Certificate of Miguel Angel Calderón Guzmán (son of Miguel Angel Calderón) |
| | | ID 42 | | Birth Certificate of Angel Miguel Calderón Guzmán (son of Miguel Angel Calderón) |
| EXH | 12-3-09 | ID 43 | 12-3-09 | Pablo Tirado Birth Certificate |
| EXH | 12-3-09 | ID 44 | 12-3-09 | Pablo & Antonia Marriage Certificate with certified translation |
| EXH | 12-3-09 | ID 45 | 12-3-09 | Photo of Pablo Tirado and group that traveled to Israel |
| EXH | 12-3-09 | ID 46 | 12-3-09 | Declaration of Pablo Tirado with certified translation |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page  1  of  1  Pages

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

Ruth Calderón-Cardona, et al

v.

Democratic People's Republic of Korea, et al

**EXHIBIT LIST**

Case Number: 08-1367

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Francisco A. Besosa | Manuel San Juan | |
| **TRIAL DATES:** December 2 - 4, 2009 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLTF or DEF. DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| EXH | 12-3-09 | ID 47 | 12-3-09 | Declaration of Antonia Ramírez with certified translation |
| | | ID 48 | | Memorial Service Remembrance card for Carmelo Calderón funeral dated 6/6/72 |
| | | ID 49 | | Carmelo Calderón Memorial Service Program |
| | | ID 50 | | Carmelo Calderón Memorial Service Program dated 1975 |
| | | ID 51 | | Memorial Service remembrance card dated 6/30/72 |
| | | ID 52 | | Photographs: (1) Carmelo Calderón and (2) Carmelo Calderón and Eladia Cardona |
| | | ID 53 | | Photograph of Carmelo Calderón and family |
| | | ID 54 | | Three photographs of Carmelo Calderón and family |
| | | ID 55 | | Photographs: (1) Carmelo Calderón at Viewing and (2) Eladia Cardona attending the Viewing |
| | | ID 56 | | Four photographs of Calderón children at the Viewing |
| EXH | 12-3-09 | ID 57 | 12-3-09 | Bible belonging to Pablo Tirado (photographs) (6) |
| | | ID 58 | | Book belonging to Pablo Tirado |
| EXH | 12-2-09 | ID 59 | 12-2-09 | Photograph of Lod Airport after attack |
| EXH | 12-2-09 | ID 60 | 12-2-09 | Photograph of Lod Airport after attack |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page __1__ of __1__ Pages

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

Ruth Calderon-Cardona, et al

v.

Democratic People's
Republic of Korea, et al

**EXHIBIT LIST**

Case Number:   08-1367(FAB)

| PRESIDING JUDGE<br>FRANCISCO A. BESOSA | PLAINTIFF'S ATTORNEY<br>Manuel San Juan | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATES:<br>December 2 - 4, 2009 | COURT REPORTER | COURTROOM DEPUTY |

| DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| EXH | 12-3-09 | ID 61 | 12-3-09 | Photograph |
| EXH | 12-3-09 | ID 62 | 12-3-09 | Photograph |
| EXH | 12-3-09 | ID 63 | 12-3-09 | Photograph |
| EXH | 12-3-09 | ID 64 | 12-3-09 | Photograph |
| EXH | 12-3-09 | ID 65 | 12-3-09 | Photograph |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1